**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| DENISE MORAND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., ELON MUSK, ZACHARY J. KIRKHORN, and VAIBHAV TANEJA,<br><br>Defendants. | Case No.: 1:25-cv-01213-RP |

**DECLARATION OF THANE TYLER SPONSEL III IN SUPPORT OF AMIRI GANDHI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Thane Tyler Sponsel III, hereby declare as follows:

1.      I am a partner at Sponsel Miller PLLC ("Sponsel Miller"), liaison counsel for lead plaintiff movant Amiri Gandhi ("Movant"), and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint him to serve as Lead Plaintiff in the above-captioned action (the "Action") and to approve his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Sponsel Miller as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:   Certification of Movant attaching his transactions made in Tesla, Inc. ("Tesla" or the "Company") securities during the Class Period.

**Exhibit B**:   Table of the calculated losses incurred by Movant as a result of his transactions in Tesla securities.

**Exhibit C**:   Press release published August 5, 2025, on *ACCESS Newswire*, announcing

the pendency of the Action.

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion.

**Exhibit E**:    Firm résumés of Levi & Korsinsky and Sponsel Miller.

Dated: October 3, 2025                                              By: */s/ Thane Tyler Sponsel III*
                                                                          Thane Tyler Sponsel III

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, October 3, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
