# EXHIBIT B

| Client Name | Amiri Gandhi |
| --- | --- |
| Company Name | Tesla, Inc. |
| Ticker Symbol | TSLA |
| Security Type | |
| Class Period Start | 04-19-2023 |
| Class Period End | 06-22-2025 |
| 90-DAY Lookback Period Start | 06-23-2025 |
| 90-DAY Lookback Period End | 09-20-2025 |
| 90-DAY Lookback Average | $ 335.34 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $188,107.62 |
| DURA LIFO* Total | $188,107.62 |
| Gross Shares Purchased | 1,500 |
| Net Shares Retained | 1,500 |
| Net Funds Expended | $691,125.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-26-2024 | 234 | 460.75 | $ 107,815.50 | | | | | | - | 234 | 234 | $ 335.34 | $ 78,470.71 | $ 29,344.79 | $ 29,344.79 |
| 12-26-2024 | 3 | 460.75 | $ 1,382.25 | | | | | | - | 3 | 3 | $ 335.34 | $ 1,006.03 | $ 376.22 | $ 376.22 |
| 12-26-2024 | 125 | 460.75 | $ 57,593.75 | | | | | | - | 125 | 125 | $ 335.34 | $ 41,918.12 | $ 15,675.63 | $ 15,675.63 |
| 12-26-2024 | 1128 | 460.75 | $ 519,726.00 | | | | | | - | 1128 | 1128 | $ 335.34 | $ 378,269.07 | $ 141,456.93 | $ 141,456.93 |
| 12-26-2024 | 10 | 460.75 | $ 4,607.50 | | | | | | - | 10 | 10 | $ 335.34 | $ 3,353.45 | $ 1,254.05 | $ 1,254.05 |
| Total: | 1,500 | | $691,125.00 | | | | | | | 1,500 | 1,500 | | $503,017.38 | $188,107.62 | $188,107.62 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.