# EXHIBIT C

Case 1:25-cv-01213-RP     Document 5-8     Filed 10/03/25     Page 2 of 7

Back to the Newsroom

   



# Corrected Notice: Pomerantz Law Firm Announces the Filing of a Class Action Against Tesla, Inc. and Certain Officers - TSLA

Tuesday, 05 August 2025 02:07 PM

Topic: Class Action

**NEW YORK CITY, NY / [ACCESS Newswire](#) / August 5, 2025 /** Pomerantz LLP announces that a class action lawsuit has been filed against Tesla, Inc. ("Tesla" or the "Company") (NASDAQ:TSLA) and certain officers. The class action, filed in the United States District Court for the Western District of Texas, and docketed under 25-cv-01213, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Tesla securities between April 19, 2023 and June 22, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under

Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Tesla securities during the Class Period, you have until October 3, 2025 to ask the Court to appoint you as Lead Plaintiff for the class (the initial notice referred to an incorrect lead plaintiff motion deadline of October 4, 2025). A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

## [Click here for information about joining the class action]

Tesla designs, develops, manufactures, leases, and sells electric vehicles and autonomous driving vehicles, as well as energy generation and storage systems, in the United States ("U.S."), China, and internationally. The Company offers certain advanced driver assist systems in its vehicles under its Autopilot and Full Self-Driving (Supervised options which purportedly "intelligently and accurately complete[] driving maneuvers for you [*i.e.*, the driver], including route navigation, steering, lane changes, parking and more under your active supervision."

In April 2022, at an event celebrating the opening of the Company's Gigafactory Texas global headquarters and manufacturing facility, Tesla's Chief Executive Officer Defendant Elon Musk announced that the Company would be building a vehicle dedicated for use as a robotaxi (the "Robotaxi"). Tesla has touted its Robotaxi business as a "ride-hailing network that will eventually operate fully autonomous vehicles" and has stated that "[w]e expect this business will open access to a new customer base eve as modes of transportation evolve. We believe our capabilities and advancements in [artificial intelligence], including the deployment of Cortex, our training cluster at Gigafactory Texas, differentiates us from our competitors."

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Tesla overstated the effectiveness of its autonomous driving technology; (ii) there was thus a significant risk that the Company's autonomous driving vehicles, including the Robotaxi, would operate dangerously and/or in violation of traffic laws; (iii) the foregoing increased the likelihood that Tesla would become subject to heightened regulatory scrutiny; (iv) accordingly, Tesla's business and/or financial prospects were overstated; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On June 22, 2025, Tesla debuted its Robotaxi service with a highly publicized launch event in Austin, Texas. At the event, approximately 10 autonomous driving Robotaxis with a "safety monitor" in the front passenger seat began picking up invite-only passengers in a geofenced 10-mile by five-mile square of Austin.

The next day, *Bloomberg* published an article entitled "Tesla Robotaxi Videos Show Speeding, Driving Into Wrong Lane," which reported that "Tesla Inc.'s self-driving taxis appeared to violate traffic laws during the company's first day offering paid rides, with one customer capturing footage of a left turn gone wrong and others traveling in cars that exceeded posted speed limits." That same day, in an article entitled "Tesla Robotax Incidents Draw Scrutiny From US Safety Agency," *Bloomberg* reported that the U.S. National Highway Traffic Safety Administration ("NHTSA") had contacted Tesla regarding the foregoing incidents, noting that the NHTSA "is aware of the incidents that were captured in videos posted on social media and is gathering additional information from the company." Further, the *Bloomberg* article quoted a statement released by the agency that "[f]ollowing an assessment of those reports and other relevant information, NHTSA will take any necessary actions to protect road safety." Then on June 24, 2025, in an article entitled "NHTSA Now Targets Tesla Robotaxi After Autonomous EVs Break Traffic Laws," *International Business Times* stated, in relevant part, that "the emergence of videos showing concerning behaviour by Tesla's robotaxis may dampen public enthusiasm. The controversy has also triggered fresh criticism and could impact the scheduled rollout later this month."

Following these reports, Tesla's stock price fell $21.13 per share over two trading session or 6.05%, to close at $327.55 per share on June 25, 2025.

After the end of the Class Period, on August 1, 2025, it was reported that a jury in a trial in the U.S. District Court for the Southern District of Florida determined that Tesla should be held partly liable for a fatal 2019 Autopilot crash, and must compensate the family of the deceased and an injured survivor a portion of $329 million in damages.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards or behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

Media and Industry Targeting

## Investor Relations Products

Access IR Platform

IR Website

8/7/25, 2:40 PM
Corrected Notice: Pomerantz Law Firm Announces the Filing of a Class Action Against Tesla, Inc. and Certain Officers - TSLA
Case 1:25-cv-01213-RP   Document 5-3   Filed 10/03/25   Page 6 of 7

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Media Outreach & Engagement Optimization

Competitor Comparisons

IR Websites Best Practices

Earnings Call, Checklists & Preparation

Earnings Press Release Tips

Investor Day Recommendations

## Resources

Press Release Templates

Press Release Examples

## FAQs

8/7/25, 2:40 PM
Corrected Notice: Pomerantz Law Firm Announces the Filing of a Class Action Against Tesla, Inc. and Certain Officers - TSLA

Case 1:25-cv-01213-RP   Document 5-3   Filed 10/03/25   Page 7 of 7

Product

Platform

Company

## About Us

Who We Are

Meet the Team

Investor Relations

Careers

## Contact Us

+1 888-808-2227

Sales

Customer Support

Editorial

Billing Contact

Distribution Partner Inquiry

©2025 ACCESS Newswire Inc. All rights reserved.   Privacy Policy   |  Terms of Service