UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DENISE MORAND, Individually and
on Behalf of All Others Similarly
Situated,

                          Plaintiff,

          v.

TESLA, INC., ELON MUSK, VAIBHAV
TANEJA, ASHOK ELLUSWAMY, AND
LARS MORAVY,

                          Defendants.

Case No. 2:25-cv-01213-RP

AMENDED CLASS ACTION
COMPLAINT

JURY TRIAL DEMANDED

## TABLE OF CONTENTS

I.    NATURE OF THE ACTION ................................................................................1

II.   JURISDICTION AND VENUE ..........................................................................8

III.  PARTIES ............................................................................................................8

IV.   SUBSTANTIVE ALLEGATIONS .....................................................................9

A.    Tesla's Focus on Self Driving..........................................................................10

B.    Autonomous Vehicles are Tesla's Core Business Strategy and The Basis for Its
      Valuation. ........................................................................................................12

C.    The Society of Automotive Engineers Levels of Driving Automation. ...................16

D.    The Road To Autonomy: What It Takes To Put Robotaxis On Public Roads........19
      1.   Waymo's Approach: Sensors, Safety, and Simulation ...............................20
      2.   The Regulatory Path: 50 States With 50 Different Requirements...........21
      3.   The NHTSA's Role ...............................................................................24
      4.   The Role of Data In Validating Safety Claims. .....................................26
      5.   Tesla Refuses to Disclose Critical Safety Data.....................................27
      6.   What Tesla Actually Reports. ................................................................29
      7.   Tesla's Reporting Issues. ......................................................................31

E.    Tesla's Strategy for Autonomous Driving Relies on Vision-Only Hardware. ...........32
      1.   Tesla's Software.....................................................................................35
      2.   Tesla's Camera-Only Hardware System. ...............................................36
      3.   Tesla's Driver-Assistance Computers.....................................................38

F.    Robotaxis are at the Center of Tesla's Autonomous Driving Value Proposition .......40
      1.   Robotaxis sit at the center of Tesla's autonomy story."............................40
      2.   Waymo and Zoox: Proven Level 4 vs. Tesla's Level 2. ...........................41
      3.   Musk's "Generalized" Solution vs. Geofenced Reality. ..........................43
      4.   California: Talk of a Path, Little Regulatory Progress. ...........................43

G.    Tesla's Aging HW3....................................................................................44

H.    NHTSA's Investigation and Consumer Litigation. ..................................................46
      1.   The NHTSA Launches Numerous Investigations and Actions Regarding Tesla's
           Autonomous Driving Technology. ..........................................................46
      2.   CA DMV Rules Tesla Misled Drivers with Autopilot Claims....................54
      3.   Jury Verdict Awards Punitive Damages Against Tesla for Misleading Consumers
           About the Capabilities of Its Self-Driving Capabilities. ..........................59

I.    Defendants Misleading Marketed Tesla's Autonomous Driving Technology..............69

J.    Tesla's Autonomous Technology is Unable to Achieve Level 4-5 Autonomy or Have a Fully Autonomous Robotaxi with its Current Architecture and Vision-Only Approach. 99
    1.    Inside Tesla: Employees Knew Full Autonomy Was Out of Reach.......................99
    2.    Internal Tesla Documents Confirm Fundamental Issues With Its Autonomous Driving Capabilities..............................................................................................110

K.    Tesla and Musk Launch the Robotaxi in Advance of Texas's Regulations Becoming Effective and Pressure by Texas Lawmakers....................................................................113

L.    Tesla Premiers its Robotaxi in Austin to a Limited Number of Hand-Selected Riders. 114

V.    VIOLATIONS OF THE SECURITIES EXCHANGE ACT DURING THE CLASS PERIOD........................................................................................................................116

A.    DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS...116

B.    THE TRUTH EMERGES .............................................................................................144
    1.    February 2025: The China Rollout Reveals That Consumers Using Tesla's FSD Still Cannot Navigate Safely and Without Violating Traffic Laws................................144
    2. June 2025: The Austin Launch Reveals That Tesla's Robotaxis Cannot Operate Safely Without Violation Traffic Laws .........................................................................147

C.    SUBSEQUENT MEDIA, REGULATORY, AND MARKET REACTIONS TO ROBOTAXI INCIDENTS AND THEIR IMPLICATIONS FOR DEFENDANTS' AUTONOMY AND ROBOTAXI CLAIMS..........................................................................154
    1.    Mounting Reliability, Regulatory, and Safety Concerns in Response to Tesla's Robotaxi Rollout.............................................................................................................154
    2. NHTSA's Ongoing Investigation in Response to the June 22, 2025 Robotaxi Launch and Similar Incidents. .........................................................................................163
    3.    Ongoing Issues with Tesla's Robotaxi in 2026.......................................................167

D.    DEFENDANTS ACTED WITH SCIENTER .............................................................170
    1.    Musk Was Motivated to Commit Fraud to Secure the Largest Compensation Package in Corporate History............................................................................................170
    2. Former Employees Confirm Defendants' Knowledge of FSD and Robotaxi Deficiencies and Limited Documentation to Minimize Exposure. ....................................178
    3. NHTSA'S Escalating Investigation Demonstrate Defendants' Knowledge..............182
    4. Defendants Knew Tesla Was Not Near Releasing Level 4-5 Autonomy...................183
    5. Defendant Musk's Own Words and Actions Demonstrate an Intimate Knowledge of Tesla's Autonomous Driving Technology. ........................................................................184
    6. Defendant Elluswamy Acted with Scienter.............................................................185
    7. Defendant Taneja Acted with Scienter. ..................................................................186
    8. Defendant Moravy Acted with Scienter. .................................................................187
    9. Defendant Tesla Acted with Scienter. .....................................................................188

**E.     LOSS CAUSATION AND ECONOMIC LOSS** ........................................................**188**

**F.     PRESUMPTION OF RELIANCE; FRAUD ON THE MARKET**............................**193**

**G.     NO SAFE HARBOR** ........................................................................................**194**

**VI.     CLASS ACTION ALLEGATIONS** ................................................................**195**

**VII.     COUNTS** ..........................................................................................................**197**

**COUNT I: Violation of Section 10(b) of the Exchange Act and Rule 10b-5(b) Promulgated Thereunder Against All Defendants**................................................**197**

**COUNT II: Violations of Section 20(a) of the Exchange Act Against the Individual Defendants**..........................................................................................................**199**

**VIII.     PRAYER FOR RELIEF** ................................................................................**200**

**IX.     DEMAND FOR TRIAL BY JURY** ..............................................................**201**

Lead Plaintiffs Amiri Grandhi and Jacob Soto ("Plaintiffs"), individually and on behalf of all others similarly situated, by Plaintiffs' undersigned attorneys, for Plaintiffs' complaint against Defendants, alleges the following based upon personal knowledge as to Plaintiffs and Plaintiffs' own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiffs' attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States ("U.S.") Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Tesla, Inc. ("Tesla"), analysts' reports and advisories about Tesla, information readily obtainable on the Internet, and interviews with former employees. Plaintiffs believe that substantial, additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

Plaintiffs believe that further substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting the allegations contained herein are known only to the defendants or are exclusively within their control.

## I.    NATURE OF THE ACTION

1.      This is a federal securities class action on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Tesla securities between April 19, 2023 and June 24, 2025, both dates inclusive (the "Class Period" ), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act" ) and Rule 10b-5 promulgated thereunder, against Tesla and certain of its top officials.

2.      Tesla did not present itself as just another carmaker. Instead, it told investors that its core value lay in an autonomous mobility platform built around Full Self-Driving ("FSD")

and a global robotaxi network, rather than just the ongoing sale of conventional vehicles. During the Class Period, Defendants repeatedly portrayed Tesla's long-term prospects as hinging on autonomy and robotaxis, touting FSD as on a "clear "path to becoming "vastly better than a human "and predicting that a purpose-built "Cybercab" with no steering wheel or pedals would generate quasi-infinite demand and make Tesla "the most valuable company in the world by far." Those assurances—underscored by Elon Musk's promise that Tesla would begin offering fully autonomous paid rides in Austin by June 2025 and then expand robotaxis across the United States, created specific expectations about the current capabilities, performance, and safety of Tesla's autonomous technology and robotaxi services.

3.     Tesla soon moved from rhetoric to stagecraft. On October 10, 2024, it held the "We, Robot" event, where Musk unveiled the Cybercab—a two-seat, purpose-built robotaxi prototype with no steering wheel or pedals—and promised aggressive production and commercial deployment timelines, while emphasizing that the same core FSD hardware and software would allow existing Teslas to operate as robotaxis with little more than a ride-hailing interface layered on top. As 2024 and 2025 unfolded, however, the promised autonomy milestones slipped: Tesla pushed back the Cybercab launch and pivoted from touting a new dedicated robotaxi to claiming that "the vast majority" of the existing fleet could soon earn income as robotaxis. At the same time, Tesla told NHTSA and the California Public Utilities Commission that its system was only a Level 2 driver-assistance feature under the Society of Automotive Engineers International's "Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles," even though California requires companies to demonstrate SAE Level 4 or Level 5 capability before offering autonomous taxi services to the public.

4.      Throughout 2024 and 2025, Musk and other Tesla executives doubled down on the theme that FSD was rapidly approaching unsupervised, "safer than human" autonomy and that Tesla's generalizable, vision-only stack would scale quickly across cities and continents, constrained only by formal regulatory sign-off. At the same time, Tesla's financial and operational performance deteriorated, and Musk's highly publicized non-Tesla activities reputational backlash that weighed on Tesla's brand. The Board responded by forming a special committee to craft a new compensation package for Musk with performance incentives explicitly tied to autonomy and robotaxi metrics, further fusing his personal pay to the narrative that FSD and robotaxis would imminently transform Tesla's economics.

5.      From April through June 2025, Tesla and Musk expanded on that narrative. On the Q1 2025 earnings call, Musk told investors that Tesla would begin selling fully autonomous rides in Austin in June and described a scalable model in which any FSD-equipped Tesla could operate as a robotaxi once unsupervised autonomy was approved in a handful of cities. In the weeks that followed, Musk and other executives amplified that message in public statements and social-media posts, pointing to Tesla's FSD "Supervised" launches and factory-lot autonomy as proof that general-purpose robotaxis were imminent and that Tesla's robotaxi service areas in Austin and the Bay Area already rivaled or exceeded those of competitors.

6.      The representations about Tesla's FSD and robotaxi services were materially false. Musk and other Tesla executives knew during 2024 and 2025 that Tesla's FSD technology was still error-ridden and years away from any regulatory approval in Austin, San Francisco, or anywhere else. In addition, the cameras and other sensors equipped on Tesla vehicles would be unable to support FSD even once Tesla solved its technical challenges for new vehicles. Furthermore, the chips installed in existing Tesla vehicles would be unable to process FSD

sufficiently quickly for it to operate in the real world. Thus, any attempt to roll out FSD to the existing fleet of Tesla vehicles would be either impossible or require significant, time-consuming, and expensive refitting of existing Tesla vehicles.

7.       The truth concerning Defendants' misrepresentations about FSD and its robotaxi service made its way into the market through a series of revelations, each partially revealing the fraud. On February 24, 2025, Reuters reported that Tesla's long-awaited upgrade to its partially automated driving systems left Chinese owners disappointed, with many users stating that Tesla's "navigate on city streets" feature in China fell materially short of Defendant Musk's promises for self-driving technology. This report provided investors with new, concrete evidence of significant shortcomings in a feature Defendants had cast as a critical advance toward Level 4–5 autonomy, particularly in the strategically important Chinese market. The widespread user disappointment indicated that Tesla's autonomous driving technology remained far behind the transformative "full self-driving" capability Defendants had repeatedly described as imminent, thereby undermining prior assurances about the advanced state and near-term readiness of Tesla's autonomous driving systems. Tesla's shares fell more than 8% on heavy trading volume, pushing Tesla's market capitalization below $1 trillion and to its lowest level since November 7, 2024. On February 25, 2025, CNBC attributed the latest share-price decline in substantial part to the Reuters report that Tesla's upgraded "navigate on city streets "feature in China fell short of Musk's self-driving promises, and, in the wake of these revelations concerning the capabilities of Tesla's autonomous driving features, Tesla's stock price fell $27.73 per share over two trading sessions, or 8.4%, to close at $302.80 per share on February 25, 2025, on heavy trading volume of 134,228,800 shares.

8.      On June 22, 2025, Tesla held a highly publicized launch event in Austin at which about ten robotaxis, operating in a geofenced 10-by-5-mile zone with human safety monitors in the front passenger seat, began carrying invite-only paying passengers. Within days, however, widely circulated videos from the event showed Tesla robotaxis drifting into oncoming lanes and exceeding posted speed limits, prompting the National Highway Traffic Safety Administration ("NHTSA") to seek information and drawing fresh public scrutiny and doubts over future regulatory approval for FSD. Tesla's stock fell more than 6 percent over two trading days as the market absorbed reports that Tesla's first paid robotaxi rides appeared to violate basic traffic laws and had triggered federal safety review.

9.      On June 23, 2025, Bloomberg reported that the NHTSA was reviewing incidents in which Tesla's Robotaxis appeared to violate traffic laws during their first paid-ride event in Austin, based on videos posted to social media showing, among other things, a Robotaxi entering an oncoming-traffic lane during a left-turn maneuver and exceeding posted speed limits. That same day, the Los Angeles Times likewise reported that Tesla's self-driving taxis appeared to violate traffic laws during the Austin launch, including crossing into an oncoming-traffic lane over a double-yellow line, exceeding speed limits, and stopping in the middle of the road instead of pulling over after passengers requested to exit.

10.      On June 24, 2025, the *Electrek* reported that Tesla had asked NHTSA to keep confidential Tesla's responses to the agency's questions about the Robotaxi program. Also on June 24, 2025, the International Business Times reported that NHTSA, citing videos of Tesla's autonomous vehicles driving erratically and breaking traffic laws during the Austin event, had begun a formal investigation to assess potential safety defects and reiterated that manufacturers must ensure compliance with federal motor vehicle safety standards.

11.    On June 25, 2025, *Fortune* reported that Tesla's Austin Robotaxi launch prompted multiple videos of erratic and potentially unlawful driving, including a Robotaxi entering an oncoming-traffic lane and crossing a double-yellow line and another braking sharply near stopped police vehicles, and that NHTSA responded by contacting Tesla and stating it would take any necessary actions to protect road safety.

12.    Following these reports, Tesla's stock price fell $21.13 per share over two trading sessions, or 6.05%, to close at $327.55 per share on June 25, 2025.

13.    On July 14, 2025, HSBC issued a report titled *Robotaxi Your ride's arrived, but profits will be late*. In the report, HSBC discussed the question "how big could the robotaxi's owners' fleet be?" HSBC noted that "CEO Musk has suggested that the number of its robotaxis could quickly ramp up to over 1 million, with Tesla owners running their cars as robotaxis, by the end of 2026" and stated that "[g]iven FSD only runs on HW4 or newer hardware, we estimate the total Tesla US vehicle parc capable of running FSD to be c1.25m units at the end of April 2025." Moreover, HSBC noted "HW3 was no longer being worked on, and older cars would need to be upgraded in the future" which "Musk admitted this would be 'painful and difficult.'" HSBC estimated that there are roughly 5m HW3 Teslas on the road, and whilst not disclosed, we assume an FSD take-rate of 10%. HSBC concluded "[t]hat would mean a hit of cUSD1.25bn if based on upgrade costs of USD2-3k per vehicle." HSBC continued that even "more worrying is the possibility that HW4 cars may not be appropriately equipped" as Tesla moves toward HW5."

14.    After the end of the Class Period, on August 1, 2025, it was reported that a jury in a trial in the U.S. District Court for the Southern District of Florida determined that Tesla should be held partly liable for a fatal 2019 Autopilot crash, and must compensate the family of

the deceased and an injured survivor a portion of $329 million in damages, including punitive damages for misleading consumers about its autonomous driving capabilities.

15.    Also, after the end of the Class Period, the California DMV concluded in December 2025 that Tesla violated state consumer-protection and vehicle advertising laws by deceptively marketing its "Autopilot" and "Full Self-Driving" ("FSD") features as more autonomous than they actually are. The California DMV pointed specifically to Tesla statements suggesting the system could handle " short and long-distance trips with no action required by the person in the driver's seat," which the agency said overstated the technology and was false at the time and remains false now.

16.    Throughout the Class Period, Defendants made materially false and misleading statements regarding Tesla's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Tesla overstated the effectiveness of its autonomous driving technology; (ii) there was thus a significant risk that Tesla's autonomous driving vehicles, including the Robotaxi, would operate dangerously and/or in violation of traffic laws; (iii) the foregoing increased the likelihood that Tesla would become subject to heightened regulatory scrutiny; (iv) accordingly, Tesla's business and/or financial prospects were overstated; and (v) as a result, Tesla's public statements were materially false and misleading at all relevant times.

17.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of Tesla's securities, Plaintiffs and other Class members have suffered significant losses and damages.

## II.    JURISDICTION AND VENUE

18.    The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

19.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act.

20.    Venue is proper in this District pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b). Tesla is headquartered in this District, Defendants conduct business in this District, and a significant portion of Defendants' actions took place within this District.

21.    In connection with the acts alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mail, interstate telephone communications, and the facilities of the national securities markets.

## III.    PARTIES

22.    Plaintiffs, as set forth in the Certifications previously filed with the Court (ECF Nos. 5-1, 6-4), acquired Tesla securities at artificially inflated prices during the Class Period and were damaged upon the revelation of the alleged corrective disclosures.

23.    Defendant Tesla is incorporated under the laws of Texas with principal executive offices located at 1 Tesla Road, Austin, Texas 78725. Tesla's common stock trades in an efficient market on the Nasdaq Global Select Market ("NASDAQ") under the ticker symbol "TSLA."

24.    Defendant Elon Musk ("Musk") has served as Tesla's CEO at all relevant times.

25.    Defendant Vaibhav Taneja ("Taneja") has served as Tesla's CFO at all relevant times.

26.     Defendant Ashok Elluswamy ("Elluswamy") has served as Tesla's Vice President of AI Software and head of the Autopilot and AI software programs at all relevant times.

27.     Defendant Lars Moravy ("Moravy") has served as Tesla's Vice President of Vehicle Engineering at all relevant times.

28.     Musk, Taneja, Elluswamy, and Moravy are collectively referred to herein as the "Individual Defendants."

29.     Tesla and the Individual Defendants are collectively referred to herein as "Defendants."

## IV.    SUBSTANTIVE ALLEGATIONS

30.     In recent years, Tesla has fundamentally repositioned itself—transforming from an electric vehicle manufacturer into what it called an artificial intelligence and robotics company whose value proposition depended heavily on achieving full self-driving capability and launching a Robotaxi business. Tesla's SEC filings reinforced this message: its March 2024 quarterly update announced that it stood "between two major growth waves, "with the next driven by "advances in autonomy" ; its 2024 Form 10-K stated Tesla would "begin launching our Robotaxi business"  in 2025; and by early 2025, quarterly presentations showed vehicles already driving autonomously through Tesla factories while promising a pilot Robotaxi launch in Austin by June 2025. This repositioning created extraordinary valuation dynamics. Despite declining operating margins—from 5.5% in Q1 2024 to 2.1% by Q1 2025—and weakening deliveries, Tesla maintained a market capitalization exceeding $1 trillion in December 2024, trading at roughly 50 times automotive earnings while traditional automakers traded at 5 to 7 times earnings. The premium existed because investors believed Tesla would dominate an autonomous transportation revolution worth trillions of dollars. High-profile firms like ARK

9

Invest published models showing nearly 90% of Tesla's 2029 enterprise value would come from Robotaxis, premised on Tesla's claimed 70-to-1 data advantage over competitors like Waymo—a competitive moat Defendants told investors would prove decisive in what they characterized as a "winner-takes-most" AI competition.

31.     Yet all the while, Tesla's autonomous technology remained constrained by fundamental limits and was stuck at SAE Level 2, requiring constant driver supervision, when the robotaxi business launched in 2025 required Level 4 autonomy capable of operating without any human intervention.

**A. Tesla's Focus on Self Driving.**

32.     Since 2017, Tesla's Autopilot webpage has described its FSD feature as capable of full self-driving in almost all circumstances, asserting that it can handle trips of any length without driver input while achieving a safety level at least twice that of the average human driver and independently planning routes, navigating complex urban conditions, and managing high-speed freeway traffic, and on a May 3, 2017 earnings call Musk similarly asserted that every Tesla produced since October 2016 already contained the sensor hardware, compute power, cameras, radar, ultrasonics, and wiring needed for at least Level 4–5 autonomy, such that only software upgrades were required to reach Level 5 and autonomy would improve with each software release.

33.     Between 2017 and 2020, Tesla's Autopilot functioned as a highway-focused, Level 2 driver-assistance system that combined traffic-aware cruise control with lane-keeping and related safety features but never relieved the human of legal responsibility for driving. Over those years, Tesla iterated the underlying hardware from "Hardware 2.0" to "2.5,"

modestly increasing computing power and sensor capability to support smoother steering, braking, and adaptive speed control.

34.    In 2020, Tesla began a limited "Full Self-Driving (Beta)" program in the U.S., putting its city-street driving software into the hands of selected owners for the first time. This early beta followed a major rewrite of Tesla's Autopilot/FSD stack to a 3D-plus-time ("4D") vision and neural-network architecture, which Musk characterized as a large step change versus earlier code.

35.    Between 2021 and 2022, Tesla expanded FSD Beta to a wider group of owners, positioning it as an add-on to its existing Autopilot. During this period Tesla removed radar sensors from new vehicles and leaned into a "vision-only" perception approach, while continuing to market the package as progressing toward full autonomy.

36.    By 2023, FSD Beta had been rolled out broadly across compatible Tesla models in North America, with regular over-the-air updates improving navigation of turns, lane changes, and handling of urban traffic scenarios.

37.    In 2024, Tesla launched Version 12 of its driver assistance technology. The launch marked a turning point in how Tesla marketed the product. Tesla had long called the system "Full Self-Driving." Version 12 changed that.

38.    On April 1, 2024, Tesla dropped the word "Beta" from the title indicating the testing period was over and ready for full-scale commercial deployment with the product marketed as "**Full Self-Driving (Supervised)**." The new name appeared on Tesla's investor presentations starting in the first quarter of 2024. And it came with the same a footnote Tesla used to describe FSD Beta: " Active driver supervision required; does not make the vehicle autonomous."

39.    The name change was subtle. The disclaimers were small. But the marketing stayed aggressive. On April 23, 2024, Elon Musk told investors on Tesla's first quarter earnings call: " It should be obvious to anyone who's driving Version 12… that it is only a matter of time before we exceed the reliability of humans and not much time with that." He described a vision where Tesla vehicles would soon achieve an autonomous future.

40.    This was meant to mark an inflection point from assisted driving to genuine autonomy, demonstrating that Tesla's vision-only, neural-network system could shoulder more of the driving task in real time. By scaling supervised autonomy across its existing fleet, Tesla created the predicate for the next step to treat its growing vehicle base not just as a customer pool, but as a ready-made platform for deploying a robotaxi service through the Tesla fleet itself.

**B. Autonomous Vehicles are Tesla's Core Business Strategy and The Basis for Its Valuation.**

41.    Defendants spent the Class Period telling investors that autonomy was not a side project but the centerpiece of Tesla's identity, growth, and valuation. Repeatedly, Musk and other executives insisted that Tesla should not be looked at as just a carmaker, but as an AI and robotics company whose future hinged on full self-driving and a robotaxi network.

42.    In public statements, Tesla framed autonomy as existential. In a 2022 interview, Musk described solving full self-driving as the line between Tesla being "worth a lot of money or worth basically zero, "and by early 2024 Tesla was telling investors that it was "between two major growth waves, "with the next wave to be "initiated by advances in autonomy and introduction of new products "on its next-generation platform. The same Q1 2024 update explained that hardware profits would, over time, be joined by accelerating " AI, software and

fleet-based profits, "signaling an intentional shift from one-time vehicle sales toward recurring, software-like revenue.

43.    Earnings calls in 2024 reinforced that message. Musk told analysts that it was "fundamentally "wrong to value Tesla as an auto company and that anyone who did not believe Tesla would solve autonomy "should not be an investor in the company."  CFO Vaibhav Taneja echoed that stance, explaining that Tesla was "more than a car company because the cars can be autonomous," and stressing that this transition was already "happening."  On the Q2 2024 call, Musk called autonomy "by far, the biggest differentiator for Tesla," contrasted Tesla's full-stack AI and robotics approach with competitors' narrower efforts and endorsed projections that autonomous transport could be worth on the order of $5 trillion in market capitalization, with humanoid robots worth several times more.

44.    Tesla's SEC filings mirrored its public rhetoric. In its 2024 Form 10-K filed in January 2025, Tesla described plans to "begin launching our Robotaxi business" in 2025 as a "ride-hailing network that will eventually operate fully autonomous vehicles,"  stressing that the service would open access to a new customer base as transportation modes evolved. Tesla framed this not as a marginal product extension but as a shift in business model: away from selling hardware once and toward a service-driven model with software-style margins and ongoing fleet monetization. The Q4 2024 and full-year 2024 update presentation went further, calling 2025 a seminal year in Tesla's history in which FSD Supervised would "exceed human levels of safety," unlocking unsupervised FSD and the robotaxi business, expected to begin launching later that year in parts of the United States.

45.    Musk's own descriptions of the economics of autonomy were dramatic and concrete. On the January 29, 2025 Q4 2024 earnings call, he acknowledged being called "the

boy who cried wolf" on autonomy timelines but insisted "there's a damn wolf this time," calling it a "self-driving wolf." He then quantified the upside: a typical passenger car, he said, has only about 10 hours of useful operation per week out of 168 hours, but an autonomous car could be in use 50–55 hours per week for both cargo and passengers. With only a software update, he claimed, the same physical asset could have "5x or more" the utility, which he predicted would yield " the largest asset value increase in human history."

46.    Musk consistently presented 2024 and 2025 as the inflection point for this transformation. He told investors that Tesla had "laid the groundwork" for autonomous vehicles and humanoid robots in 2024 and would not merely lay but "build the structure" in 2025. The Q1 2025 update presentation featured a photograph of a Model Y driving autonomously, without human supervision, from the production line to the outbound lot at Giga Texas and stated that Model 3, Model Y, and Cybertruck already performed that unsupervised task at U.S. factories. Tesla said it remained "on track for pilot launch of Robotaxi in Austin by June" 2025 and for pilot builds of its Optimus humanoid robot in Fremont, with broader deployment of robots doing "useful work" across factories.

47.    Tesla's narrative in 2025 focused on near-term deployment. On the April 22, 2025 Q1 2025 earnings call, Musk stated that the system was "on track to be able to do paid rides fully autonomously in Austin in June," and that Tesla expected to be in "many other cities in the U.S. by the end of this year." He said he felt "confident in predicting large-scale autonomy around the middle of next year," claiming that "millions of Teslas" would operate fully autonomously in the second half of 2026. He added that there was "no need to wait for a robo-taxi or Cybercab" to experience full autonomy, because Tesla expected to achieve full autonomy on its existing fleet next year. In its Q2 2025 Form 10-Q, Tesla underscored the business stakes, asserting that

the June 2025 robotaxi launch would "unlock significant business growth"  and further a "service-driven business model"  and its Q1 and Q2 2025 10-Qs reiterated that Tesla would use its cash flows to invest in autonomy and support this strategic shift.

48.    This autonomy-first story helped decouple Tesla's valuation from its core auto metrics. During the Class Period, gross margins fell from roughly 18% in Q2 2024 to 16.3% in Q1 2025, reflecting price cuts and an adverse product mix in the legacy automotive business. Operating margins slid from about 5.5% in Q1 2024 to 2.1% by Q1 2025, as higher costs and lower average selling prices eroded profitability. Deliveries recovered somewhat into mid-2024 but weakened again by early 2025 due to intensified competition and Tesla's own production disruptions and retooling. Yet Tesla's market capitalization in December 2024 exceeded $1 trillion—around 50 times trailing twelve-month automotive earnings—while traditional automakers traded at five to seven times earnings. Plaintiffs allege that the premium "existed entirely" because investors believed Tesla would dominate an autonomous transportation market worth trillions.

49.    Analyst work reinforced those expectations. ARK Invest, led by Cathie Wood and influential among retail investors, published a report entitled "ARK's Expected Value for Tesla in 2029: $2,600 Per Share."  ARK's models assumed that nearly 90% of Tesla's 2029 enterprise value and earnings would come from the robotaxi business, with electric vehicles contributing only about 10%. ARK's thesis rested heavily on Tesla's alleged data advantage: its research estimated that customer vehicles drove more than 5 million miles per day in FSD mode in 2024, and over 87 million miles per day including all U.S. driving without FSD, compared with Waymo's roughly 70,000 miles per day. ARK portrayed this roughly 70-to-1 data advantage as decisive in a "winner-takes-most" AI race for autonomous driving.

50.     In a May 5, 2025, Piper Sandler aptly summed up the impact of FSD on its analysis stating that "[b]y a wide margin, Tesla's full self-driving (FSD) software is the largest contributor to our price target."

**C.  The Society of Automotive Engineers Levels of Driving Automation.**

51.     Understanding what Tesla is selling—and what it was claiming to sell—requires understanding the industry's standard framework for measuring autonomous capability. The Society of Automotive Engineers ("SAE") established that framework, which defines six levels of driving automation from zero to five.

52.     SAE International is a U.S.-based professional association and standards development organization. In 2014, SAE International took a leading role in the development of autonomous vehicle technology standards by publishing the initial version of *SAE J3016 Recommended Practice: Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles*, commonly referred to as the SAE Levels of Driving Automation ("SAE Levels" ). Following this, SAE International published revised versions of the SAE Levels, adopting the current standard in 2021.

53.     The SAE Levels provide a taxonomy of vehicle driving automation systems with detailed definitions for six levels for driving automation, ranging from no driving automation (SAE Level 0) to full driving automation (SAE Level 5). The SAE Levels can be summarized as follows: **Level 0: No Driving Automation.** The human driver performs all driving tasks (steering, acceleration, braking, etc.), although vehicles may have safety features like automatic emergency braking and forward collision warning. **Level 1: Driver Assistance.** The vehicle has features that provide a small degree of automation over the vehicle's acceleration, braking, or steering (e.g., adaptive cruise control, lane-keeping assistance). **Level 2: Partial Driving**

**Automation.** The vehicle can perform multiple driving tasks (e.g., acceleration, steering) but remains under the human driver's constant supervision, responsibility, and control. **Level 3: Conditional Driving Automation.** The vehicle can take full control of certain driving tasks such that the human driver need not remain constantly alert but must be ready to intervene upon request from the vehicle. **Level 4: High Driving Automation.** The vehicle can perform all driving tasks in specific locations or environments, but human override is still an option. **Level 5: Full Driving Automation.** The vehicle can perform all driving tasks under all conditions, with zero human attention or interaction required.

54. The SAE Levels are a widely accepted international standard and have been adopted by regulatory agencies such as the National Transportation Safety Board ("NTSB"), NHTSA, and U.S. Department of Transportation. When the SAE published the current version of the SAE Levels in 2021, it summarized the revised SAE Levels, emphasizing that for SAE Level 2 driver-support features, "You <u>are</u> driving whenever these driver support features are engaged" and "You must constantly supervise these support features."

55. Tesla has regularly promised its technology (from Autopilot to FSD Beta, to FSD, and to FSD Supervised) would rapidly advance to SAE Level 5 abilities within a year or other short period of time, yet Tesla's technology has never advanced beyond SAE Level 2.

56. Tesla's FSD product page during the Class Period repeatedly stresses that FSD "will drive you almost anywhere with your active supervision" and that "currently enabled features require active driver supervision and do not make the vehicle autonomous," which is the operative SAE-Level-2 formulation even though it does not spell out "Level 2" on that page.

*57.* In response to the *Benavides v. Tesla* autonomous driving lawsuit in Florida, Tesla published a blog post on X titled "The Bigger Picture on Autopilot Safety." In the blog

post, Tesla states "Autopilot features, including Traffic-Aware Cruise Control and Autosteer, are SAE Level 2 driver-assist systems, meaning — a. Whether the driver chooses to engage Autosteer or not, the driver is in control of the vehicle at all times. The driver is notified of this responsibility, consents, agrees to monitor the driving assistance, and can disengage anytime."

58.    In an email to the California Public Utilities Commission on April 16, 2025, Tesla shared a notice it had sent out to employees that described the FSD system it is using in California robotaxi tests as a "Level 2" system. "The FSD system in use is an SAE Level 2 system that enforces driver attention, with system limits and can be disengaged via the traditional steering/braking/button methods," reads the Tesla email, which was sent out to Bay Area employees just last month

59.    On October 6, 2025, the NHTSA Office of Defects Investigation – ODI Resume PE25-012, a memorandum concerning its investigation into traffic safety violations while Tesla's Full Self Driving ("FSD") is engaged, including those incidents reported from June 22, 2025. The ODI Resume PE25-012 expressly states, "Tesla characterizes FSD as an SAE Level 2 partial automation system requiring a fully attentive driver who is engaged in the driving task at all times. Level 2 partial automation systems are designed to support and assist the driver in performing certain aspects of the driving task, requiring a driver to supervise and intervene as necessary."

60.    Other vehicle manufacturers have successfully designed and developed SAE Level 3 features, including Audi in 2017, Honda in 2021, Mercedes-Benz in 2021, and BMW in 2023. Waymo was operating a limited SAE Level 4 taxi service on public roadways in some areas of Phoenix since 2018 and San Francisco since 2021, and Cruise was operating a fully driverless robotaxi service in San Francisco since 2022. Those companies have continued to

expand their technologies and receive increased regulatory approval to operate SAE Level 3 and higher technologies on public roadways, including expanded driverless commercial taxi services. All the while, Tesla's technology has remained stuck at SAE Level 2.

61.    Driving automation technologies at all SAE Levels require the use of vehicle-mounted sensors to gather data about the surrounding environment, including sensors such as cameras, radar, and lidar (light detecting and ranging). Tesla's Level 2 technology relies on cameras (with limited assistance from a single forward-facing radar unit). To date, all Level 3 or higher technologies have used a combination of cameras, radar, and lidar. Truly autonomous, self-driving cars cannot be achieved without some reliance on expensive lidar technology, but Tesla has always refused to use lidar and publicly criticized it while relying on it for testing and training.

**D. The Road To Autonomy: What It Takes To Put Robotaxis On Public Roads.**

62.    While Tesla promises a robotaxi revolution, competitors have been methodically building autonomous vehicle services for over a decade. Waymo—Google's self-driving car project spun out in 2016—stands as the industry leader, operating fully driverless commercial service across five major U.S. cities. As of mid-2025, Waymo provides approximately 250,000 paid rides per week to the public—rides delivered without anyone behind the wheel, without anyone ready to grab a steering wheel that doesn't exist.

63.    By June 2025, Waymo's fleet had logged approximately 96 million "rider-only" miles on public roads—miles driven in fully autonomous mode with paying passengers or authorized riders aboard. This represents a doubling from the 50 million autonomous miles recorded at the end of 2024, achieved in just six months. This wasn't accomplished overnight.

Waymo's journey reveals the grueling path from concept to commercial deployment—a path measured not in months, but in years of testing, data collection, and regulatory engagement.

### 1. *Waymo's Approach: Sensors, Safety, and Simulation*

64.    Waymo built its autonomous driving system on a foundation fundamentally different from Tesla's vision-only approach. The fifth-generation Waymo Driver—the system operating commercially as of June 2025—employs a multi-modal sensor suite that provides overlapping, redundant perception: 29 high-resolution cameras providing 360-degree views with capabilities spanning from long-range detection to close-proximity monitoring; 5 LiDAR sensors that create precise 3D maps by sending millions of laser pulses per second, detecting objects up to 300 meters away even in darkness or poor weather; 6 radar units that track distance, velocity, and size of objects in all lighting and weather conditions; and external audio receivers positioned around the vehicle to detect and localize emergency vehicle sirens and other critical sounds

65.    This sensor architecture embodies what Waymo calls "safety-critical redundancies. " If one sensor fails or provides degraded data—say, cameras obscured by heavy rain—the LiDAR and radar systems maintain full perception capability. Each sensing modality complements the others: cameras excel at visual detail and color recognition; LiDAR provides centimeter-scale distance accuracy critical for navigating near pedestrians and cyclists; radar penetrates weather conditions that might challenge optical sensors.

66.    Waymo released its sixth-generation system in 2026 with fewer sensors (13 cameras, 4 LiDARs, 6 radars—a 42% reduction) that maintains safety through improved sensor quality and strategic placement. This next-generation system, unveiled in August 2024, is undergoing testing in mid-2025 but has not yet entered commercial service. The cost reduction is significant: the sixth-generation hardware is expected to cost under $20,000 per vehicle (versus

over $40,000 for the fifth-generation system), addressing the primary criticism that Waymo's approach cannot scale economically.

67.    Before Waymo's vehicles navigate real streets, they drive billions of miles in virtual environments. Tesla's simulation platform—dubbed "Carcraft" after the video game World of Warcraft—creates digital twins of actual cities. Here, 25,000 virtual self-driving cars navigate models of Phoenix, San Francisco, Los Angeles, Austin, and other deployment cities, encountering scenarios both routine and rare. The simulator allows engineers to replay real-world incidents, introduce variations, and test how the system responds to scenarios that might occur once every million miles. By the time a new Waymo system reaches public roads, it has already "experienced" scenarios that might take decades to encounter in real-world driving. This simulation-heavy approach accelerates development while minimizing risk to actual road users.

### 2.   The Regulatory Path: 50 States With 50 Different Requirements

68.    Autonomous vehicles exist in a regulatory gray zone created by America's federalist structure. The division of authority is clear in theory, confusing in practice:

69.    The National Highway Traffic Safety Administration sets Federal Motor Vehicle Safety Standards ("FMVSS") governing vehicle design, construction, and performance. These standards address crashworthiness, occupant protection, lighting, braking systems—the physical safety of the vehicle itself. NHTSA's jurisdiction is nationwide and preemptive: a vehicle that meets FMVSS can be sold and registered anywhere in the United States.

70.    States retain authority over licensing, registration, and the "rules of the road" — traffic laws, speed limits, right-of-way, and the requirements for who or what may operate a vehicle on public streets. This includes whether autonomous vehicles can operate and under what conditions.

71.     This division creates a paradox for autonomous vehicles. A manufacturer can produce a vehicle that fully complies with federal safety standards (and indeed, Tesla vehicles do meet all applicable FMVSS) but still cannot legally operate that vehicle autonomously without state authorization. Federal compliance is necessary but not sufficient.

72.     As Waymo discovered, even vehicles certified as federally compliant must navigate a patchwork of state regulations that vary dramatically in stringency, transparency, and speed of approval.

73.     California, the epicenter of autonomous vehicle development, offers the most detailed case study in regulatory progression. The California Department of Motor Vehicles (DMV) began considering autonomous vehicle implications in 2013. The resulting framework established multiple permit tiers, each representing a step toward full commercial deployment

74.     First requires testing with a safety driver (authorized in September 2014 for Waymo): Companies could test autonomous vehicles on any California public road, provided a human safety driver sat behind the wheel ready to take control. Waymo received this permit in September 2014—four years before Tesla received permission for driverless operation.

75.     During this phase, permit holders must report: (1) all collisions involving autonomous vehicles resulting in property damage, bodily injury, or death: (2) Annual "disengagement reports" detailing every instance where the autonomous system disengaged or where human operators took manual control; and (3) total vehicle miles traveled under autonomous mode

76.     Next comes driverless testing (authorized in October 2018 for Waymo). Four years after beginning testing with safety drivers, Waymo received authorization to test without a safety driver—but initially only in limited geographic areas: Mountain View, Palo Alto,

Sunnyvale, and Los Altos. This permit allowed true driverless operation but still prohibited commercial passenger service.

77.    This is followed by Commercial Deployment (authorized March 2022 for Waymo). Nearly eight years after Waymo began testing in California with safety drivers, the California DMV issued deployment permits in March 2022, authorizing commercial passenger service in limited areas of San Francisco and San Mateo counties. By this point, California had also established the California Public Utilities Commission (CPUC) as the regulator for autonomous transportation services.

78.    The dual-regulatory framework created additional complexity: companies needed both a DMV deployment permit (authorizing driverless vehicle operation) and CPUC authorization (permitting commercial transportation service for hire). In August 2023 the CPUC finally authorized Waymo to operate commercial robotaxi service throughout San Francisco at any time of day, without speed or weather restrictions.

79.    Under this framework, regulators do not simply conclude that vehicles are "safe enough" before granting approval. They first resolve a threshold question: Can these systems consistently obey the traffic laws that bind every human driver. Traffic-law compliance— encompassing everything from signals, stop signs, speeds, and rights-of-way to intersections, lane changes, construction zones, emergency vehicles, and other temporary control functions as a proxy for basic competence, so any system that cannot reliably clear that gatekeeping bar will, and should, attract intense scrutiny even for seemingly minor violations.

80.    Texas emerged as another favored jurisdiction for autonomous vehicle deployment. The state required no special permits for autonomous vehicle testing or deployment

prior to September 2025, allowing companies to self-certify compliance with traffic laws and begin operations with minimal regulatory friction.

81.    Waymo launched service in Austin, Texas, in March 2025. By June 2025, the Austin service area covered approximately 90 square miles, spanning from North Austin to South Austin, including downtown, Hyde Park, East Austin, and other neighborhoods. Unlike other cities where Waymo operates its own app, Austin riders access Waymo vehicles exclusively through Uber, as part of a partnership announced in 2023.

82.    In June 2025, Waymo also launched service in Atlanta, Georgia, its fifth operational city and first expansion into the southeastern United States. Like Austin, Atlanta service is available exclusively through the Uber app, initially covering 65 square miles from Downtown to Buckhead to Capitol View.

83.    The absence of comprehensive federal autonomous vehicle legislation means that companies seeking nationwide deployment must secure approval in each state independently. As Lars Moravy, Tesla's Vice President of Vehicle Engineering, acknowledged during the April 2024 earnings call: "The deployment of the vehicle to the road… is a limitation at the state level where they control autonomous vehicle deployment. Some states are relatively easy, as you mentioned, for Texas. And other ones have pathways like California that may take a little longer. The other ones hadn't set up anything yet. And so we will work on those state by state."

84.    This state-by-state reality creates enormous scaling challenges. A robotaxi service operational in Austin cannot simply expand to San Francisco without California DMV approval, CPUC authorization, and likely months or years of regulatory engagement.

### 3.    *The NHTSA's Role*

85.    NHTSA's jurisdiction over autonomous vehicles is both essential and constrained." As discussed above, the NHTSA sets the FMVSS, the mandatory safety standards

for vehicle design, construction, and performance. These cover crashworthiness, occupant protection, lighting, braking, and other physical safety systems.

86.    If NHTSA identifies a safety defect in vehicles (autonomous or otherwise) the agency can: (1) open preliminary evaluations and formal investigations; (2) require manufacturers to recall vehicles; (3) impose civil penalties for violations; and (4) issue consumer safety advisories.

87.    In June 2021, NHTSA issued Standing General Order 2021-01, requiring manufacturers and operators of vehicles equipped with autonomous driving systems (ADS) or SAE Level 2 Advanced Driver Assistance Systems (ADAS) to report certain crashes. This order has been amended multiple times but remains the primary mechanism for NHTSA to receive timely crash notifications.

88.    During the Class Period, the Standing General Order, manufacturers must report crashes to NHTSA within one day if the autonomous system was engaged within 30 seconds before the crash and the crash resulted in a fatality, a hospital-treated injury, or a strike of a vulnerable road user (e.g. a pedestrian, cyclist, motorcyclist). For crashes involving airbag deployment or requiring a vehicle tow (but without fatality, injury, or vulnerable road user involvement), manufacturers must report within five days. Manufacturers must also file supplemental monthly reports summarizing all reportable incidents.

89.    Unlike the Federal Aviation Administration's certification of aircraft, the NHTSA does not pre-approve new vehicle technologies or autonomous systems before public deployment. The agency's authority is reactive, not proactive. Even if the NHTSA harbors concerns about an autonomous system's safety, the agency cannot prohibit its operation unless it identifies a specific safety defect. States retain primary authority over operational deployment.

The NHTSA has not established minimum safety performance requirements that autonomous vehicles must meet before deployment. The agency has issued guidance documents, such as "Preparing for the Future of Transportation: Automated Vehicles 3.0," but these are recommendations, not binding regulations.

90.    Despite these limitations, NHTSA engagement matters for a manufacturer's reputation given the agencies investigatory authority, ability to attract congressional and public attention, and influence state regulators. Tesla's history with NHTSA illustrates this dynamic. According to Tesla's 10-Q filings, "the company has received requests from the DOJ for documents related to Tesla's Autopilot and FSD features. "Tesla's 10-K acknowledges: "such accidents where Autopilot, Enhanced Autopilot or FSD (Supervised) features are engaged are the subject of significant public attention, especially in light of NHTSA's Standing General Order requiring reports regarding certain crashes involving vehicles with advanced driver assistance systems."

### 4.    The Role of Data In Validating Safety Claims.

91.    Demonstrating autonomous vehicle safety should be straightforward: establish human driver crash rates as the baseline, collect comparable data from autonomous systems, and determine whether machines outperform humans. In practice, this framework encounters a fundamental obstacle—manufacturers control what data they publish, how they define key metrics, and whether they disclose anything at all.

92.    Waymo has published comprehensive safety data: approximately 96 million autonomous miles and over 20 billion simulated miles as of mid-2025. Waymo publishes peer-reviewed research comparing crash rates to human drivers, with academic researchers able to validate methodology and claims.

93.     California regulators have long treated "disengagement "as a term of art. Under the California DMV's autonomous vehicle program, manufacturers must log and report every time the autonomous system hands control back to a human or a human takes over for safety, along with total autonomous miles driven, yielding a simple, comparable metric: miles per disengagement. In 2023 public filings, Waymo reported roughly 17,311 miles between disengagements, while Cruise and Zoox were closer to 3,846 and 3,535 miles per disengagement, respectively—figures that immediately convey relative reliability to regulators, investors, and the public.

94.     Tesla has moved in a different direction entirely. Tesla speaks not of "disengagements" but of "interventions," a label that appears functionally similar yet comes without a standardized, regulator-backed definition and without any obligation to publish miles-per-event data. That linguistic choice insulates Tesla from side-by-side comparisons with companies subject to California-style reporting, because outsiders cannot know whether an "intervention " in Tesla's parlance maps cleanly onto a DMV "disengagement" or excludes categories of events competitors must count.

95.     Tesla discusses "critical interventions" to downplay those "non-critical" interventions but only discloses what it considers to be "critical."

96.     By emphasizing only critical interventions, Tesla can present a cleaner, seemingly safer record while omitting a host of non-critical but still informative takeovers that California would nonetheless classify as disengagements, turning what looks like a technical nuance into a powerful narrative advantage.

        5.   *Tesla Refuses to Disclose Critical Safety Data.*

97.     During the June 14, 2024, shareholder meeting, when asked directly about FSD disengagement rates, CEO Elon Musk declined to provide data. According to Bernstein analyst

Toni Sacconaghi's report: "the company notably declined to disclose the disengagement rates even when asked directly about FSD scaling laws. Instead, Elon suggested that customers should track the data themselves."  Sacconaghi reported:

> While Elon sounded a very bullish tone on FSD, he was unwilling to disclose data or discuss post-trial take up. He also highlighted a big step-up from Hardware 3 to Hardware 4 to to Hardware 5, which raises questions about whether existing cars in the installed base would be able to run at threshold levels for FSD, and had no real answer for how robotaxi interventions would be handled.
>
> Could we see some data? And what about post-trial take up? While Elon struck a very bullish tone, stating that he spends much of his time looking at self-driving data, and that FSD disengagement rates were improving at an "exponential rate"  and that the company sometimes sees factor of 10 improvements between successive versions, the company notably declined to disclose the disengagement rates even when asked directly about FSD scaling laws. Instead, Elon suggested that customers should track the data themselves.

98.    This deflection to crowd-sourced data reveals the scope of Tesla's disclosure gap. It does not publish miles per intervention or disengagement, the fundamental metric of autonomous system reliability." It also does not publish a comparative safety analysis comparing FSD crash rates versus human drivers controlling for vehicle model, geographic area, time of day, weather, or road type. Importantly, Tesla does not provide any hardware-specific performance data including breakdowns of safety performance by hardware generation (e.g. HW3" to HW4).

99.    Tesla repeatedly showcased exponential growth curves for cumulative FSD miles driven—graphs designed to impress investors with steep upward trajectories—while concealing the critical fact that more miles driven does not equate to safer autonomous performance. By flooding shareholders with metrics about training data volume and GPU clusters, Defendants

obscured the inconvenient truth: despite billions of miles logged, the technology remained years away from the unsupervised autonomy Musk had promised.

### 6. *What Tesla Actually Reports.*

100.    Tesla's safety disclosures fall into three categories, each carefully designed to avoid direct comparison with competitors.

101.    Aggregated quarterly data (voluntary): Tesla occasionally publishes high-level safety statistics such as "we registered one crash for every X million miles driven in which drivers were using Autopilot." For Q4 2024, Tesla reported: "Tesla vehicles using Autopilot technology drove 5.94 million miles between accidents – the best Q4 ever – compared to the U.S. average of .70 million miles." These statistics lack breakdown by FSD version, hardware generation, geographic or environmental context, severity classification, or methodological explanation.

102.    General statements about improvement (unverifiable): Company executives regularly claim exponential improvement without providing supporting data.

103.    Regulatory filings (required, but incomplete): Tesla complies with NHTSA's Standing General Order by reporting crashes meeting specified criteria. However, these reports have been incomplete and, at times, delayed.

104.    Tesla's deflection to crowd-sourced data creates a troubling dynamic. Tesla claims its technology is sufficiently safe for autonomous operation while simultaneously refusing to publish internal data that would prove this claim. Investors and regulators must instead rely on fragmentary, unverified reports from users with unknown selection biases and inconsistent measurement standards.

105.    Crowd-sourced data lacks any indicia or reliability such as random sampling, controlled variables, standardized measurement protocols, statistical significance testing, and

peer review. Unlike Tesla's internal telemetry data, which records every intervention, every near-miss with millisecond precision, crowd-source reports depend on human observation and voluntary disclosure. Many incidents likely go unreported.

106.    By contrast, Waymo produces detailed safety reports voluntarily published showing comparative crash data, including published methodology allowing independent verification, and timely compliance with all reporting requirements.

107.    In November 2025, Waymo released data covering nearly 100 million driverless miles in four American cities through June 2025, the biggest trove of information released so far about safety.[1] This release prompted Dr. Jonathan Slotkin, an executive and vice chair of neurosurgery at Geisinger Health System in Pennsylvania, to write an op-ed in The New York Times, arguing" that Waymo's crash data are strong enough that policymakers should start phasing human drivers out—first by rapidly expanding access to Waymo-like robotaxis in cities where they already operate, and then by clearing regulatory and political roadblocks that slow broader deployment of comparable autonomous systems. He frames this not as a tech story but as a public health obligation, contending that delaying adoption of substantially safer autonomous vehicles makes governments complicit in preventable deaths and serious injuries.

108.    When he turns to Tesla, Dr. Slotkin draws an even starker contrast. Not all autonomous systems are created equal. Many of the high-profile wrecks that dominate coverage involve "driver assistance" features—the kind built into millions of Teslas and other late-model cars—where the human driver must stay fully engaged. Tesla has released data suggesting that its so-called FSD (Supervised) lowers crash frequency, but those claims will require robust independent scrutiny before anyone can treat them as settled fact. And the broader research

---

[1] Jonathan Slotkin, The Data on Self-Driving Cars Is Clear. We Have to Change Course., N.Y. Times (Dec. 2, 2025), https://www.nytimes.com/2025/12/02/opinion/self-driving-cars.html.

record on partial automation is mixed: for example, the Insurance Institute for Highway Safety recently reported "no convincing evidence" that such systems reduce crash rates.

### 7. *Tesla's Reporting Issues.*

109.    The NHTSA's Standing General Order 2021-01 imposes clear, time-bound obligations on manufacturers of vehicles equipped with advanced driver assistance systems. There is a one-day reporting window when a manufacturer receives notice of a crash resulting in fatality, hospital-treated injury, or vulnerable road user involvement, it must submit an incident report within one calendar day if the autonomous system was engaged within 30 seconds before the crash. There is a five-day reporting window: For crashes involving airbag deployment or requiring a vehicle tow (without fatality, injury, or vulnerable road user involvement), manufacturers must report within five days. The NHTSA also requires monthly reports summarizing all reportable incidents. Furthermore, if new information becomes available after the initial report, manufacturers must file updated reports.

110.    Tesla has displayed a years-long pattern of incomplete data, systemic gaps, and corporate resistance to federal oversight.

111.    NHTSA's analysis of crashes between 2022 and 2023 revealed significant gaps in Tesla's submissions. The agency reviewed 510 Tesla incidents gathered through the Standing General Order process from August 2022 to the end of August 2023. A troubling pattern emerged: when supporting videos and data logs were unavailable, NHTSA investigators had to rely on Tesla's incomplete source material inventory to piece together what happened. Of the 956 crashes NHTSA reviewed through August 30, 2023, roughly half—489 incidents—fell into a category that should alarm any safety regulator: insufficient data to make an assessment. Either Tesla hadn't provided enough information, or the data it submitted was too incomplete to determine whether Autopilot played a role in the crash.

112.    The pattern of incomplete reporting manifested repeatedly in specific incidents. In February 2023, after a Tesla crashed into a fire truck in California killing the driver, NHTSA had to request additional information from Tesla to determine whether Autopilot or FSD was engaged at the time of the crash.

113.    NHTSA's April 2024 investigation report documented the structural deficiency in Tesla's crash detection system. The agency found that Tesla is not aware of every crash involving Autopilot even for severe crashes because of gaps in telematic reporting. Tesla claimed that it designed its telemetry system to report crashes "only with pyrotechnic deployment." This means that only when airbags deploy, seatbelt pre-tensioners activate, or the pedestrian impact mitigation feature triggers. But according to NHTSA's review of the Fatal Analysis Reporting System (FARS) and Crash Report Sampling System (CRSS), only 18 percent of police-reported crashes include airbag deployments.

114.    Against this backdrop, NHTSA's August 2025 Audit Query AQ25002 represented not a new problem but an escalation of ongoing deficiencies. The agency identified numerous incident reports from Tesla "in which the reported crashes occurred several months or more before the dates of the reports." The scope of the problem became clear through NHTSA's preliminary review. Many reports were submitted in a single batch: crashes that occurred at different times, all reported together, long after the mandatory deadlines had passed. Other reports trickled in on a rolling basis, still months behind schedule.

### E.  Tesla's Strategy for Autonomous Driving Relies on Vision-Only Hardware.

115.    In 2014, Tesla began equipping its Model S sedan with hardware that was intended to allow vehicles to automate some steering, braking, and acceleration functions. Consistent with widely used industry terminology, Tesla originally called this feature "advanced

driver assistance" before Tesla executives led by Musk decided to change the name to "Autopilot."

116.    Musk has been heavily and directly involved in the development of Tesla's ADAS technology and features, including by personally corresponding with and directing the activities of Tesla's Autopilot engineering team (which develops all Tesla's ADAS technology, including FSD) on a regular basis, serving as an tester of potential Tesla ADAS software updates on his personal Tesla vehicle, and otherwise being directly and personally involved in and directing the development of Tesla's ADAS technology in a manner that far exceeds the typical level of CEO involvement in and direction of the activities of an engineering team within a company. For example, on August 25, 2023, Musk livestreamed a 45-minute demo of the upcoming version 12 of FSD on X, which he claimed used machine learning and not any human-written code. There was one intervention: the vehicle misinterpreted a green left-turn arrow as allowing forward traffic and nearly ran the red light before Musk intervened."

117.    Tesla's technology stack rests on a tightly integrated blend of software, hardware, and data.

118.    Tesla equips recent vehicles with its "AI4/Hardware 4" FSD computer, a custom SoC designed by Tesla that provides high-throughput neural-network inference and redundant compute paths for safety. The car ingests video from an array of eight to nine cameras positioned around the vehicle (front triple-camera module, side and rear units), which serve as the sole primary sensing modality for Autopilot and FSD in production

119.    On the software side, Tesla runs large vision networks that operate directly on raw camera frames to perform semantic segmentation, object detection, lane and road-edge recognition, and monocular depth estimation on a per-camera basis, then fuse those into a

bird's-eye-view representation of the scene. More recently, Tesla has shifted to an "end-to-end" architecture using AI, in which a single neural network maps multi-camera video to driving commands, replacing much of the hand-coded stack; FSD v12 and v13 use this approach and are trained on billions of miles of fleet data to improve miles-between-interventions and support city-street autonomy and" robotaxis.

120.    Tesla's core autonomy proposition is that a camera-only system, plus powerful AI, can achieve superhuman driving without lidar or a heavy radar suite. In contrast, leading "Level 4" robotaxi operators such as Waymo use a multi-sensor fusion stack combining high-resolution cameras, multiple lidars, imaging radar, and detailed HD maps to build a 3D model of the environment and handle edge cases in all weather.

121.    Waymo's "6th-generation Waymo Driver"  illustrates the prevailing industry alternative: it uses 13 cameras, four lidars, six radar units, and external audio sensors, all feeding server-grade CPUs/GPUs that fuse map and sensor data to track objects and plan motions, with lidar providing centimeter-level distance measurements even in rain, fog, and at night. Against that backdrop, Tesla's insistence on omitting lidar—and, for several years, even production radar—marks it out as the only major AV player pursuing a pure vision, end-to-end neural-network approach at scale.

122.    Elon Musk has repeatedly framed lidar as unnecessary and counterproductive, arguing that the right way to solve autonomy is to "understand vision" rather than bolt on expensive sensors. In 2019, he said that "lidar is a fool's errand" and that "anyone relying on lidar is doomed," calling lidars "expensive sensors that are unnecessary"  and likening them to "a whole bunch of expensive appendices."  His broader thesis is that humans drive using eyes

and a brain, so a neural-network system trained on massive real-world visual data should be able to do the same job more cheaply and more safely than hardware-heavy stacks.

123.    Analysts also note strategic and economic motives behind Tesla's stance. A camera-only, end-to-end system promises lower bill-of-materials costs, simpler packaging, and easier scaling across millions of consumer vehicles and purpose-built robotaxis, which could drive a structurally lower cost-per-mile than lidar-equipped competitors if safety targets are met. Barclays, for example, highlights that Tesla has "dogmatically insisted" on a vision-only solution as the most scalable approach and flags that adding lidar or substantial new sensors would both increase costs and partially invalidate Tesla's existing data set, requiring a rebuild. Bulls argue that Tesla's fleet-scale data and vertically integrated AI hardware give it a defensible advantage if the vision-only bet works, with Guggenheim in a June 11, 2025 report modeling a multi-trillion-dollar robotaxi "Total Addressable Market" and assigning very large portions of long-term enterprise value to robotaxis and FSD.

### 1.    Tesla's Software.

124.    Tesla's vehicles run on a vertically integrated software stack that controls most major functions of the car and can be revised continuously by over-the-air ("OTA") updates, much like a smartphone operating system.

125.    Tesla develops most of its vehicle software in-house and deploys it as a unified stack that spans infotainment, powertrain, driver-assistance, and connectivity functions, reducing reliance on dozens of separate supplier control units. High-bandwidth in-vehicle networking and centralized compute modules let one software build govern the entire vehicle, which in turn allows Tesla to roll out new features, modify user interfaces, and adjust driving behavior without physical service visits.

126.    Tesla's FSD computer and related firmware run Tesla's vision-based neural networks, which interpret camera feeds, plan vehicle trajectories, and execute control commands through the same integrated stack. In practice, this architecture allows Tesla to treat autonomy software as an evolving product: models are trained on large fleets of customer-vehicle data in the cloud and then compiled and pushed back to cars as part of routine updates.

127.    Tesla vehicles periodically receive OTA software packages that can add new features, refine driving behavior, and deliver security or reliability fixes without a dealer visit. When an update becomes available, the vehicle notifies the driver via the center touchscreen and, if enabled, through the Tesla mobile app; the owner can then download the update over Wi-Fi or cellular and choose to install immediately or schedule installation for later.

128.    During installation, the vehicle remains parked and certain operations such as charging pause until the process completes, after which the car reboots into the new software version. Tesla's support materials emphasize that connecting the car to Wi-Fi helps ensure faster and more reliable delivery of these relatively large software bundles.

129.    Tesla's FSD capability has historically been available either as a one-time, up-front purchase tied to a specific vehicle or as a recurring monthly subscription. Recently, in the United States Tesla has transition away from the one-time purchase model, formerly priced around 8,000 dollars, to a structure in which access for new buyers will be offered exclusively through a monthly subscription at roughly $99.00 per month. Under this model, existing owners who previously bought FSD retain that entitlement on their vehicles, while new customers may activate or deactivate FSD month-to-month.

### 2. *Tesla's Camera-Only Hardware System.*

130.    Its hardware layer combines multiple high-resolution cameras positioned around the vehicle to deliver continuous 360-degree coverage with a custom full-self-driving computer

that runs neural networks in real time, evolving through successive generations from Hardware 3 to Hardware 4

131.    Tesla introduced HW3 across its lineup beginning around April–May 2019, phasing it into new Model 3, Model Y, Model S, and Model X vehicles as the standard Autopilot/FSD platform. The HW3 sensor suite relies on eight exterior cameras positioned in the same locations as prior HW2/2.5 vehicles, together providing 360-degree coverage: three forward-facing cameras clustered at the top of the windshield by the interior rear-view mirror (narrow, main, and wide lenses), two side-front cameras mounted in the left and right B-pillars, two side-rear cameras mounted in the left and right front-fender repeater housings, and one rear camera mounted above the license plate. Each of the eight HW3 cameras uses an approximately 1.2-megapixel sensor, which Tesla pairs with an in-house FSD computer designed to process vision data for Autopilot and FSD features on supported vehicles.

132.    Tesla began rolling out HW4 in production vehicles in 2023, starting with certain Model S, Model X, and Model Y trims, and later extending HW4 to the refreshed Model 3 in 2024. HW4 continues to use an eight-camera exterior suite but replaces the HW3 units with higher-resolution, wider-field, and better low-light cameras, alongside a visibly revised front camera housing at the top of the windshield that contains two forward-facing lenses instead of the prior three, with the third position left capped or blanked off. Side and rear camera locations remain broadly similar—embedded in the B-pillars, front-fender repeater housings, and above the rear license plate—but HW4-equipped vehicles can be identified by larger or revised camera modules and by the updated dual-lens front cluster.

133.    Defendants have publicly extolled HW4 as a material advance over HW3, describing it as offering substantially greater computing performance and headroom,

37

higher-resolution cameras, and in some configurations the option of a new high-definition "Phoenix" radar, all of which they present as enabling safer, more capable, and more scalable autonomous driving than was achievable on the prior HW3 platform.

134.    According to the 2025 Tesla Model Y owner's manual, there is an array of cameras around the Model Y to monitor virtually every angle: one above the front grille, one above the rear license plate, one in each door pillar, two mounted high on the windshield above the rearview mirror, and one on each front fender. Inside, a cabin camera above the rearview mirror observes the interior, while the front-facing camera's view (along with rear and side views) can be pulled up on the touchscreen or via the steering-wheel camera control. When the driver enables the "Automatic Blind Spot Camera", engaging a turn signal automatically calls up the corresponding side repeater view, and a vertical red bar appears in that image if another vehicle occupies the blind spot.

135.    Tesla warns that these systems depend on proper camera calibration and clear sightlines: after certain repairs, the cameras must self-calibrate over roughly 20–25 miles of driving under good lane-marking conditions, and Tesla advises drivers to contact Tesla only if calibration fails after about 100 miles. The manual also stresses that all cameras (and any sensors, if equipped) must be kept clean and unobstructed; dirty lenses, condensation in the housings, heavy rain, or poor road markings can degrade or disable Autopilot, trigger on-screen alerts that a camera is blocked, and temporarily limit active safety and driver-assistance features until visibility improves or the driver dries the system by warming and defrosting the vehicle.

### 3.  *Tesla's Driver-Assistance Computers.*

136.    Tesla's driver-assistance hardware sits at the center of Tesla's autonomy narrative, yet its generational shifts reveal both technical ambition and architectural constraints that matter to any assessment of what Tesla can actually deliver on the road.

137.    Beginning in 2023, Tesla introduced its fourth-generation FSD computer ("Hardware 4" or HW4), which offers higher processing throughput and higher-resolution cameras than the prior Hardware 3 platform. Third-party technical analyses report that HW4 delivers on the order of 3–5 times the compute performance of HW3 and uses upgraded wiring and cooling. The table below contains a summary of the upgrades:[2]

| Feature | Hardware 3 (HW3) | Hardware 4 (HW4) |
|---|---|---|
| RAM | 8GB | 16GB |
| Storage | 64GB | 256GB |
| Processor Architecture | Samsung Exynos-IP Based | Samsung Exynos-IP Based |
| CPU Cores | 12 Cores | 20 Cores |
| CPU Speed | 2.2GHz | 2.35GHz |
| Neural Net Processors | 2 Processors | 3 Processors |
| NN Processor Frequency | 2.0GHz | 2.2GHz |
| Manufacturing Process | 14nm | Estimated TSMC 7nm or N4 (4nm class) |
| Processing Power | 36 TOPS | 50 TOPS |
| Camera Resolution | 1.2MP | 5MP |
| Radar System | Continental ARS410 (160m range). Discontinued 2021. | Speculated Arbe Phoenix Radar (300m range). |

138.    Tesla's third- and fourth-generation driver-assistance computers share a marketing label but not a technological ceiling. HW3 pairs a roughly 36-TOPS custom Samsung Exynos-based system-on-chip with a 1.2-megapixel camera suite, modest RAM and storage, and (in most post-2021 cars) a pure "Tesla Vision" stack without active radar support.

139.    HW4, by contrast, roughly doubles the CPU cores, increases RAM to 16 GB and onboard storage to 256 GB, and boosts processing to about 50 TOPS; it also supports a denser,

---

[2] Yeslak, *Tesla Hardware 4 vs Hardware 3*, Yeslak (Aug. 8, 2024), https://www.yeslak.com/blogs/tesla-news-insights/how-to-check-tesla-hardware-4-or-hardware-3.

up-to-12-camera array with 5-megapixel sensors, wider fields of view. Those upgrades matter not just on paper: they give HW4 far more headroom for higher-frequency neural-network inferences and better perception in adverse weather conditions.

140.    Newer generations of Tesla's driver-assistance software lean on far larger, denser neural networks, and those models are increasingly tuned for the memory bandwidth and parallelism that HW4—and successors—can provide. As Tesla rolls out end-to-end "single stack" FSD versions and experiments with longer context windows, the code asks the car's computers to juggle more parameters, higher-resolution video, and more simultaneous perception and planning tasks than HW3 was ever designed to handle.

141.    That mismatch shows up in practice: to keep HW3 in the game, Tesla now ships smaller, specially optimized FSD networks on older cars, while reserving its most demanding releases, such as FSD v13, for HW4 because the full models will not fit within HW3's memory and bandwidth envelope. Owners of HW3 vehicles have also reported quirks and regressions with recent FSD builds—jerky speed control, choppy steering, and other artifacts that suggest a platform straining near its computational ceiling even as Tesla continues to raise the software bar.

## F.  Robotaxis are at the Center of Tesla's Autonomous Driving Value Proposition

### 1.  *Robotaxis sit at the center of Tesla's autonomy story."*

142.    Robotaxis are the ultimate promised product: a profitable, driverless ride-hailing network built on FSD software and a mix of company-owned and customer-owned vehicles.

143.    Tesla describes its robotaxi as an app based, on demand ride service using autonomous Teslas, starting with a limited launch in Austin and expanding as software and regulation allow. Riders summon a car through the Tesla app, the vehicle drives itself to the pickup, and it completes the trip within a defined service area, all without a professional driver.

The long-term vision is a hybrid fleet: and on-demand ride service suing Tesla owned cars and privately owned Teslas that their owners can add to a shared network to generate income when not in use. Riders summon a car through the Tesla app, the vehicle drives itself to the pickup, and it completes the trip within a defined service area, all without a professional driver. The long-term vision is a hybrid fleet: Tesla-owned cars and privately owned Teslas that their owners can add to a shared network to generate income when idle.

144.    The robotaxi fleet would generate value for Tesla in at least three ways: (1) Tesla would take a cut of the profit from all robotaxi trips; (2) Tesla would operate its own Company-owned robotaxi fleet; and (3) the prospect of customers generating passive income through the robotaxi system would massively increase the demand for Tesla's vehicles and the "full self driving" software upgrade. Tesla repeatedly claimed that robotaxis would unlock tremendous value for Tesla and that existing Tesla could become robotaxis with a software update.

145.    Tesla first previewed a dedicated robotaxi at its April 7, 2022 "Cyber Rodeo" event, promising a purpose-built electric vehicle designed specifically for autonomous ride-hailing rather than retail sale. By 2024, Tesla's SEC filings explicitly tied this concept to FSD (Supervised) and to a purpose-built robotaxi later branded the "Cybercab." Tesla told investors that its vision-only, end-to-end neural-network architecture, trained on billions of miles of real-world data and powered by in-house AI infrastructure such as the "Cortex" cluster at Gigafactory Texas, would enable "scalable autonomy" and a high-margin ride-hailing network.

### 2.    *Waymo and Zoox: Proven Level 4 vs. Tesla's Level 2.*

146.    Against that pitch, Tesla's contrast with competitors, such as Waymo, is stark. Waymo operates Level 4 autonomous vehicles—no safety driver, no human oversight during normal operation, and full system responsibility—in multiple U.S. cities. In 2024, Waymo's fleet delivered over 250,000 fully driverless paid rides per week and logged 2.4 million driverless

miles in California alone, operating more than 1,000 vehicles there. Peer-reviewed safety data showed collision rates significantly below human drivers when adjusted for similar conditions.

147.    California's DMV and the California Public Utilities Commission ("CPUC") require data, including detailed disengagement reports from any company testing autonomous vehicles, documenting each time a safety driver must take over. Waymo's disengagement rate has steadily improved, and it operates within geofenced areas to satisfy testing, validation, and regulatory requirements before expanding. Zoox, Amazon's AV unit, offers another benchmark: in 2024 it drove 952,000 miles in California, scaling both driver and driverless testing with a multi-sensor stack of cameras, lidar, and radar.

148.    Tesla, by contrast, filed no California disengagement reports because it has no driverless testing permit. It holds only a basic Autonomous Vehicle Tester permit, which allows testing with a safety driver capable of immediate intervention. In an April 16, 2025 email to the CPUC, Tesla itself described the FSD system used in its California "robotaxi" tests as Level 2, enforcing driver attention, operating within defined limits, and allowing disengagement via steering, braking, or buttons. Regulators have stated that Tesla has not applied for the specialized AV permits required to offer driverless passenger service—paid or unpaid—in California, and the DMV confirms Tesla has neither requested nor received a driverless testing or deployment permit.

149.    The hardware philosophies also diverge. Waymo and Zoox rely on camera-lidar-radar sensor suites. The SAE has observed that lidar is typically included at Levels 3 through 5, where the system (not the driver) bears primary responsibility. Tesla's camera-only design may suffice for Level 2, where a human must supervise continuously, but its ability to scale to Level 4 or Level 5 remains unproven despite Tesla's assurances.

### 3.    Musk's "Generalized" Solution vs. Geofenced Reality.

150.    Tesla casts robotaxis as the culmination of its autonomy promise: not FSD (Supervised) features that demand driver attention, but a true driverless taxi service—cars with no one behind the wheel picking up paying passengers. Waymo had already been running driverless taxis in San Francisco and Phoenix since 2020 and, by 2025, had millions of autonomous miles and a documented safety record.

151.    Musk publicly disparaged Waymo's approach as "quite fragile," criticizing its dependence on high-density maps and expensive sensors. Tesla's solution, he argued, would use only cameras and neural networks—" just vision, like a human driver" —with no lidar and no detailed mapping. He claimed that this generalized, map-light approach would scale faster: Tesla's system would work "anywhere," even on "a different earth," while Waymo's would remain constrained to specific cities.

152.    Musk also emphasized cost. On Tesla's Q1 2025 earnings call, he asserted that Waymo's vehicles cost four to five times more than a Tesla because Waymo buys cars and retrofits them with expensive sensors, whereas Tesla manufactures its own at scale. On that basis, Musk predicted Tesla could command "99% market share or something ridiculous" in autonomous vehicles.

### 4.    California: Talk of a Path, Little Regulatory Progress.

153.    California built an explicit regulatory regime for autonomous vehicles: companies need permits, must test under defined rules, and must show safety before deploying driverless services. Waymo secured the necessary approvals and now operates driverless ride-hailing in San Francisco and other cities under full regulatory oversight. Tesla has not.

154.    On the Q3 2024 earnings call, Musk quipped that "California loves regulation" but insisted there was "a pathway," predicting Tesla would apply and regulators would approve,

framing the process as mostly paperwork. Tesla has taken only limited steps toward a public robotaxi service in California and still has not applied for the key AV permits required for driverless passenger service.

155.    In November 2024, Tesla applied to the CPUC for a Transportation Charter-Party ("TCP") permit, a license typically used for chauffeur-style fleets offering pre-arranged rides. Regulators publicly confirmed that in March 2025, the CPUC granted Tesla a TCP permit, allowing it to operate a Tesla-owned fleet and provide pre-arranged rides to Tesla employees. But the CPUC has made clear that Tesla has not sought the specific autonomous-vehicle permits needed to carry members of the public in driverless cars. At the DMV, Tesla's status is similar: it holds only a safety-driver testing permit and has not requested permission for driverless testing or deployment.

**G. Tesla's Aging HW3.**

156.    HW3's limitations have turned what was once sold as futureproof into a precedent setting exhibit in how quickly autonomy hardware can age. When Tesla introduced HW3 in 2019, it promoted the unit as sufficient to deliver full autonomy through software alone, and many owners purchased the expensive Full Self Driving package on that premise. As the FSD stack has grown more compute heavy, Tesla's own leadership has now acknowledged that HW3 machines may, at least for some FSD purchasers, need to be retrofitted with HW4 boards to reach Tesla's latest performance targets. That admission underscores why the gap between HW3 and HW4 is more than incremental: the earlier platform can run today's supervised systems but offers far less margin for the kind of real-time sensor fusion, prediction, and planning that any unsupervised operation would demand at commercial scale. --setting exhibit in how quickly autonomy hardware can age. When Tesla introduced HW3 in 2019, it promoted the unit as

sufficient to deliver full autonomy through software alone, and many owners purchased the expensive FSD package on that premise. As the FSD stack has grown more compute-heavy, Tesla's own leadership has now acknowledged that HW3 machines may, at least for some FSD purchasers, need to be retrofitted with HW4 boards to reach Tesla's latest performance targets. That admission underscores why the gap between HW3 and HW4 is more than incremental: the earlier platform can run today's supervised systems but offers far less margin for the kind of real-time sensor fusion, prediction, and planning that any unsupervised operation would demand at commercial scale.

157.    That same divergence shows up in the subscription model for FSD. Tesla states that any vehicle with FSD computer 3.0 or later—meaning HW3 and above—can subscribe to FSD (Supervised) on a monthly basis, and HW3 cars indeed run the current supervised feature. Yet during the class period, Tesla's executives discussed the need for upgrades to HW4-class hardware for newer FSD versions and Robotaxi functionality, with HW3 owners who paid for FSD potentially receiving HW4 retrofits, creating a functional divide between the two hardware lines. In practical terms, that means a HW3 subscriber is buying access to a moving but bounded feature set on a platform already bumping up against its technical limits, while a HW4 subscriber might be better suited to whatever "unsupervised" autonomy Tesla ultimately manages to deploy.

158.    The same stack depends on enormous training infrastructure, including Tesla's in-house Dojo supercomputer and large clusters of NVIDIA H100 GPUs, with roughly 35,000 H100s active in early 2024 and plans announced to scale to about 85,000 by the end of that year. On the software side, FSD Version 12 and later rely on an end-to-end neural-network architecture in which AI models ingest raw camera feeds and directly output driving actions,

using vision-based processing to interpret the environment, detect and classify objects, anticipate their likely behavior, and plan appropriate maneuvers. Tesla refines this software continually through over-the-air updates, drawing on fleet learning so that real-world driving experience feeds back into model improvements. Underpinning both hardware and software is training-data built on scale: by the first quarter of 2024, Tesla vehicles had logged more than 300 billion miles with FSD engaged, a figure that rose to over 3.5 billion miles for FSD Version 12 and later by the first quarter of 2025, sourced from millions of cars operating across different countries.

**H. NHTSA's Investigation and Consumer Litigation.**

*1. The NHTSA Launches Numerous Investigations and Actions Regarding Tesla's Autonomous Driving Technology.*

159. The NHTSA's scrutiny of Tesla's autonomous and semi-autonomous driving technologies represents one of the most sustained and multifaceted regulatory investigations in automotive safety history. From 2022 through early 2026, NHTSA's Office of Defects Investigation opened numerous investigations covering millions of Tesla vehicles, examining everything from phantom braking incidents to traffic-law violations by FSD software. These probes reveal a pattern of regulatory concern about whether Tesla's driver-assistance systems can operate safely within their design limitations—and whether drivers understand those limitations.

**a. February 2022—The NHTSA Investigates Phantom Braking.**

160. In February 2022, NHTSA opened Preliminary Evaluation PE22-002 after the agency's Office of Defects Investigation received 354 consumer complaints over a nine-month period describing what owners had dubbed "phantom braking" —unexpected, hard braking events occurring without warning while Autopilot or adaptive cruise control was engaged. The

probe initially covered approximately 416,000 Model 3 and Model Y vehicles from model years 2021–2022.

161.    The affected vehicles had recently transitioned to Tesla's camera-only driver-assistance architecture, abandoning the radar sensors that earlier models had relied upon. This hardware change coincided with the sudden uptick in complaints. Drivers reported that their vehicles would brake abruptly at highway speeds, often repeatedly during a single trip, creating rear-end collision risks on busy roadways. According to NHTSA's opening resume, "the rapid deceleration can occur without warning, at random, and often repeatedly in a single drive cycle."

162.    The affected vehicles had recently transitioned to Tesla's camera-only driver-assistance architecture, abandoning the radar sensors that earlier models had relied upon. This hardware change coincided with the sudden uptick in complaints. Drivers reported that their vehicles would brake abruptly at highway speeds, often repeatedly during a single trip, creating rear-end collision risks on busy roadways. According to NHTSA's opening resume, "the rapid deceleration can occur without warning, at random, and often repeatedly in a single drive cycle."

163.    On June 8, 2022, NHTSA elevated its earlier Autopilot investigation (PE21-020, opened August 13, 2021) to Engineering Analysis EA22-002, the penultimate stage of the agency's defect investigation process. The upgrade expanded the scope from approximately 765,000 vehicles to roughly 830,000 Teslas equipped with Autopilot—encompassing Models S, X, 3, and Y spanning from the 2014 model year forward.

164.    The investigation centered on a disturbing pattern: at least 11 crashes (later expanded to 16) in which Teslas operating on Autopilot struck stationary first responder vehicles—fire trucks, police cars, ambulances—despite the presence of flashing lights, flares,

and traffic cones. Between January 2018 and July 2021, these collisions resulted in 17 injuries and one fatality.

165.    In documents supporting the Engineering Analysis, NHTSA identified several critical deficiencies: Inadequate Forward Collision Warning: The agency found that Forward Collision Warnings activated in the majority of incidents immediately prior to impact, but Automatic Emergency Braking intervened in only approximately half of the collisions. On average, Autopilot "aborted vehicle control less than one second prior to the first impact" —far too late for effective intervention. Driver Disengagement: NHTSA's analysis revealed that drivers were not sufficiently engaged with the dynamic driving task. Notably, only two of the 16 drivers involved in emergency vehicle crashes received driving engagement strategy warnings within five minutes before impact, suggesting that most drivers were complying with Tesla's monitoring requirements yet still crashed. System Design Mismatch: The agency concluded that "Autopilot invited greater driver confidence via its higher control authority and ease of engagement" while simultaneously implementing "weak usage controls. "This mismatch created what NHTSA characterized as "a critical safety gap between drivers' expectations of the L2 system's operating capabilities and the system's true capabilities."

166.    During EA22-002, ODI analyzed 467 crashes beyond those initially identified, ultimately categorizing them into three distinct patterns. Frontal collisions (211 crashes): Cases where the Tesla struck another vehicle or obstacle with "adequate time for an attentive driver to respond to avoid or mitigate the crash."  Inadvertent disengagement (111 crashes): Roadway departures where Autosteer was accidentally deactivated by the driver's steering inputs, with 43 crashes occurring less than five seconds after the driver overrode the system. Low traction incidents (145 crashes): Roadway departures in adverse conditions such as wet roadways. The

NHTSA observed these patterns "across all Tesla models and hardware versions," identifying at least 13 crashes involving one or more fatalities and many more resulting in serious injuries.

167.    In its analysis, the NHTSA criticized Tesla's nomenclature: "Notably, the term 'Autopilot' does not imply an L2 assistance feature but rather elicits the idea of drivers not being in control. This terminology may lead drivers to believe that the automation has greater capabilities than it does and invite drivers to overly trust the automation." The agency noted that peer manufacturers use "more conservative terminology like 'assist,' 'sense,' or 'team' to imply that the driver" remains central to the driving task.

168.    The YouTuber Mark Rober, a former NASA engineer, replicated this behavior in an experiment on March 15, 2025. He simulates a range of hazardous situations, in which the Model Y performs significantly worse than a competing vehicle. The Tesla repeatedly runs over a crash-test dummy without braking. The video amassing more than 14 million views without just a few days.

169.    Fred Lambert of the *Electrek*, points out that the Autopilot appears to disengage less than a second before the stage collision—just as the NHTSA documented years prior. "Autopilot appears to automatically disengage a fraction of second before the impact as the crash becomes inevitable," Lambert notes, referencing the footage.

   **b. December 2023—The NHTSA Recalls Every Tesla Sold in the United States Equipped with the Autosteer Feature.**

170.    On December 13, 2023, Tesla issued Safety Recall 23V-838, covering approximately 2,031,220 vehicles—essentially every Tesla sold in the United States equipped with the Autosteer feature. The recall encompassed Model S vehicles from October 2012 through December 2023, Model X from 2016–2023, Model 3 from 2017–2023, and Model Y from 2020–

2023. In percentage terms, NHTSA's recall report stated that 100 percent of the vehicles affected were defective.

171.    The recall flowed directly from EA22-002's findings. NHTSA and Tesla engaged in extensive discussions from October through December 2023. According to Tesla's Part 573 Safety Recall Report, Tesla was "in full cooperation, responded to extensive information requests from NHTSA and participated in several meetings with the agency" during the Engineering Analysis. While Tesla did not concur with NHTSA's analysis, the parties worked together to determine an appropriate remedy.

172.    NHTSA concluded that "Autosteer could be misused or used outside its intended conditions, with existing prompts not always ensuring an attentive driver." More specifically, the agency found that "in certain circumstances, Autopilot's system controls and warnings were insufficient for a driver assistance system that requires constant supervision by a human driver."

173.    Tesla's Defect Information Report acknowledged that "the prominence and scope of the system's controls may be insufficient to prevent driver misuse." Tesla described how the existing system could permit operation outside its intended operational design domain, with insufficient measures to prevent foreseeable misuse.

174.    Tesla deployed software version 2023.44.30 as an over-the-air update, adding and strengthening driver engagement controls and alerts. The remedy incorporated: more persistent visual and audible warnings when driver attention lapses; supervision checks requiring more frequent torque inputs; clearer information about system limitations and appropriate use cases; and enhanced monitoring to detect and respond to driver inattention. Production vehicles manufactured after December 7, 2023, came equipped with the updated software. For existing vehicles, the rollout began in late December 2023.

175.    NHTSA made clear that Recall 23V-838 "does not address the full scope of NHTSA's EA22-002 investigation as articulated in the opening resume. Accordingly, NHTSA's investigation into Tesla's Autopilot and associated vehicle systems remains open and active." The agency subsequently opened Recall Query RQ24-009 to monitor the recall's effectiveness.

176.    At the end of April 2024, it is revealed that the agency is investigating whether the new safety features go far enough. The concern: even updated vehicles were involved in crashes in which Autopilot played a role.

177.    That same day, the NHTSA closed a three-year investigation into Autopilot. The agency reviewed 953 reported accidents between 2018 and 2023. In 489 cases, there was insufficient information for a full investigation. In 211 crashes, the Tesla hit another vehicle or object. According to the data, Tesla drivers in 59 of those accidents had at least five second to react before impact—19 of them had 10 seconds or more. The NHTSA concluded that the drivers involved "were not sufficiently engaged in the driving task" and that Autopilot's warnings "did not adequately ensure the driver remained attentive."

178.    The NHTSA pointed to gaps in Tesla's telematic data that made it impossible to determine how often Autopilot was active during crashes. If a vehicle's antenna was damaged or it crashed in an area without network coverage, even serious accidents went unreported. Tesla's internal statistics include only those crashes in which an airbag or other pyrotechnic system deployed—something that occurs in just 18 percent of police-reported cases. This means the actual accident rate is significantly higher than Tesla discloses to customers and investors.

   **c.  October 2024—The NHTSA Investigates Crashes Involving Full-Self Driving in Low-Visibility Conditions."**

179.    On October 17, 2024, NHTSA opened Preliminary Evaluation PE24-031, targeting Tesla's FSD system's performance in reduced visibility conditions. The probe covered

approximately 2.4 million Tesla vehicles—Models S and X (2016–2024), Model 3 (2017–2024), Model Y (2020–2024), and Cybertruck (2023–2024)—all equipped with FSD-Beta or FSD (Supervised).

180.    ODI identified four Standing General Order reports documenting crashes after Tesla vehicles entered areas of reduced roadway visibility with FSD engaged. The conditions included sunlight glare, fog, and dust. Tragically, one incident resulted in a fatality: in November 2023, a Model Y struck and killed a pedestrian in Rimrock, Arizona, while operating in low-visibility conditions. Another crash resulted in injuries.

181.    The preliminary evaluation focuses on three core questions: (1) Detection capability: Can FSD''s hardware and software reliably detect and respond to reduced roadway visibility conditions such as sun glare, fog, and dust?; (2) Performance consistency: Have similar FSD crashes occurred in reduced visibility conditions, and what are the contributing circumstances?; and (3) Update effectiveness: Have Tesla's FSD software updates or system modifications improved performance in low-visibility conditions, and if so, what was their timing, purpose, capabilities, and safety impact?

182.    This investigation takes on particular significance given Tesla's decision to rely exclusively on camera-based perception without radar or lidar. Critics have long argued that vision-only systems struggle in precisely the conditions NHTSA is now examining: situations where cameras, like human eyes, cannot reliably perceive obstacles and hazards. While Tesla has maintained that its camera system, combined with neural networks, can match or exceed human visual perception, these crashes suggest potential limitations in cases where visibility degrades substantially.

### d. January 2025—The NHTSA Investigates Tesla's "Smart Summon" and "Actually Smart Summon" Features.

183. On January 6, 2025, NHTSA opened yet another Tesla investigation, this time examining the "Smart Summon" and "Actually Smart Summon" features that allow owners to remotely move their vehicles without anyone inside. The probe covers approximately 2.6 million Tesla vehicles: Model S and X (2016–2025), Model 3 (2017–2025), and Model Y (2020–2025), all equipped with FSD.

184. ODI received one formal Vehicle Owner's Questionnaire alleging a crash caused by Actually Smart Summon, and reviewed three additional media reports of similar incidents. According to NHTSA's opening resume, "all four incidents involve the subject Tesla vehicles operating in Actually Smart Summon failing to detect posts or parked vehicles, resulting in a crash."

185. The agency also noted 12 additional crash reports involving the earlier "Smart Summon" feature, bringing total alleged crash incidents to 16. Critically, NHTSA observed that Tesla had not reported any crashes involving either Smart Summon or Actually Smart Summon through the Standing General Order process, despite federal requirements mandating such reporting for crashes involving automated driving systems on publicly accessible roads.

186. This NHTSA's probe is examining several technical and operational aspects including: the maximum speed a vehicle can attain while Smart Summon is engaged; what designed-in operating restrictions exist for use on public roads versus private property; whether the system adequately ensures users maintain visual contact with their vehicles; how the smartphone app controls the vehicle and whether connectivity delays impact stopping distance; and the system's ability to identify and respond to obstacles in parking lots and similar low-speed environments

187.    A particularly troubling aspect highlighted by NHTSA: the agency "is aware of multiple crash allegations, involving both Smart Summon and Actually Smart Summon, where the user had too little reaction time to avoid a crash, either with the available line of sight or releasing the phone app button, which stops the vehicle's movement." This finding suggests fundamental questions about whether the remote-summon concept can be executed safely given human reaction time limitations and the physical disconnect between the remote user and the moving vehicle.

### 2. CA DMV Rules Tesla Misled Drivers with Autopilot Claims.

188.    On December 16, 2025, after a five-day evidentiary hearing with expert and survey testimony, the California Department of Motor Vehicles ("DMV") adopted Administrative Law Judge Juliet Cox's Proposed Decision in consolidated Agency Case Nos. 2102188 and 2102189, finding that Tesla's use of the names "Autopilot" and "Full Self-Driving Capability," along with related Autopilot and "Future of Driving" web content, conveyed levels of automation that Tesla's vehicles did not have and had never been approved to provide. The DMV found that during 2021–2024 all Tesla vehicles sold or operated in California, including those equipped with Autopilot and FSD, functioned at most at SAE Level 2 on public roads and had never been approved by any federal, state, or local authority to operate as SAE Level 4 or Level 5 vehicles without a licensed driver in the driver's seat. The decision further finds that, at no time relevant to the proceeding, did Autopilot or the FSD feature set enable Tesla vehicles "to travel safely, accurately, and lawfully on public streets in California without having a human operator inside the vehicle paying close, active attention to the vehicle's speed and path." After a multi-day evidentiary hearing with expert and survey testimony, the California Department of Motor Vehicles ("DMV") adopted Administrative Law Judge Juliet Cox's Proposed Decision in consolidated Agency Case Nos. 21-02188 and 21-02189, finding that Tesla's use of the names

"Autopilot" and "Full Self-Driving Capability," along with related Autopilot and "Future of Driving" web content, conveyed levels of automation that Tesla's vehicles did not have and had never been approved to provide. The DMV found that during 2021–2024 all Tesla vehicles sold or operated in California, including those equipped with Autopilot and FSD, functioned at most at SAE Level 2 on public roads and had never been approved by any federal, state, or local authority to operate as SAE Level 4 or Level 5 vehicles without a licensed driver in the driver's seat. The decision further finds that, at no time relevant to the proceeding, did Autopilot or the FSD feature set enable Tesla vehicles "to travel safely, accurately, and lawfully on public streets in California without having a human operator inside the vehicle paying close, active attention to the vehicle's speed and path."

189.    The DMV's detailed factual findings describe Autopilot as a bundle of driver assist features—Traffic Aware Cruise Control and Autosteer—that supplement but do not replace a human driver's constant attention and control, and they explain that FSD/FSD (Supervised) is a paid add on comprising features such as Navigate on Autopilot, Auto Lane Change, Autopark, Summon/Smart Summon, Traffic Light and Stop Sign Control, and, later, Autosteer on City Streets. The DMV held that notwithstanding Tesla's boilerplate warnings and disclaimers that Autopilot and FSD "do not make the vehicle autonomous" and "require active driver supervision," no Tesla vehicle with these features achieved autonomous capability within the meaning of SAE Levels 3–5.

190.    The decision devotes extensive findings to Tesla's "Future of Driving" Autopilot webpage at tesla.com/autopilot, which remained publicly accessible from at least 2020 through May 2024 and which the DMV characterizes as advertising rather than mere recruiting material. The DMV found that the page prominently displayed a two-minute video beginning with the

on-screen statement "THE PERSON IN THE DRIVER'S SEAT IS ONLY THERE FOR LEGAL REASONS. HE IS NOT DOING ANYTHING. THE CAR IS DRIVING ITSELF," followed by footage of a Tesla-branded vehicle driving through urban and suburban traffic while the person in the driver's seat keeps his hands off the wheel and feet off the pedals. The DMV expressly found that this video depicts SAE Level 4 or Level 5 operation, even though no Tesla vehicle had such approval or capability

191.    The DMV also summarized the surrounding text on the "Future of Driving" page, including Tesla's representations that "all new Tesla cars have the hardware needed in the future for full self-driving in almost all circumstances, that the system "is designed to be able to conduct short and long distance trips with no action required by the person in the driver's seat," and that, "From Home," a Tesla will select routes, navigate "urban streets, complex intersections and freeways," then park itself and return when summoned. The DMV concluded that a reasonable consumer could understand these "will" and "is designed to" statements as describing present or near-term autonomous operation, with "legal reasons" framed as the main obstacle, not the absence of Level 4/5 capability.

192.    The DMV credited the testimony of Professor Bryant Walker Smith, a leading scholar in autonomous-vehicle regulation and a member of the SAE committee that developed the widely used Levels 0–5 taxonomy. Relying on Smith's testimony and documentary evidence, the DMV found that for more than a decade regulators and standard-setters have used "self-driving," "autonomous," and related terms to refer to vehicles with SAE Level 3–5 "automated driving" features, as distinct from Level 0–2 "driver support" features. The DMV therefore concluded that Tesla's use of the compound name "Full Self-Driving Capability" for a Level 2 feature set was "beyond misleading" and that, in context, the name is "actually,

unambiguously false and counterfactual" because it communicates fully autonomous capability that Tesla's vehicles do not and did not possess.

193.    By contrast, the DMV largely rejected the defense linguistic opinions offered by Tesla's expert, Dr. Sandra Disner. The decision notes that Dr. Disner relied on an unattributed YouTube video for part of her "autopilot" history, disregarded dictionary definitions of "autopilot" that describe acting "without conscious decision or control," and failed to address contemporary real-world usage of "self-driving," all of which, in the DMV's view, undermined the credibility and weight of her analysis. The DMV likewise found unpersuasive her attempts to minimize how ordinary consumers would understand "Autopilot" and "Full Self-Driving Capability" when used to label driver-assist software on consumer vehicles.

194.    The DMV also considered survey evidence from Tesla's marketing expert, Professor Stephen Nowlis, who tested different versions of Tesla's web pages using alternative labels like "Driving Suite" and "Complete Driving Suite." While the DMV acknowledged that certain substitutions did not produce statistically significant changes in some respondents' answers on certain pages, it emphasized the limited design and scope of the survey: it did not cover all relevant time periods, did not test all of Tesla's challenged materials, and did not compare Tesla's labels to other automakers' terminology. Importantly, the DMV noted that survey participants who viewed the "Future of Driving" page—regardless of minor wording variations—were more likely to believe Tesla vehicles could operate without active driver supervision than those who viewed standard Model Y marketing pages, reinforcing the DMV's conclusion that this page conveyed an unjustified impression of autonomy.

195.    Synthesizing the expert and survey evidence with its factual findings, the DMV held that Tesla's use of the names "Autopilot" and "Full Self-Driving Capability" for SAE Level

2 driver-assist features, and its "Future of Driving" Autopilot webpage, materially misrepresented the nature and extent of Tesla vehicles' automation. The decision expressly concludes that these names and statements are likely to lead reasonable consumers to believe that Tesla vehicles can operate safely, accurately, and lawfully without constant, undivided human attention, and even as SAE Level 4 or 5 vehicles, when in fact they cannot—findings that directly support Plaintiffs' allegations of false and misleading statements about Tesla's driver-assistance and automation technology

196.    As aptly summarized by *electrek* in its article published the next day the court found:

> The word "Autopilot" was *not* found to be "unambiguously false," but the court said that its use "follows a long but unlawful tradition of 'intentionally (using) ambiguity to mislead consumers while maintaining some level of deniability about the intended meaning.'"The court found that a reasonable person could believe that a car on Autopilot doesn't require their constant undivided attention, which is incorrect as the driver is still fully responsible for the vehicle.

> On "Full Self-Driving," the court was even more harsh. It found that this feature name is "actually, unambiguously false and counterfactual" (comically, Tesla tried to argue here that "no reasonable person" could believe that Full Self-Driving *actually* means Full Self-Driving).

> *        *        *

> Tesla has deceived its customers in many ways regarding FSD. It's not just a deceptive name, but Tesla's timelines have continually been wrong, it has lied about hardware capabilities . . . .

> Most significantly, there are around 4 million cars on the road that do not have the hardware Tesla said they have.

> And these misstatements continue through today, with Tesla constantly hyping up its "Robotaxi" program, despite that those cars are only capable of level 2 driver-assistance. It even says that

robotaxis are operating in California, when by any definition, they are not.

### 3. Jury Verdict Awards Punitive Damages Against Tesla for Misleading Consumers About the Capabilities of Its Self-Driving Capabilities.

197. On August 1, 2025, a jury in a trial in the U.S. District Court for the Southern District of Florida determined that Tesla should be held partly liable for a fatal 2019 Autopilot crash and must compensate the family of the deceased and an injured survivor a portion of $329 million in damages." *Benavides et al. v. Tesla, Inc., et al.*, Case No. 1:22-cv-21613 (S.D. Fla).

198. The jury found that Tesla's own choices—both in design and in marketing—helped cause the crash. Plaintiffs argued that Tesla oversold Autopilot as a self-driving system while knowing that it remained far from autonomous. That hype, the jury found, lulled drivers into complacency even as Tesla understood the system's serious limits.

199. In this case, the Autopilot-equipped 2019 Model S failed to detect a parked vehicle at a T-intersection and never braked, ramming the car. The plaintiffs contended that this failure, combined with Tesla's inflated claims, created an unreasonably dangerous condition on public roads—one Tesla recognized yet chose to ignore. The jury agreed: Tesla's choices and the system's defects were a legal cause of the death and injuries, though the driver bore the bulk of the blame.

200. Plaintiffs received punitive damages because the jury found, by clear and convincing evidence under Florida law, that Tesla's conduct regarding Autopilot amounted to at least **gross** negligence—conscious disregard of a known, serious risk of harm—warranting punishment and deterrence beyond compensatory damages.

201. Under Florida's punitive-damages standard (as described to the Benavides jury), jurors could award punitive damages only if they found:

Intentional misconduct: Tesla knew its conduct was wrongful and

highly likely to cause injury, yet proceeded anyway; or

Gross negligence: Tesla's conduct was so reckless or wanting in care that it showed conscious indifference to the life, safety, or rights of people exposed to it.

202.    The jury instructions in this case tracked those definitions and required proof by clear and convincing evidence, a higher standard than ordinary negligence.

203.    On June 26, 2025, the Court denied Tesla's motion for summary judgment, specifically finding that a genuine issue of material fact as to whether Tesla acted in reckless disregard of human life for sake of developing its product and maximizing profit precluded summary judgment on punitive damages issue in estate's product liability action against vehicle manufacturer under Florida law. *Benavides v. Tesla, Inc.*, 804 F. Supp. 3d 1242, 1312–14 (S.D. Fla. 2025).

204.    Among other things, Plaintiffs argued that the evidence shows Tesla knowingly misrepresented Autopilot's capabilities and produced a "Vehicle safety report on its website that in no way represented the true rates of accidents" that Tesla Autopilot users experienced relative to standard automobile drivers. *Id.* at 1313.

205.    The Court found that the record reflected sufficient evidence that would allow Plaintiffs to pursue punitive damages in this case. This evidence included the report of Plaintiffs' expert, Dr. Mary Cummings, who explained that as early as 2016, NTSB recommended in their crash investigation report that Tesla incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed. Plaintiffs also pointed to numerous public statements Tesla made which arguably misrepresented the risk and limitations of the Autopilot system and improperly suggested that issues present in the crash were resolved. Based on this expert analysis, because Tesla refused to geo-fence the Autopilot

system despite being warned of the dangers and despite record evidence indicating that Tesla was capable of curing the issue, the Court concluded that a reasonable jury could find that Tesla acted in reckless disregard of human life for the sake of developing their product and maximizing profit. *Id.*

206.    At trial, Plaintiffs' experts testified that Tesla's Autopilot had multiple design defects—including allowing use outside its operational design domain, using an inadequate driver monitoring system, and failing to brake or warn—that caused driver complacency and directly contributed to the accident, with safer alternative designs readily available from competitors like Cadillac. They further testified that Tesla knew from at least 2015-2016 about these dangers through internal data, NHTSA investigations, and prior fatal accidents, yet failed to implement feasible safety measures, conducted grossly inadequate product development and testing, used consumers as unwitting beta testers, and marketed Autopilot with false and misleading claims about its capabilities to maximize sales.

207.    Alan Moore, an accident reconstruction specialist and one of Plaintiffs' experts, testified that there are three critical design defects in Tesla's Autopilot system. First, he testified that the Autopilot was fundamentally defective because Tesla allowed it to operate outside a designed operational domain. Tesla had knowledge about the risks of using Autopilot on the road where the accident occurred and the driver did not, and Tesla's decision to allow Autopilot on this uniquely challenging road was a bigger contribution to the accident than McGee's decision to use it. Moore pointed to Cadillac's geofencing of Super Cruise as a reasonable alternative design that would have prevented the accident entirely. The Court had previously found Moore's conclusion that limiting Autopilot to its operational design domain would have prevented the collision to be reliable.

208.    Second, Moore explained why Tesla's driver monitoring system was grossly inadequate. Measuring steering wheel torque is not an adequate proxy for driver awareness—hands on the wheel doesn't mean the driver is monitoring the road, and Tesla's system produces false positives. Third, Moore testified about the vehicle's failure to brake or warn McGee. According to the owner's manual, the forward collision warning should work up to 520 feet, yet the manual did not describe the system's limitations. The forward collision warning did not activate in the manner that an ordinary consumer who read the manual would expect. The data shows that Autopilot did not warn McGee of anything in the approximately 20 seconds before the crash. While the 2023 recall and other updates may have addressed the second and third factors, maintaining that its FSD and robotaxi are "generalized" solutions remain the foundation of Tesla's autonomous driving philosophy."

209.    Moore also presented a series of points on the timeline where the car could have braked or warned, and using the driver's typical reaction time from the car's log data, he calculated that the driver would have avoided the accident completely if he had been warned at any distance greater than 200 feet from the victim's car. This calculation becomes all the more damning when one considers that the flashing red light was visible over 2,000 feet away—more than 20 seconds of travel time.

210.    Moore also explained that the drivable space backup braking was not disabled when McGee pressed the accelerator, yet he had seen no explanation from Tesla as to why this backup braking system did not activate. The Court had previously ruled that no additional evidence was needed to infer that triggering either of these systems would have made it more likely that the collision would not have occurred.

211.    Beyond these specific defects, Moore testified about Tesla's unprecedented and dangerous approach to product development. He testified that he had never seen another manufacturer use products already sold to consumers for product development. Using consumer vehicles for development negatively impacted product safety because Tesla's approach was reactionary—waiting for accidents to happen and then making incremental improvements. The better approach, and the one typical in the automotive industry, would have been to complete the product development process before releasing vehicles to consumers.

212.    Finally, Moore testified about Tesla's handling of the electronic evidence from this accident. He explained that in a forensic investigation, it is critical to take precautions to prevent damage to electronic evidence. Tesla's technician had overwritten the car's data when he downloaded it. Tesla also reduced the resolution of the augmented video it eventually produced, making it impossible to read some of the overlaid data. Tesla produced other data in a non-searchable format so that Moore could not use it in his accident reconstruction. The data Tesla produced had been modified and was missing important information that would not have been missing when it came off the computer chip.

213.    Dr. Mary Cummings, Plaintiffs' human factors expert, testified about how Tesla's marketing created dangerous misconceptions about Autopilot's capabilities. Tesla's marketing promoted the abuse and misuse of Autopilot, she explained, and the driver's expectations were similar to those of most consumers—he felt the car was his "co-pilot" which would stop for obstacles and allow him to reach for his phone. Dr. Cummings was shown a series of statements from Elon Musk and asked to evaluate their accuracy. In October 2015, Musk made claims about the car's sensor array and detection capabilities, but there was no evidence that a production Tesla could do what Musk claimed at that time. In 2016, Musk stated that the Model S could

drive autonomously with greater safety than a person—a statement that was neither accurate then nor today. Musk's 2016 statements about the radar being able to detect anything dense and initiate braking, about the car knowing whether an object was in its path and being able to brake to a complete stop—none of this was accurate in 2016, and it remains inaccurate today.

214.    Perhaps the most striking example of Tesla's misleading marketing was the "Paint It Black" video. The video showed a car leaving Tesla headquarters, driving on the highway, returning to Tesla, and parking itself. Musk tweeted the video with an accompanying message: "the person in the driver's seat is only there for legal reasons, he is not doing anything, the car is driving itself." But Teslas were not capable of performing as the video demonstrated in 2016. The video had been staged, and the car in the video had gotten into an accident during filming.

215.    The consequence of Tesla's marketing was predictable: driver complacency. Dr. Cummings explained that when using automated driving systems like Autopilot, drivers get complacent. They "get so comfortable in the car, they don't even glance [up] for a half second [or] look up to see what can kill them or kill other people." The driver himself testified that he got too comfortable and "trusted the technology too much." He believed he would not have taken his eyes off the road and reached for his phone if he had not been using Autopilot.

216.    The problem of driver complacency was not news to Tesla—in fact, it was the subject of a comprehensive NHTSA investigation. Tesla had made its own admission in the NHTSA ODI resume: the "prominence and scope of system's controls may be insufficient to prevent driver misuse." NHTSA concluded that "Tesla's weak driving engagement system was not appropriate for autopilot's permissive operating capabilities." NHTSA found that this mismatch resulted in a "critical safety gap between drivers' expectations of the L2 system's

operating capability and the system's true capabilities [which] led to foreseeable misuse and avoidable crashes."

217.    NHTSA's investigation revealed the scope of the problem. The agency reviewed videos from each accident in its database, and in the vast majority, the object the car collided with was in view for more than 10 seconds, clear evidence that the driver was not engaged. Frontal plane crashes made up the highest percentage of crashes in NHTSA's accident database. When NHTSA obtained accident data from other companies for comparison, it determined that Tesla alone had this high number of frontal plane crashes resulting from inadequate driver monitoring. NHTSA determined that Tesla was an industry outlier with a substantially inferior driver engagement system given Autopilot's permissive operating capabilities. The Court had previously ruled that Plaintiffs had demonstrated that Autopilot's design led drivers to become complacent and over-rely on the system, and that allowing its use outside the operational design domain without training was unreasonably dangerous.

218.    Dr. Cummings testified extensively about Tesla's inadequate warnings and training. The very use of the phrase "Autopilot" is incongruous with instructions to always keep one's hands on the wheel. The term "Autopilot" misleads drivers into believing that the car is driving for them. There was no formalized training given to drivers on Autopilot usage, as the driver who caused the crash testified. The owner's manual was difficult to access, and he did not review it. NHTSA recognized that the Autopilot warnings in the owner's manual were insufficient to ensure that drivers remained safely engaged.

219.    Dr. Cummings also testified about critical system failures in this accident. Two emergency braking systems should have activated: automatic emergency braking (available whether or not Autopilot is on) and drivable space backup braking (introduced after an accident).

Drivable space backup braking triggers when the car, while in Autopilot, recognizes that it is approaching the limits of its drivable space, essentially a backup to automatic emergency braking. Neither system engaged in this accident. The drivers' foot on the accelerator pedal did not prevent automatic emergency braking or drivable space backup braking from engaging. Tesla offered no explanation for the failure of drivable space backup braking. No warning of any type was provided to the driver even though forward collision warning is supposed to work at speeds up to 90 mph.

220. Like Moore, Dr. Cummings testified that Autopilot was defective because Tesla allowed it to operate outside its designed operational domains. She contrasted Tesla's decision with Cadillac's geofencing of Super Cruise to pre-mapped, approved roads. The Court had previously ruled that Cummings' opinion was valid for the same reasons as Moore's opinion, permitting use outside the operational design domain exceeded the product's stated capabilities.

221. Dr. Cummings' most damning testimony concerned Tesla's product development process, which she characterized as grossly negligent. Much of this evidence came through the deposition testimony of Akshay Phatak, Tesla's corporate representative. Phatak was unable to demonstrate that Tesla had evaluated any data, research, or studies on driver compliance with automated driving systems during the development process. He was unable to show that Tesla had considered research on human capabilities and limitations in monitoring automated systems. He could not find any documentation showing that Tesla had considered research on workload as it relates to human perception and reaction time. Tesla did not determine how long a driver would reasonably need to react to prevent an accident. Tesla did not conduct any internal studies on driver complacency.

222.    Before releasing Autopilot to the public, Tesla did not perform any studies evaluating the impact of automated driving systems on driver situational awareness. Instead, Tesla waited until it was receiving telemetry from cars it had already sold. When customers became involved in "incidents" (Tesla's euphemism for collisions) Tesla would make "incremental improvements" in response. In other words, Tesla was using its customers to debug its software and hardware defects, sometimes at the expense of their lives. Phatak acknowledged that Tesla knew at the outset that Autopilot could be misused and abused. Despite a September 2016 statement from Musk showing that customers were ignoring as many as 10 warnings per hour, Tesla did no evaluation of the torque-based monitoring system's effectiveness. Dr. Cummings deemed this failure to evaluate the system grossly negligent.

223.    Tesla's approach became even more troubling when one considers the timing of its data collection. Tesla did not begin tracking the rate of crashes per vehicle mile with Autopilot engaged until March 2018. When Musk told the public in 2016 that Autopilot was far safer than human driving, Tesla had no data to support these statements.

224.    After reviewing Phatak's testimony, Dr. Cummings conducted her own evaluation of Tesla's research and testing. She found that the testing of the computer vision system was inadequate to determine its efficacy in edge cases, including rain, nighttime driving, or roads outside the operational design domain. She concluded that Tesla's research on driver complacency was "woefully inadequate" at best or did not appear to exist at worst. This conclusion was particularly striking given the state of research in the field. Dr. Cummings noted that in the transportation world, distraction is the most researched topic in human factors, and distraction during the use of automated driving systems has been the most popular sub-topic within that subject over the last ten years. Hundreds of papers would have answered Phatak's

questions—if anyone at Tesla had bothered to ask them. Any company developing safety-critical technology should have a human factors division or, at a minimum, a human factors consultant. Tesla had neither.

225.    Dr. Cummings also testified about Tesla's knowledge of the dangers and its conscious decision not to act. In response to a 2015 NHTSA inquiry, Tesla recognized that drivers would be distracted to the point of falling asleep or incapacitation, that they would use the car outside its operational design domain, and that warnings were needed both in the manual and in the vehicle itself. Despite this knowledge, Tesla took no additional action to reduce these dangers. Based on Musk's 2016 statements about drivers repeatedly ignoring warnings, Tesla was aware early on that there were big problems with its driver monitoring system. Despite having several feasible options available to address these problems, Tesla took no action until late 2023—years after this accident.

226.    The evidence showed that Tesla had been on notice for years. Requests for admission showed that Tesla was on notice as early as January 2016 that inattentive customers using Autopilot were becoming involved in frontal plane collisions. Tesla was on notice of dozens of similar accidents it had reported to NHTSA between 2018 and 2019. Even as late as 2019, Tesla knew internally that it did not have enough data to conclude that cars using Autopilot were safer than human-driven cars on surface streets like where the accident occurred. Yet Tesla failed to share this internal knowledge with NHTSA or the public.

227.    Finally, Dr. Cummings offered her opinion on Tesla's motives for these decisions. She believed that Tesla chose not to geofence its Autopilot system in order to sell more cars. She believed that Tesla delayed improving its driver monitoring system because of the expense involved. Such an improvement would have required conducting testing and a

possible redesign of all the audio and visual alerts in the car, and Tesla did not want to incur the expense and delay of developing a safer system.

228.    The Court denied Defendants' motion for a judgment as a matter of law for all of Plaintiffs' claims, including punitive damages.

**I.    Defendants Misleading Marketed Tesla's Autonomous Driving Technology.**

229.    Throughout 2023 and into 2025, Defendants continually represented that Tesla was on the cusp of releasing safe and functional unsupervised FSD technology, claimed that Tesla already had technology such that its cars could drive themselves at a greater safety level than humans, and that its robotaxi services were ready for the public.

230.    On April 19, 2023, Tesla hosted its first-quarter earnings call. Speaking directly to investors and analysts, Defendant Musk opened with the claim that Tesla had "crossed over 150 million miles driven by Full Self-Driving beta" — a "data advantage that really no one else has." He called neural-net training capacity "one of the main limiting factors of achieving full autonomy," implying that constraint was being overcome.

231.    Musk then made the prediction that would set the tone for the year. "I hesitate to say this," he told the call, "but I think we'll do it [full autonomy] this year." He framed FSD progress as "two steps forward, one step back" — a transparent pattern trending toward completion — and declared that every Tesla equipped with Hardware 3 "will achieve full autonomy" and "will be like a Model 3 or Model Y would be a Robotaxi, a robotic taxi."

232.    On May 16, 2023, Musk addressed Tesla's annual shareholder meeting, presenting data he claimed showed FSD Beta had been driven 200 million miles since its inception. He stated flatly that FSD would eventually be "10 times safer than a person."

233.    Later the same day, Musk sat down with CNBC's David Faber for a live interview broadcast to the investing public. He unveiled a new analogy that would become a recurring feature of his investor messaging: the "ChatGPT moment." The ChatGPT analogy carried a precise implication: just as ChatGPT went from obscure research product to viral phenomenon virtually overnight, Tesla's FSD would cross a capability threshold that triggered mass adoption. Musk reinforced that implication by describing the resulting asset transformation: "Being able to do a software update and have several million cars suddenly go from manual driving to autonomous I think will be the single biggest asset-value increase in history."

234.    Musk also attacked competitors to amplify Tesla's supposed advantage. He told Faber that Google's Waymo could only "make self-driving work in a very limited geography with very tightly mapped streets" and that "as soon as anything goes wrong… it stops working." Tesla, he said, had achieved what Google could not: "a generalized solution to self-driving that works anywhere." He closed the comparison starkly: "Tesla would win." These comparative claims compounded the fraud by falsely placing Tesla ahead of a competitor that had, in fact, deployed genuinely operational, fully driverless service.

235.    On July 6, 2023, Musk addressed the World Artificial Intelligence Conference in Shanghai via video link. He said Tesla was "very close" to achieving full self-driving without human supervision and predicted it would happen "later this year." He described the forthcoming FSD Beta V12 as "end-to-end AI, from images in to steering, brakes & acceleration out" — language designed to convey a fundamental technical breakthrough, not an incremental update.

236.    On July 16, 2023, Musk spoke at the VivaTech Conference in Paris, France. His message was unchanged. "Although I've said this before," he acknowledged to the audience, "I think we will solve autonomy soon." He added the most direct valuation statement he had yet

made: "The value of the company is primarily on the basis of autonomy. That's really, I think, the main driver of our value."

237.    On July 19, 2023, Tesla held its second-quarter earnings call. Musk was candid about his track record — and then repeated the same prediction anyway. "I know I am the boy who cried FSD," he told analysts, "but I think we will be better than human by the end of this year." He stated that the forthcoming Robotaxi platform would have "quasi-infinite demand" and highlighted Tesla's Dojo supercomputer as a force multiplier that would "accelerate FSD development."

238.    On August 3, 2023, Musk continued his investor communications through a post on X (formerly Twitter), stating that "vehicle control is the final piece of the Tesla FSD AI puzzle." In subsequent commentary at a Morgan Stanley event, he elaborated that FSD was not a manpower problem but a "training compute-constrained" problem — framing it as a resource allocation challenge with an engineering solution already in view. He noted that training data was "helping write >300k lines of C++ control code by ~2 orders of magnitude."

239.    On August 25, 2023, Musk staged a 45-minute live demonstration of FSD V12 driving through Palo Alto during rush hour, broadcasting it on X Spaces. He described V12's architecture in terms calculated to convey a categorical leap: "This is all nets baby, nothing but nets." He elaborated: "There is no line of code that says slow down for speed bumps" and "there's no line of code that says give clearance to bicyclists. It is just doing what people do." He revealed that V12 testers were already operating globally in New Zealand, Thailand, Norway, and Japan.

240.    On September 13, 2023, Musk appeared at the All-In Summit, where he stated that FSD was "very close" to being safer than human drivers without supervision — "even if

you're asleep in the car." He described the shift from traditional coding to neural networks as "the final piece of the puzzle." He predicted that forthcoming AI4 chips would enable "2-10x safer self-driving than humans" and that FSD Version 14 — still unbuilt — would make the car feel "sentient" by year-end.

241.    On October 18, 2023, Tesla conducted its third-quarter earnings call. Musk stated: "All of the cars we are making and have made for a while we believe are capable of full autonomy." That unqualified assertion — that the entire Tesla fleet already possessed the hardware foundation for full autonomy — lacked any basis in fact given the gap between Tesla's current FSD technology and genuine driverless capability. It also contradicted the need for ongoing hardware upgrades that Tesla would continue to pursue.

242.    On November 29, 2023, Musk appeared at the New York Times DealBook Summit. He told the audience that computer-driven vehicles would reduce automotive deaths — then estimated at close to one million per year globally — "by 90% or more" and that autonomous vehicles would "be 10 times better" than human drivers. He framed the safety case for autonomy not as an aspiration but as a near-term consequence of technology that Tesla was poised to deploy.

243.    On January 24, 2024, Tesla conducted its fourth-quarter 2023 earnings call. Defendant Musk opened with a cascade of FSD representations that built, claim by claim, toward the conclusion that full autonomy was no longer a prediction but an engineering reality in the process of deployment.

244.    Musk led with a technical announcement framed as a fundamental discontinuity from everything that had come before: "For full self-driving, we've released Version 12, which is a complete architectural rewrite compared to prior versions. This is end-to-end artificial

intelligence. So — nothing but nets — basically, photons in and controls out. And it really is quite a profound difference." He added: "This is the first time AI has been used not just for object perception but for pathfinding and vehicle controls. We replaced 330,000 lines of C++ code with neural nets. It's really quite remarkable." The "complete architectural rewrite" framing was designed to dispel any lingering investor skepticism rooted in FSD's long history of missed deadlines. By characterizing V12 as categorically different from everything before it, Musk implicitly distinguished the prior "boy who cried FSD" admissions and invited the market to treat V12 as a clean slate.

245.    Musk then connected FSD's development directly to Tesla's valuation: "I do see a path where Tesla could one day be the most valuable company in the world. I do emphasize that is not an easy path and a very difficult one, but it is now in the set of possible outcomes, and previously I would not have thought it is in the set of possible outcomes." He linked that possibility explicitly to the new FSD architecture, placing a trajectory toward world-leading market capitalization on the same foundation as V12's supposed breakthrough.

246.    Musk also addressed FSD licensing, a topic with direct revenue implications. He told analysts: "I really think lots of car companies should be asking for FSD licenses… I think they don't believe it's real quite yet. I think that will become obvious probably this year. And I do want to emphasize that if I were CEO of another car company, I would definitely be calling Tesla and asking to license Tesla full self-driving technology." This statement went beyond predicting adoption. It premised a future licensing revenue stream — a distinct component of Tesla's projected valuation" on the claim that FSD was so demonstrably superior that competitors would inevitably pay to use it.

247.    Reuters later reported that in late February 2024, Musk convened an internal meeting attended by scores of Tesla employees. According to two individuals present at the gathering, Musk announced that Tesla was scrapping its planned low-cost vehicle, the so-called Model 2, and redirecting resources to an autonomous robotaxi platform. As one attendee reported: "Elon's directive is to go all in on robotaxi."

248.    On March 24, 2024, a leaked email from Elon Musk to Tesla employees surfaced on X, instructing Tesla's vehicle delivery staff to provide FSD Beta test drives to new customers before handing the cars over to them. Musk wrote, "Going forward, it is mandatory in North America to install and activate FSD V12.3.1 and take customers on a short test ride before handing over the car. Almost no one actually realizes how well (supervised) FSD actually works. I know this will slow down the delivery process, but it is nonetheless a hard requirement."

249.    On March 25, 2024, Musk posted that "All US cars that are capable of FSD will be enabled for a one month trial this week."

250.    On April 23, 2024, Tesla reported its Q1 2024 results and hosted an earnings call. Tesla posted earnings per share of $0.45, missing the consensus estimate of $0.50 by 10%. Revenue reached $21.3 billion, falling 4.29% below the expected $22.3 billion. This marked Tesla's third consecutive quarter of negative earnings surprises. Auto margins declined from 18.9% to 18.5% (excluding Cybertruck impact). Tesla reported negative free cash flow of $2.5 billion, driven primarily by inventory buildup from a "mismatch between builds and deliveries" and elevated capital expenditures for AI infrastructure.

251.    Musk opened the call by acknowledging that Tesla "navigated several unforeseen challenges" in Q1, including Global pressure on EV adoption rates, with other manufacturers "pulling back on EVs and pursuing plug-in hybrids instead"; the ramp of the

updated Model 3 in Fremont; factory attacks and Red Sea shipping disruptions; seasonal demand weakness; and an uncertain macroeconomic environment.

252.    In this context, Musk made expansive claims about Tesla's autonomous driving capabilities. Musk stated: "I think it might be the biggest asset value appreciation in history when that day happens when you can do unsupervised full self-driving." He emphasized that Tesla should be viewed "almost entirely in terms of solving autonomy and being able to turn on that autonomy for a gigantic fleet." Musk further asserted that the fleet would grow to "7 million cars in a year or so and then 10 million and then eventually... within the decade, it's several tens of million cars."

253.    He characterized Tesla's FSD V12 as "the pure AI-based self-driving" and claimed FSD had been "pushed out to, I think, around 1.8 million vehicles" with "about half of people use it." To increase adoption, Tesla reduced the FSD subscription price from $199 to $99 per month.

254.    Musk announced plans to showcase a "purpose-built robotaxi or Cybercab" on August 8, 2024. He stated: "We'll talk about this more on August 8. But really, the way to think of Tesla is almost entirely in terms of solving autonomy and being able to turn on that autonomy for a gigantic fleet."

255.    Musk articulated a new business model vision, comparing Tesla to "some combination of Airbnb and Uber" : Tesla will own and operate some vehicles in the robotaxi fleet; individual owners can add or remove their vehicles from the fleet at will; owners can restrict usage to "friends and family or only by 5-star users or by anyone" ; and as the fleet grows to "tens of millions of cars worldwide," Tesla will benefit from a "training flywheel" similar to Google Search. Musk suggested this creates potential for "the biggest asset value appreciation

in history when that day happens when you can do unsupervised full self-driving," referring to Tesla's existing fleet of approximately 5-7 million vehicles.

256. On regulatory approval, Musk expressed confidence: "I actually do not think that there will be significant regulatory barriers provided there was conclusive data that the autonomous car is safer than a human-driven car." Regarding international expansion, Musk stated that the "end-to-end neural net-based autonomy" works "pretty well without modification in almost any market," and Tesla plans to release it "as a supervised autonomy system in any market that -- where we can get regulatory approval for that, which we think includes China."

257. Musk also disclosed that Tesla is "in conversations with one major automaker regarding licensing FSD." He suggested "we have a good chance we do sign a deal this year, maybe more than one," though implementation would likely take "probably 3 years before it's integrated with a car."

258. These statements were remarkable in their emphasis on autonomy as the defining characteristic of Tesla's value. Musk did not hedge or equivocate—he told investors to think of Tesla "almost entirely" in terms of autonomous driving capability and predicted that unsupervised FSD would create the "biggest asset value appreciation in history." The clear message to investors was that Tesla's entire investment thesis hinged on imminent autonomous driving capabilities.

259. When asked about licensing FSD to other automakers, Musk revealed: "We're in conversations with one major automaker regarding licensing FSD." This statement suggested that Tesla's autonomous driving technology was so advanced that other manufacturers sought to license it, further reinforcing the message that Tesla possessed superior autonomous capabilities. During the Q&A session, Mark Delaney of Goldman Sachs asked, "is there anything Tesla needs

to achieve with the technology in terms of product milestones in order to be successful at reaching a licensing agreement in your view?" Musk responded, "[I]t just needs to be obvious that our approach is the right approach. And I think it is. I think now with 12.3, if you just have the car drive you around, it is obvious that our solution with a relatively low-cost inference computer and standard cameras can achieve self-driving. No LiDARs, no radars, no ultrasonic, nothing.

260.    During the Q&A session, Tesla's own executives also conceded that its vehicles are not yet at "Level 5" autonomy and that today's FSD remains a supervised driver-assistance feature, not a fully autonomous system. In response to a prepared question asking whether the FSD transfer can remain permanent "until FSD is fully delivered with Level 5 autonomy," Lars Moravy, the Vice President of Vehicle Engineering, simply answers "No." Vaibhav Taneja then pivots away from present capability to future potential, insisting investors "can't just look at [Tesla] as a car company" because "the cars can be autonomous," framing autonomy as a differentiating prospect rather than a current, realized feature. Ashok Elluswamy stays at the same high level, pointing to rapid progress in the AI community, but does not claim that Tesla has already reached higher SAE levels of autonomy. Elon Musk closes by leaning into metaphor rather than metrics, saying Tesla is "putting the actual auto in automobile" and likening traditional questions about future models to asking about "horse carriages" when the point is to eliminate the horse, reinforcing that Tesla's narrative rests on an autonomous future.

261.    On May 7, 2024, Elon Musk responded to @stevenmarkryn's analysis of Tesla's FSD 12 on X:" Accurate analysis. Only about 1/10,000 of distance driven is useful for training. The limiting factor for FSD progress was AI training compute, but now it is validation, as the interventions are so rare."

262.    Musk posted on X in reply to an ARK Invest post about its upcoming report, "I'm curious to read this. The more I think about robotaxis and humanoid robots, the more absurd the valuation becomes."

263.    On June 12, 2024, ARK Invest published a valuation model projecting Tesla's stock at an expected $2,600 per share in 2029, with a "bear" case of $2,000 and a "bull" case of $3,100, all derived from a Monte Carlo simulation using 45 independent inputs. ARK assumes that nearly 90% of Tesla's 2029 enterprise value and earnings will come from a future robotaxi business, with traditional electric vehicle sales contributing only about a quarter of revenue and roughly 10% of earnings.

264.    On June 13, 2024, Tesla held its annual shareholder meeting centered on re-endorsing Elon Musk's leadership, formally shifting Tesla's corporate home to Texas, and doubling down on an autonomy- and robotaxi-dominated future that Musk values in the trillions of dollars.

265.    Musk told shareholders Tesla is "headed towards Unsupervised FSD" and that some internal builds have achieved about 10,000 miles between human interventions, which he framed as evidence of "exponential" improvement. He stated Tesla is "not compute-limited" but "scenario-limited" for FSD, touting Hardware 5 ("AI 5" ) as coming roughly by late 2025, with 10x HW4 and up to 50x HW3 inference power, while HW4 training begins later this year. Musk projected a 2–5x performance jump between FSD versions 12.4 and 12.5, promised two-week free FSD trials with major versions, and one more quarter of free FSD transfers, asserting that interventions have become "edge cases of edge cases."

266.    With respect to the robotaxi business model, Tesla outlined a platform mixing Tesla-owned and customer-owned robotaxis, with owners able to add or remove vehicles from

the fleet at will—described as "like Airbnb and Uber combined." Management said most revenue will go to vehicle owners while Tesla takes a set margin (roughly a mid-20s percentage in other public descriptions), and highlighted projected utilization of about 150 hours per week for robotaxis versus about 10 hours for personal use vehicles. Tesla showed mock-ups of a ride-hailing app resembling Uber or Lyft and floated the idea of using parked vehicles as a distributed "AWS-style" compute network to run inference workloads.

267.    Musk asserted that autonomy alone could justify a $5–10 trillion valuation and that the Optimus humanoid robot platform could support on the order of $20–25 trillion in market value, far exceeding Tesla's current capitalization. He cited ARK Invest's scenario in which a 2025–2026 robotaxi launch could yield roughly a 110x increase in Tesla's valuation, and reiterated that his stock award is equity-based, stressing he has "no intent to cut-and-run."

268.    On July 1, 2024, Musk posted on X: "Sorry for the delay. This release had far fewer interventions, but suffered in driving smoothness. Part of the issue was too much training on interventions and not enough on normal driving. It's like a doctor training too much on patients in the emergency room vs training on [normal patients]."

269.    Following the investors meeting and Tesla's Q2 delivery report that beat expectations, in July 2024, Wedbush analyst Dan Ives raised his price target and characterized the robotaxi event as a pivotal moment. In his report, he wrote that Tesla was "the most undervalued AI play in the market" and the upcoming Robotaxi day "will lay the yellow brick road to FSD and an autonomous future."  In July 2024, Bank of America also raised its Tesla price target to $471 from $341 while maintaining a Neutral rating, with a sum-of-the-parts analysis showing robotaxi as the dominant value driver: "Overall, we find that TSLA's core automotive business represents around 12% of the total value while robotaxi is 45%, FSD is

17%, Energy Generation & Storage is around 6% and Optimus is 19%." Citi also boosted its outlook for Tesla from $182 to $274, stating that AI and subsequent automotive developments will need to justify the uptick. Citi analysts said the increase in stock price won't come from "core EV fundamentals" but instead from the execution of its future projects: "The Q2 delivery beat was also encouraging, which prompts increased estimates and supports Citi's underlying call for improving EV sentiment this summer. However, the firm believes core EV fundamentals alone are unlikely to support significantly further upside from here in Tesla shares absent new product and AI catalysts."

270.    On July 23, 2024, Tesla announced its Q2 2024 results and hosted an earnings call." Tesla again missed analyst expectations for Q2 2024. Tesla reported earnings per share of $0.52, falling 16.13% short of the consensus estimate of $0.62. This marked Tesla's fourth consecutive quarter of negative earnings surprises. Revenue reached $25.5 billion, beating expectations by 3.07%. Auto margins "remained flat sequentially" despite continued pricing pressure. CFO Vaibhav Taneja acknowledged that "affordability remains top of mind for customers and in response, in Q2, we offered attractive financing options to offset sustained high interest rates. These programs had an impact on revenue per unit in the quarter." He warned "these impacts will persist into Q3." Restructuring charges of $642 million were recorded in the quarter related to the previously announced 10%+ workforce reduction.

271.    During the call, Musk again emphasized autonomy as Tesla's "biggest differentiator" He explained that Tesla was "pursuing all of" the AI robotics stack, including autonomous vehicles and humanoid robots, which provided "better cost control, more scale, quicker time to market and a superior product." Musk also announced the Robotaxi unveiling, previously scheduled for August 8, had been delayed by two months to October 10, 2024. His

explanation: "I wanted to make some important changes that I think would improve the vehicle...moving it back a few months allowed us to improve the Robotaxi as well as adding a couple of other things for the product unveil."

272.    Musk touted Tesla's progress with FSD during the quarter, noting that "with version 12.5 beginning rollout, we think customers will experience a step change improvement in how well supervised full self-driving works." He explained that version 12.5 had "5x the parameters of 12.4 and finally merged the highway and city stacks," addressing longstanding highway stack issues. He added: "I still find that most people actually don't know how good the system is. And I would encourage anyone to understand the system better to simply try it out and let the car drive you around."

273.    During the same earnings call, when asked about the timing of the first robotaxi ride, Musk stated: "Based on the current trend, it seems as though we should get miles between interventions to be high enough that—to be far enough in excess of humans that you could do unsupervised possibly by the end of this year. I would be shocked if we cannot do it next year. So next year seems highly probable to me."

274.    With respect to the international rollout, Musk stated: "Pretty soon, we will ask for regulatory approval of the Tesla supervised FSD in Europe, China and other countries. And I think we're likely to receive that before the end of the year, which will be a helpful demand driver in those regions obviously." Ashok Elluswamy, Tesla executive, claimed: "The end-to-end network basically makes no assumption about the location. Like you could add data from different countries and it just like performs equally well there."

275.    When asked about FSD subscription take rates after the price reduction, Taneja stated: "We've shared that how -- that we've seen a meaningful increase. I don't want to get into

specifics because we started from a low base, but we are seeing encouraging results." This admission that Tesla was starting "from a low base" contradicted Musk's Q1 claim that "about half of people use it."

276.    Musk also provided additional details about the robotaxi business model. Musk elaborated on Tesla's planned robotaxi network: "This would just be the Tesla network. You just literally open the Tesla app and summon a car and we send a car to pick you up and take you somewhere." He described scale: "We will have a fleet that's on the order of 7 million [vehicle autonomy] soon. In the U.S. it will be over 10 million and over 20 million. This is in that scale." "You can think of that as being a bit like Airbnb, like you can choose to allow your car to be used by the fleet or cancel that and bring it back...Tesla will take a share in the revenue with the customer." Musk emphasized: "The entire Tesla fleet basically becomes active...It's instant scale."

277.    Musk also doubled down on his safety claims, asserting that Tesla expected "by Q2 next year, we should cross over the average, even in miles per critical intervention, probably collision, in that case." He characterized this as Tesla's "internal estimate," claiming it was "not sandbagging or anything else," and concluded: "Our internal estimate is Q2 of next year to be safer than human and then to continue with rapid improvements thereafter."

278.    Notably, Musk addressed public skepticism about Tesla's autonomous capabilities during the earnings call. He stated: "A vast majority of humanity has no idea that Tesla cars drive themselves... You don't expect a fairly normal-looking car to have the intelligence, enough AI to be able to drive itself, but it does." He emphasized: "There's no need to wait for a robotaxi or a Cybercab to experience full autonomy. We expect to achieve that next year with our existing vehicle line."

279.    During the same call, Musk addressed the question of whether Hardware 3 vehicles—representing millions of cars already on the road—would be capable of unsupervised FSD. Ashok Elluswamy, Tesla's head of autopilot, explained that "it was easier to make progress starting with Hardware 4 and figuring out the solution and back-porting it to Hardware 3."

280.    Musk acknowledged uncertainty about Hardware 3's capabilities, stating: "We're not 100% sure... There is some chance that Hardware 3 does not achieve the safety level that allows for unsupervised FSD. There is some chance of that. And if that turns out to be the case, we will upgrade those who have bought Hardware 3 FSD for free."

281.    On regulatory approval for driverless operation, Musk stated: "I don't think regulatory approval will be a limiting factor." His reasoning: "If you've got billions of miles that show that in the future unsupervised FSD is safer than human, what regulator could really stand in the way of that. They're morally obligated to approve." When asked about GM's cancellation of their autonomous vehicle citing regulatory uncertainty, Musk responded: "Obviously, the real reason that they canceled it because GM can't make it work, not because of regulators, they're blaming regulators." Unknown Executive clarified: "In terms of regulatory approval, the vehicles are governed by FMVSS in U.S., which is the same across all 50 states. The road rules are the same across all 50 states."

282.    Musk made also repeated valuation assertions: "The value of Tesla overwhelmingly is autonomy. These other questions are in the noise relative to autonomy." He stated: "I recommend anyone who doesn't believe that Tesla would sell vehicle autonomy should not hold Tesla stuff. They should sell their Tesla stuff. If you believe Tesla will sell autonomy, you should buy Tesla stuff." Regarding specific numbers: "ARK Invest thinks, on the order of $5 trillion [for autonomous vehicles], I think they are probably not wrong."

283.    On FSD licensing, Musk updated the status: "There are a few major OEMs that have expressed interest in licensing Tesla full self-driving...I suspect there will be more over time. But we can't comment on the details of those discussions." He clarified the technical requirements: "They would have to integrate our AI computer and have cameras with a 360-degree view...it's really a gateway computer with cellular and WiFi connectivity, the Tesla AI computer and [cameras] to get a 360-degree view."

284.    Musk also made revealing statements about Tesla's product strategy during the earnings call. When asked about plans for a $25,000 vehicle, Musk stated: "I think having a regular $25,000 model is pointless. It would be silly, like it will be completely at odds with what we believe... In an autonomous world, what matters is the lowest cost per mile of efficiency of that vehicle. This statement underscored how central autonomous driving was to Tesla's entire business strategy. Musk was explicitly telling investors that Tesla would not pursue a lower-cost vehicle unless it was autonomous, because in Musk's view, only autonomous vehicles made economic sense. This further elevated the importance of Tesla achieving unsupervised FSD.

285.    On the same day as the earnings call, Musk posted on X: "We are focusing on just Model Y with HW4 for the initial release. Make sure that works well, then broaden. This has the 5X increase in parameters. HW3 would run the same parameter count, but requires extra work to optimize the code."

286.    On or about September 19, 2024, UBS issued a report in anticipation of the upcoming Robotaxi Day. UBS wrote that based on Tesla's FSD was improving based on its September 5, 2024 "roadmap" which showed that FSD v12.5.2 is due in September 2024 with ~3x improved miles between necessary interventions and v13 in October with ~6x improved miles between necessary interventions.

287.    "While Tesla does not release disengagement data, we believe FSD 12.5x is currently at a level of ~180-200 miles to disengagement (but closer to ~100-120 city miles, i.e. ex-highway). Understanding what level of disengagement Tesla believes the product is ready for a robotaxi service is important" The report also noted that a common measure of system reliability is *mean time between failure* (MTBF). Assuming an average speed of 20 miles per hour, Tesla's FSD now goes about 5.5 hours between driver interventions on city streets—a sign of steady improvement in urban performance. While an intervention is not the same as an accident, context matters: U.S. drivers in 2022 averaged one crash every 12,000 hours and one fatality every 1.67 million hours of driving. By comparison, an autonomous system might need an MTBF of roughly 120,000 hours to match broad safety expectations—about twenty times the current FSD figure but narrowing the gap. Industry leaders like Mobileye project eventual MTBF levels near $10^7$ hours, underscoring both how far the technology has come and how far it has yet to go.

288.    On October 4, 2024, Bernstein Societe Generale Group published a reported titled, "SLA, UBER, GOOGL: A deep dive on robotaxis — the technology, regulatory landscape and economics." The reported noted that, "[o]bviously, if you're doing a driverless robotaxi service or pilot today, you're at Level 4." Also, in anticipation of the Robotaxi Day, on October 7, 2024, Bernstein Societe Generale Group published a report that they expected Tesla to demo purpose built robotaxi(s) and a ride hailing app, provide an update on FSD 12.5 progress and roadmap, and announce self-driving / robotaxi trials in one or more cities. The report noted that "L4 self-driving is a clear prerequisite for a true robotaxi service" and the September 5, 2024 roadmap indicated that Tesla was on pace.

289.    On October 10, 2024, Tesla hosted it's "We, Robot" showcase where Elon Musk positioned Tesla as an AI robotics company and unveiled its dedicated robotaxi "Cybercab," a larger "Robovan," and new capabilities of the Optimus humanoid robot. Musk claimed that 50 autonomous vehicles operated at the event, including 20 Cybercabs and 30 Model Ys, all operating "fully autonomously the entire night, carrying thousands of people straight with no incidents the entire night."

290.    Musk told the audience that Tesla expects its existing Model 3 and Model Y fleet to achieve unsupervised, fully autonomous driving starting in Texas and California next year, subject to regulatory approval, and then to roll the capability out across the U.S. and abroad.

291.    Musk emphasizes that Tesla's approach relies on AI and camera-based vision rather than expensive sensors, and that today's Model 3 and Model Y vehicles already contain all necessary hardware for unsupervised autonomy. He argues that millions of Teslas on the road continuously generate training data, allowing the system to "live" millions of driving lifetimes, encounter rare scenarios no single human could, and improve beyond human capability. Because the system never tires, texts, or loses attention, he contends that, once fully trained, it will be roughly 10–30 times safer than a human driver.

292.    In an interview at the event, journalist Kim Java asked Lars Moravy: "I have a 2018 a Model 3…what will that need to be robotaxi ready?" He clarified if she was using Hardware 3, and when she confirmed it was, Moravy said it was "good to go." The Tesla executive also stated that all Teslas on the road running Hardware 3 or 4 will be able to function as robotaxis without needing any hardware retrofitting.

293.    On October 23, 2024, Tesla's released its earnings for Q3 2024 and hosted an earnings call. Tesla reported $25.182 billion in revenue and normalized earnings per share of

$0.72—beating consensus estimates of $0.60 per share by 20%. Tesla delivered record Q3 volumes despite what CEO Elon Musk characterized as "year-over-year declines in order volumes" across the automotive industry. Tesla produced its seven millionth vehicle on October 22, 2024.

294.    Musk opened with statements about Tesla's autonomous vehicle capabilities. He emphasized that on October 10, 2024, at Tesla's "We, Robot" event, Tesla operated 50 autonomous vehicles—including 20 "Cybercabs" without steering wheels or pedals—carrying thousands of attendees "with no incidents the entire night."

295.    Regarding FSD technology, Musk projected substantial progress: Version 12.5 of FSD had been released, combining city and highway driving into a single neural network stack; Version 13 would deliver "roughly a five or sixfold improvement in miles between interventions compared to 12.5"; Over the full year 2024, improvements in miles between interventions would reach "at least 3 orders of magnitude." Tesla's "internal expectation" was that FSD would achieve "longer miles between interventions [than] human" by second quarter 2025.

296.    Executive Ashok Elluswamy elaborated that Tesla had already achieved 100x improvement in "miles between critical interventions" with version 12.5 from January 2024, and expected version 13 to reach 1,000x improvement. He stated that "by Q2 next year, we should cross over the average, even in miles per critical intervention, probably collision."

297.    Musk emphasized this timeline was "unvarnished" and represented Tesla's "internal estimate" without "sandbagging." He repeated: "Our internal estimate is Q2 of next year to be safer than human and then to continue with rapid improvements thereafter."

298.    Musk also provided an update on the robotaxi deployment timeline. He announced that" Tesla employees in the Bay Area were already using a ride-hailing app with

safety drivers present and that Tesla expected to "roll out ride-hailing in California and Texas next year to the public" The California deployment was contingent on regulatory approval, which Musk said he would be "shocked if we don't get...next year."  Texas would "definitely have it available" because of faster regulatory processes. By year-end, deployment would " branch out beyond California and Texas." Musk characterized this as making Tesla "more than a sort of vehicle and a battery manufacturing company." Lars Moravy added, "Some states are relatively easy, as you mentioned, for Texas. And other ones have pathways like California that may take a little longer. The other ones hadn't set up anything yet. And so we will work on those state by state."

299.    When asked about a "$25,000 non-robotaxi regular car model," Musk stated unequivocally: **"We're not making a non-robo[taxi]."** He explained that all Tesla vehicles would be autonomous, calling it "blindingly obvious" that "the future is autonomous electric vehicles." He added that Tesla was "currently making on the order of 35,000 autonomous vehicles a week" compared to Waymo's fleet of "less than 1,000 cars."

300.    On Hardware 3's ability to support full autonomy, executives acknowledged uncertainty. Ashok Elluswamy explained it was "easier to make progress starting with Hardware 4 and figuring out the solution and back-porting it to Hardware 3" Musk stated: "There is some chance that Hardware 3 does not achieve the safety level that allows for unsupervised FSD." If Hardware 3 proved insufficient, Tesla would "upgrade those who have bought Hardware 3 FSD for free."

301.    On January 29, 2025, Tesla held its fourth quarter 2024 earnings call. Tesla reported $25.707 billion in revenue and normalized earnings per share of $0.73—missing consensus estimates of $0.77 per share by 5.19%. For the full year 2024, Tesla reported revenue

of $97.690 billion and normalized EPS of $2.42. CEO Elon Musk opened by announcing that Tesla had "delivered vehicles at an annualized rate of nearly 2 million a year" in Q4 and that the Model Y was "the best-selling vehicle of any kind for 2024" globally—" not just the best electric vehicle, the best vehicle of any kind on Earth."

302.    Musk made unprecedented claims about Tesla's potential market value: "I see a path. I'm not saying it's an easy path, but I see a path of Tesla being the most valuable company in the world by far. Not even close, like maybe several times more than [the current most valuable company]." "There's a path to that...it's like an incredibly difficult path but it is an achievable path." This valuation would be "overwhelmingly due to autonomous vehicles and autonomous humanoid robots."

303.    Musk announced a specific deployment timeline for unsupervised autonomous ride-hailing: "We're going to be launching unsupervised full self-driving as a paid service in Austin in June." "I talked to the team. We feel confident in being able to do an initial launch of unsupervised, no one in the car,

304.    in Austin in June." "The Teslas will be in the wild with no one in them in June in Austin." This would involve "autonomous ride-hailing for money in Austin in June." When pressed about whether individual owners could use unsupervised FSD in June, Musk clarified: "It will be our fleet testing it...We'll be scrutinizing it very carefully to make sure it's not something we missed."

305.    Musk provided a broader expansion timeline: "I'm confident that we will release unsupervised FSD in California this year as well." "I think we will most likely release unsupervised FSD in many regions of the country of the U.S. by the end of this year. For 2026:

89

"unsupervised FSD in the U.S. this year, in many cities but nationwide next year." He characterized the limiting factor as "regulatory issues, not technical capability."

306.     Musk and executives also made substantial safety representations: Q4 vehicle safety report showed "1 crash for every 5.9 million miles driven compared to a crash every 700,000 miles without [autopilot]" —representing "8.5x safer." "The safety numbers, if somebody has supervised full self-driving turn on or not, the safety differences are gigantic." FSD Version 13 showed "immense improvement" with Version 14 described as "yet another step beyond that that is very significant." Musk stated the deployment standard would be "way safer than human, not like a little bit safer than human."

307.     Musk further articulated a theory of massive asset value creation through autonomy and using Teslas as robotaxis: current passenger cars have "only about 10 hours of utility per week out of 168." With autonomy, the same vehicle would be "in use for at least 1/3 of the hours per week, so call it, 50, maybe 55 hours of the week." "That same asset...now have 5x or more the utility than they currently have." "I think this will be the largest asset value increase in human history." He emphasized this transformation required no physical changes: "These things that already exist with no incremental cost change, just a software update."

308.     Musk also described rapid software advancement: Version 13 showed "immense improvement" and Version 14 would be "yet another step beyond that that is very significant." The improvement rate was characterized as "exponential progress" versus "linear" human intuition. Musk acknowledged past skepticism: "I know people have said, 'Well, Elon is the boy who cried wolf like several times.' But I'm telling you, there's a damn wolf this time and you can drive it."

309.    When asked about allowing drivers to check emails while FSD is engaged, Musk revealed: "We need to be very confident that the probability of injury is low before we are able to check the e-mail." He acknowledged a "perverse situation" where "people will actually go to manual driving to check their text messages so the computer doesn't yell at them" —which is "significantly less safe." The capability for unsupervised attention was described as "not far off...like low single-digit months."

310.    In a significant departure from prior statements, Musk acknowledged Hardware 3 limitations. When asked if Tesla would need to upgrade Hardware 3 vehicles, Musk stated: "I think the honest answer is that we're going to have to upgrade people's Hardware 3 computer for those that have bought full self-driving, and that is the honest answer and that's going to be painful and difficult but we'll get it done. Now I'm kind of glad that not that many people bought the FSD package."

311.    Taneja attempted to soften this, stating: "We haven't started working on Hardware 3 yet. We are still making software releases...We don't give up on Hardware 3. We're still working on it. Just the releases will trail the Hardware 4 releases."

312.    When asked about licensing FSD to other automakers, Musk stated: "At this point, significant interest from a number of major car companies about licensing Tesla full self-driving technology." Tesla would "only entertain situations where the volume would be very high" "I think the interest level from other manufacturers to license FSD will be extremely high once it is obvious that unless you have FSD, you're dead."

313.    Throughout the call, Musk emphasized Tesla's competitive differentiation." Regarding LiDAR: "Obviously humans drive without shooting lasers out of their eyes...The entire road system was designed for passive optical neural nets." He confirmed SpaceX Dragon

uses LiDAR for space station docking but stated: "If I thought it was the right solution for cars, I would do that, but it isn't"

314.    On January 30, 2025, Wolfe Research published a report noting that Tesla now expects FSD to far exceed human performance by the time the Robotaxi service is launched. That suggests they believe the system is already comparable or even better than human driving (TSLA has previously indicated that on their numbers, FSD v13 is achieving 1 intervention / 10,000 miles, with humans getting into accidents every 670,000 miles; third-party trackers suggest interventions on avg every ~400 miles; MBLY has indicated full autonomy would require eyes-off driving for at least "10s" of thousands of hours). We wonder if Tesla has lowered its safety bar, now focusing on miles between accidents as opposed to miles between interventions.

315.    On April 22, 2025, Tesla, Inc. held its first quarter 2025 earnings call. Tesla reported material misses on both revenue and earnings per share, with actual results significantly underperforming analyst consensus estimates.

316.    Tesla reported Q1 2025 normalized earnings per share of $0.27, representing a 34.15% shortfall against the consensus estimate of $0.41. Revenue totaled $19.335 billion, falling 9.34% short of the consensus forecast of $21.327 billion. This marked Tesla's worst earnings surprise since at least Q2 2024. Taneja attributed the revenue decline to "several weeks of lost production" from factory changeovers to produce an updated Model Y, which occurred simultaneously across all global manufacturing facilities. Taneja acknowledged "the negative impact of vandalism and unwarranted hostility towards our brand and our people had an impact in certain markets." Automotive margins declined sequentially due to reduced total deliveries,

lower fixed cost absorption from factory changeovers, and lower regulatory credit revenues. The services and used car businesses also experienced margin pressure.

317.    Musk provided what he characterized as a concrete timeline for robotaxi deployment. He stated: "We expect to have—be selling fully autonomous rides in June in Austin as we've been saying for now several months." He clarified that "the real question from a financial standpoint is when does it really become material," predicting this would occur "around the middle of next year, second half of next year."

318.    During the earnings call, Musk also addressed the rollout plan for unsupervised FSD more broadly. He stated: "Unsupervised autonomy will first be sold for the Model Y in Austin, and then... should be in many other cities in the U.S. by the end of this year." He predicted: "I bet that there will be millions of Teslas operating autonomously, fully autonomously in the second half of next year."

319.    When asked about the highest-risk items on the critical path to robotaxi launch, Musk responded by clarifying the Austin rollout. He stated: "It's currently on track to be able to do paid rides fully autonomously in Austin in June, and then to be in many other cities in the U.S. by the end of this year." He characterized the ramp as "an S-curve where it's very difficult to predict the intermediate slope of the S-curve, but you kind of know where the S-curve is going to end up, which is the vast majority of the Tesla fleet being autonomous."

320.    Musk also addressed initial scale, stating: "We're still debating the exact number to start up on day 1, but it's, I don't know, maybe 10 or 20 vehicles on day 1. And watch it carefully to scale it up rapidly after that." He told investors: "End of June or July, just go to Austin and order a Tesla autonomous drive."

321.    During the 1Q25 earnings call, Musk also discussed regulatory approval pathways. When asked about regulatory agreements in California and Texas, Musk stated: "I'd be shocked if we don't get approved next year... I think we will get approval next year in California and Texas. And towards the end of the year, we'll branch out beyond California and Texas."

322.    Lars Moravy, Tesla's VP of Vehicle Engineering, explained the regulatory framework, noting that federal vehicle certification was not an obstacle. He stated: "Certifying a vehicle at the federal level in the U.S. is done by meeting FMVSS regulations. All our vehicles today that are produced, that are autonomous, are capable to meet all those regulations... The deployment of the vehicle to the road is not a limitation but is a limitation... at the state level where they control autonomous vehicle deployment."

323.    Musk made several highly optimistic long-term projections, stating: "I continue to believe that Tesla with excellent execution will be the most valuable company in the world by far. It may be as valuable as the next 5 companies combined." He projected that autonomous vehicle and humanoid robot revenues would "move the financial needle in a significant way" around "the middle of next year, second half of next year" and described the subsequent growth as exponential.

324.    However, Musk also cautioned: "I expect that this year will be -- there'll probably be some unexpected bumps this year" and emphasized "that's an important if. We must execute well."

325.    On May 4, 2025, Elon Musk appeared for an interview on Fox News with Lara Trump. Elon Musk told Lara Trump that Tesla would imminently deploy driverless technology on public roads using cars already sold to consumers, beginning in Austin and rapidly expanding

nationwide, with minimal need for human intervention. In response to a question about what could "really revolutionize humanity," Musk stated that "in a few months" Tesla would release "unsupervised full self-driving," under which "the cars that people are driving right now, the cars that you can buy from the factory, will be driving around by themselves with no people in them." He emphasized that this system would operate "with literally no one in the car on public roads," and that Tesla would "start that in Austin in a few months in June" before "rapidly expand[ing] that to the rest of the country." Musk further represented that for existing owners who "try" self-driving, "it should work very well" and that "it should be rare that you need any intervention," portraying current generation Teslas as already capable of safe, near hands-off autonomous operation.-driving, "it should work very well" and that "it should be rare that you need any intervention," portraying current-generation -hands-off autonomous operation.

326.    On May 5, 2025, Piper Sandler wrote that "[b]y a wide margin, Tesla's full self-driving (FSD) software is the largest contributor to our price target. Given the materiality of this topic, as well as the rapidly-approaching launch date for robotaxis in Austin, we think investors are scrutinizing this issue more closely than ever. After the call, it seems evident that the current version of FSD software (v13) cannot support truly autonomous vehicles." The report further noted that improvement was clearly evident because Tesla's miles to disengagement jumped 2x between v12 and v13 and "Miles to Collision

327.    On May 20, 2025, Elon Musk appeared remotely for an interview with Bloomberg's Michelle Hussein at the Qatar Economic Forum and stated "We've got at Tesla the what we'll be launching unsupervised autonomy, basically self-driving cars with no one in them in Austin next month. So, it's it's a big year for sure."

328.     Also, on May 20, 2025, Elon Musk appeared for interview with David Faber on CNBC's "Power Lunch." The interview was conducted at Tesla's Austin headquarters, Elon Musk assured viewers that Tesla was on the verge of launching unsupervised "

329.     "robotaxis in Austin and then scaling that capability nationwide for ordinary Tesla owners. In response to David Faber's question, "Are you going to have full autonomous on the roads of Austin … by the end of June?" Musk answered "Yes" without caveat.

330.     Musk grounded this prediction in Tesla's internal testing, stating that Tesla already had cars driving "24/7" with safety drivers and "essentially no interventions," and he described the next step as "unsupervised, meaning that there's the cars driving around with no one in it."

331.     Musk presented this as the first step in a broader, near-term national rollout; he predicted that "by the end of next year" Tesla would have "over a million Teslas doing self-driving in the U.S.," upgrading his estimate mid-answer from "hundreds of thousands" to "over a million."   When Faber pressed whether he was talking about Cybercab or something else, Musk clarified that he meant "unsupervised full self-driving, where you do not need to pay attention," and confirmed that if a consumer already owned a Tesla and had purchased the software, "Yes," that owner would be able to use the car in that unsupervised mode.

332.     Musk further asserted that the system would be conservative around complex maneuvers, saying the cars would avoid certain intersections unless the software was "highly confident" and would instead "take a route around that intersection," yet he simultaneously emphasized that "there won't be a safety driver in the car" and that "there's not going to be somebody sitting there." Confronted with Tesla's job postings for "vehicle operator, autopilots," Musk explained that Tesla would employ remote human supervisors to "watch what the cars are

doing very carefully," characterizing this as an exercise in extreme caution and predicting that "as confidence grows, you know, less of that will be needed.

333.    On May 28, 2025, Barclays issued an analyst report concluding that the "Robotaxi launch key catalyst in Tesla narrative, success required to support current valuation."

334.    On June 10, 2025, in response to a comment about Tesla licensing its FSD technology to other automakers, Musk posted on X: "The automakers keep being told that this isn't real or that just buying some hardware from Nvidia will solve it. As Tesla robotaxis become widespread and their other solutions don't work, they will naturally turn to us."

335.    On June 10, 2025, Musk also responded to a post on X concerning the vehicles that would be deployed as Robotaxis. "These are unmodified Tesla cars coming straight from the factory, meaning that every Tesla coming out of our factories is capable of unsupervised self-driving!"

336.    With respect to the software, Musk posted: "It's a new version of software, but will merge to main branch soon. We have a more advanced model in alpha stage that has ~4X the params, but still requires a lot of polishing. That's probably ready for deploy in a few months."

337.    On June 21, 2025, Elon Musk posted on X, "These mentally unstable assholes might try to sabotage robotaxi," in response to another post calling critiques, including Dan O'Dowd "Clowns." The O'Dowd post that the other user was responding to included a picture of Elon Musk on a toy horse behind three jockeys on horseback, one of which was wearing a "Waymo" sachet. The other post included a link to an article about a Tesla running a red light in a fatal crash while using FSD.

338.    On June 22, 2025, Musk posted on X: "Super congratulations to the @Tesla_AI software & chip design teams on a successful @Robotaxi launch! Culmination of a decade of hard work. Both the AI chip and software teams were built from scratch within Tesla."

339.    Throughout 2024 and early 2025, investors also placed significant weight on Tesla's autonomous driving capabilities. Tesla's stock price and valuation premium over traditional automakers were predicted in large part on the belief that Tesla would soon deploy a fleet of autonomous robotaxis generating substantial recurring revenue at high margins.

340.    The statements Defendants made in 2024 and 2025 were clearly referring to achieving SAE Level 4-5 autonomy. The notion that vehicles could operate "unsupervised" with "no one in the car" and transport paying passengers without a safety driver necessarily means the cars are capable of safely driving without any human intervention. Similarly, launching commercial robotaxi services necessarily requires Level 4-5 automation, because lower degrees of automation require a human driver to be present and attentive.

341.    These statements not only conveyed that Tesla would promptly release Level 4-5 autonomy but also conveyed that the condition of Tesla's technology at that time was such that Defendants could honestly make these assurances. By repeatedly providing specific timelines— whether by the end of 2024, Q2 2025, June 2025, or the second half of 2025—Defendants represented that Tesla's autonomous driving systems had reached a state of development that supported such near-term deployment predictions.

342.    These statements, and others like them throughout 2024 and early 2025, were incredibly significant to investors. As Defendants constantly asserted, the deployment of unsupervised FSD and robotaxis would enable extraordinary profits for Tesla. During the 1Q25 earnings call, Musk characterized it as a future where "it does move the financial needle in a

significant way, it will really go exponentially from there," describing the destination as a "bright-shining citadel on the hill."

343.    In reality, Tesla's autonomous driving technology in 2024 and 2025 remained firmly at SAE Level 2, requiring constant human supervision. Tesla's own SEC filings consistently described its systems as "FSD (Supervised)," acknowledging that drivers must "remain fully engaged in the driving operation."

**J.  Tesla's Autonomous Technology is Unable to Achieve Level 4-5 Autonomy or Have a Fully Autonomous Robotaxi with its Current Architecture and Vision-Only Approach.**

344.    Defendants promised autonomous vehicles that could drive anywhere, anytime, without human intervention. Yet the technology could not deliver. Tesla's camera-only approach faced fundamental limitations. Its neural networks struggled with edge cases. Its system required constant human oversight. While Musk sold the vision of robotaxis replacing human drivers, Tesla's engineers knew the truth: the gap between Level 2 driver assistance and Level 4 autonomy was not just wide – it was unbridgeable with Tesla's current architecture. What Tesla marketed as nearly autonomous was, at its core, an advanced driver assistance system that would always need a human ready to take control.

*1.  Inside Tesla: Employees Knew Full Autonomy Was Out of Reach.*

345.    Former employees (FE's) further confirm that Tesla's claims about its autonomous vehicle capability did not match its public statements.[3]

a.  **Former Tesla Service Technician Confirms Limitations Of Tesla's Autonomous Systems.**

---

[3] Each FE was interviewed by Plaintiffs' Counsel. To protect their anonymity, FE's are all described using male pronouns regardless of the individual's gender.

346.     FE-1 is a former Tesla employee who worked in Europe in a data-related role for several years, leaving Tesla in 2022. FE-1's work included diagnosing electronic and mechanical components and performing replacements and repairs. In that capacity, FE-1 used Tesla's internal service systems in connection with service documentation and customer-reported complaints.

347.     FE-1 explained that Tesla's robotaxi and FSD ambitions collide with a basic engineering reality: the cars were never architected for true autonomy. He likened a viable autonomous platform to an aircraft, which is engineered with multiple systems so that when one fails, another immediately takes over; Tesla's vehicles, by contrast, lack comparable redundancies. Such redundancies include multiple independent hydraulic and electrical/electronic systems with independent sensing/actuation paths and supporting components (e.g., sensors, actuators, ECUs/computers, communication buses, and power supplies) designed to avoid single-point failures and maintain safety despite inevitable failures over a system's service life. Tesla removed previously existing redundant steering communication around 2022, leaving critical functions exposed to single-point failure. He added that higher-resolution cameras would demand more processing power than the current computer can handle, underscoring that the hardware stack itself is mismatched to the autonomy claims.

348.     On sensors, FE-1 identified what he called Tesla's major constraint: there are no sensors at the corners of the vehicle and no sideways-facing sensors in the front bumpers. As a result, he said, the car cannot reliably perceive cross-traffic or vulnerable road users in common "obstructed vision" scenarios, such as pulling past a hedge or wall where a human driver would inch forward yet still struggle to see clearly. If these cars were operating autonomously, he argued, they would either freeze whenever they "see" nothing, or they would creep forward into

potential conflict zones—risking situations where a pedestrian, cyclist, or other road user could suddenly appear in the path of crossing traffic. For FE-1, these design limitations, sensor placement, coverage gaps, and the absence of backups, are not structural reasons "these cars will never be autonomous."

349.    On whether Tesla could retrofit its fleet to meet the redundancy he considers essential, FE-1's answer was categorical: "It's impossible." In his account, achieving the needed fail-safe design would require replacing wiring harnesses, fittings, and other hardware across the vehicles and adding extra cameras and sensors; the practical and economic burdens of rerouting, protecting, and powering additional wiring and components at scale make such a retrofit unrealistic. The current system, he concluded, is locked in its non-redundant architecture by the physical design of the cars themselves.

350.    According to FE-1, internal documentation shows that Tesla's removal of redundant steering rack processors directly contradicted contemporaneous public statements about FSD capability. Internal records demonstrate that Tesla knowingly shipped vehicles are incapable of autonomous operation while executives publicly claimed the opposite.

351.    According to internal Tesla documentation from October 2021, Elon Musk knew that many vehicles produced as of March 12, 2022 were incapable of FSD functionality. Tesla's internal Tesladex system confirmed this fleet count and hardware limitation and documented Musk's direct involvement in escalations regarding the removal of the secondary steering rack chip, which provided redundancy required for both FSD functionality and achieving SAE Level 3 and 4 autonomy standards.

352.    In November 2021, Tesla began removing a redundant chip from the steering gear that had provided backup capability in case of hardware, software, or wiring failure. Internal

documents demonstrate this change and reflect internal employee acknowledgment that affected vehicles would require steering rack replacement, at approximately $2,500 per vehicle including labor, if FSD were ever to become operational. The internal communications explicitly state that Tesla would not inform customers of this limitation unless customers specifically requested FSD functionality and scheduled a service visit for hardware replacement.

353.    One day after quarterly earnings call on January 25, 2022 (at which Musk stated that "The cars in the fleet essentially becoming self-driving via a software update might end up being the biggest increase in asset value of any asset class in history, we shall see." ), FE-1 documented that Tesla was in the process of delivering vehicles during Q4 2021 and Q1 2022 to the European Union, Great Britain, Australia, Hong Kong, New Zealand, and other Asia-Pacific markets that would never be capable of autonomous driving without significant hardware replacement. These vehicles lacked the dual-chip redundant steering rack design necessary to meet legal requirements for Level 3 and 4 autonomy.

354.    Internal documents also show that Tesla planned to introduce the single-chip steering rack to U.S. production at the Fremont factory, expanding the scope of affected vehicles beyond international markets.

355.    FE-1 characterized Tesla's decision not to inform customers of hardware limitations as consistent with broader company practice. He noted that internal documentation explicitly stated customers would only learn of the steering rack inadequacy if they attempted to activate FSD functionality that did not exist, at which point they would be directed to schedule service visits for hardware replacement at their own expense.

356.    FE-1 also tied his redundancy concerns to specific internal events. He said that in 2021 and 2022 Tesla removed redundant chips from its vehicles and that internal documents

reflected engineers flagging the issue and noting that Elon Musk was personally "discussing this with the supplier" and "Elon's on it." According to FE-1, internal documents framed the dilemma as how to track vehicles that might later require steering-rack replacements and software changes once true FSD became available.

357.    The removal of redundant steering processors, the documented decision not to inform customers, and the financial and operational barriers to retrofit collectively demonstrate that Tesla leadership understood FSD as marketed was not achievable with existing vehicle architecture yet continued to charge premium prices for the feature and make statements about autonomous capability to investors, customers, and regulators.

### b. Former Tesla Operations Manager Confirms Limitations of Tesla's Autonomous System and the Robotaxi Rollout in Austin, Texas.

358.    FE-2 worked at Tesla from November 2016 to approximately May 2025, most recently serving as Operations Manager, Autopilot Engineering, in Austin, Texas. In his Operations Manager role, FE-2 reported to Principal TPM/Tesla AI Pete Scheutzow, who in turn reported to Tesla's Vice President of Autopilot/AI Software, Ashok Elluswamy, who reported to Elon Musk.

359.    As the Operations Manager, FE-2 oversaw operations for Tesla's robotaxi program and oversaw everything from data collection, testing, people management, and data purification. FE-2 stated that, by the time he left Tesla in late April 2025—approximately two months before Tesla's planned June 2025 launch of unsupervised robotaxi service in Austin—he did not believe the robotaxi was ready to operate without human monitors and would not have felt comfortable riding in it himself without human oversight. He explained that in daily testing, the robotaxi exhibited a range of recurring problems, from "comfort-level" issues to potentially serious safety concerns in heavier traffic, including failing to yield properly, responding late to

crossing vehicles and other objects, making "sketchy" lane changes, taking exits too fast, and, in other situations, driving overly slowly in ways that could create hazards.

360.    FE-2 stated that these issues occurred "daily" during testing and were captured through an in-vehicle reporting mechanism, under which the safety driver pressed a button and left a voicemail that was attached to the corresponding data segment and reviewed by developers. He did not recall any separate special reports being prepared about these problems.

361.    FE-2 further stated that "phantom braking" had "always been around" and remained a consistent problem in Tesla's FSD and robotaxi systems because Tesla relied exclusively on cameras, without lidar or radar, to confirm what the cameras perceived. He described this vision-only approach as a "big flaw" that led the system to brake unnecessarily for shadows and other harmless visual artifacts at highway speeds. In his view, phantom braking "cannot be fixed" without adding additional sensing hardware, and Tesla's attempts to train its FSD AI using lidar-equipped GTM (Ground Truth Machine) vehicles could not solve the underlying problem because, unlike competitors such as Waymo and Avride that use lidar in real-time operation, Tesla used lidar data only retrospectively and "in the past tense," hoping that nothing material in the environment had changed since collection.

362.    FE-2 also stated that Tesla's vision-based FSD struggled in inclement weather, including ice, snow, heavy rain, and heavy fog, noting that even human vision becomes unreliable in such conditions and humans naturally supplement sight with other senses that the vehicle lacks. He contrasted this with lidar-based systems that send out laser pulses and can distinguish, for example, a harmless reflection from a solid object that requires braking—something he said, "vision cannot do."

363.    FE-2 also explained that Tesla's use and training of human "safety drivers" in robotaxis. He stated that early monitors who had worked with less capable software received meaningful training and "were a part of training the car," but that he was unsure how much training later hires received considering high turnover and rapid hiring.

364.    He emphasized that safety drivers were instructed not to intervene and that intervention was "not at their discretion," because at that stage of testing "you had to let it play out" so the AI could control "for everything," a directive that some monitors found uncomfortable.

### c. Former Tesla Senior Technology Engineer Confirmed Limitations of Tesla's FSD and Robotaxi Architecture.

365.    FE-3 worked at Tesla from August 2017 to June 2024 as a senior vehicle-technology engineer. He reported to the VP of Vehicle Engineering, Lars Moravy. FE-3's experience sheds light on high-level reservations within Tesla about both the technical maturity of FSD and Tesla's aggressive robotaxi timelines. FE-3 worked on the "cybercab" /robotaxi architecture, states that current FSD behavior "in general goes over the speed limit" and "drives like a human," performing illegal maneuvers that must be addressed before any safe, fully driverless robotaxi deployment.

366.    FE-3 identifies several specific safety failure modes: robotaxis may fail to brake for a child suddenly running into the street from between cars, and FSD "struggles" with detecting stationary roadside vehicles such as parked emergency or work trucks. He characterizes Tesla's AutoPark as "half baked," citing ongoing curb strikes and occasional sideswipes that Tesla has not prioritized because it is not treated as a safety feature. FE-3 confirmed persistent phantom braking, often triggered by sensor confusion or blinding sun, and says adding lidar would resolve "most" of these issues, but Musk opposes lidar "on principle"

even though lidar costs have fallen and he expects some future Teslas may adopt limited lidar. He further explains that Musk regularly imposes multiple, highly aggressive timelines that force teams to rush, increasing costs and compromising readiness, and notes that Tesla attempts to meet these ambitions with a staff he believes is "five to ten times" too small.

### d. Numerous Other Former Tesla Employees Confirmed FSD's Flaws.

367.    FE-4 worked for Tesla from August 2019 to June 2024 as an associate manager for data collection, focusing on Tesla's autopilot function. FE-4 confirmed that Tesla relied on lidar-equipped vehicles to generate ground-truth distance data for training its FSD models while publicly insisting that Teslas would rely on cameras alone. He explains that his team collected 3D "vector space" data and then used it to override less accurate camera-only estimates in difficult scenarios such as unprotected left turns, so the production vision network would mimic lidar-level distance judgments in millimeters. FE-4 states that Elon Musk personally knew of and disliked the team's existence, but accepted it as "necessary," undercutting his categorical public rejection of lidar as unnecessary and unsafe.

368.    FE-4 also describes persistent safety problems that remained unresolved when he left in June 2024: "phantom braking/false slowdowns" for non-existent obstacles like steam from manholes, and degraded performance in heavy fog and rain, all traceable to the limitations of a camera-only system. He characterizes all deployed FSD vehicles as "still in training," stressing that new, untrained-for scenarios will continually arise and that he himself would not trust a car without a human driver, especially near schools or in poor visibility. His account thus supports the allegation that Tesla was far from Level 4–5 autonomy during the relevant period and that core perception and safety issues persisted behind the scenes despite Musk's repeated assurances that full self-driving was imminent and safer than humans.

369.    FE-5 worked for Tesla from October 2023 to August 2025 as an autopilot data and AI vision vehicle testing engineer. FE-5 confirmed that FSD struggled with core driving tasks—including parking, basic longitudinal control, and traffic-control interpretation—during 2023–25. FE-5 stated that his own FSD-equipped Tesla exhibited "ghost braking," unexplained swerving, and repeated failures at recognizing red lights and stop signs, all of which he was required to capture and upload for software engineers to review. He describes tests in which lidar-equipped vehicles were used to generate ground-truth distance and object data for parking scenarios—such as threading around shopping carts, trash cans, or protruding 4x4 boards in parking lots.

370.    He further recounts episodes where FSD attempted to enter or leave turn lanes incorrectly at signalized intersections, including a left-turn red-arrow scenario in which he had to intervene to prevent the car from drifting toward the wrong lane. He states that FSD sometimes simply rolled through stop signs, ignoring them altogether, and that mapping runs he conducted in San Francisco were designed in part to expose FSD to pedestrians and crowds so it could learn how to react when faced with groups of people.

371.    FE-5 said any time Elon Musk was coming to Tesla's headquarters his supervisor told him to park the cars with lidar they were using for testing somewhere else "because he [Musk] really hates lidar," he said. "A manager would tell us, "Please don't park in the parking area or by the charging stations. Elon's here. I will let you know when he's not here."

372.    FE-6 worked at Tesla from July 2022 to May 2025 as a vehicle readiness specialist, interacting with customers. He recalled that throughout his tenure, Tesla's service organization saw a steady stream of customer-reported crashes and damage tied to FSD and AutoPark malfunctions. He confirmed that Tesla's policy was to deny responsibility even when

automation was implicated. He oversaw front-of-house service advisors in Massachusetts and estimates that roughly once a month, over a two-year span, customers presented vehicles damaged while using FSD—typically from curb strikes, pothole impacts, or debris hits when the system mis-perceived or overreacted to phantom obstacles. He states that Tesla consistently refused to cover these repairs, instructing owners that they were "responsible for the vehicle at all times, regardless of the use of FSD."

373.    FE-6 identified two recurring patterns: FSD-related swerving to avoid "something that wasn't there," resulting in curb strikes, and "phantom braking" on highways when the car suddenly slammed on the brakes for non-existent threats. He also notes similar incidents involving AutoPark, including vehicles striking houses while backing out of driveways or hitting curbs while attempting to park itself. According to FE-6, each such incident had to be logged in an internal case system and escalated to engineering, so that software teams could review telemetry and potentially adjust the code while also verifying whether FSD, as opposed to driver input, caused the event. His account thus supports the allegation that the safety issues described by internal engineers manifested in the field, caused tangible property damage, and were known to Tesla's engineering organization, even as Tesla publicly touted FSD as safer than human drivers.

374.    FE-7 worked at Tesla between May 2018 and May 2024 as a service supervisor. His account reinforces that Tesla's branding of "Autopilot" and "Full Self-Driving" created dangerous customer expectations and that Tesla systematically shifted the financial consequences of automation failures onto owners. FE-7, who rose from service technician to service supervisor in New York, handled escalated complaints across the Northeast and reports "dozens" of calls per week, approximately 40 percent involving FSD or driver-assistance

108

malfunctions. He confirms that Tesla's policy was to hold customers responsible for physical damage even when FSD or AutoPark appeared to be at fault and criticizes what he calls Tesla's "technology company" identity to shirk traditional automotive responsibilities.

375.    FE-7 describes "phantom braking" as the most common FSD complaint, with cars panic-braking for sun glare, anomalies, or non-existent objects, thereby risking rear-end collisions if following drivers cannot react in time. He also reports frequent curb strikes while using FSD or AutoPark, and a separate class of incidents in which FSD or navigation use "overtaxed" the car's control electronics—specifically the NCU—causing sudden shutdowns while driving. One customer repeatedly returned with a car that would simply shut down "for no reason," especially when using navigation or Autopilot, undermining the driver's trust in the vehicle. FE-7's experience demonstrates Tesla's FSD is "nowhere near" ready for safe driverless operation and may remain unready for another decade. His account aligns with expert and confidential-witness allegations that FSD remained a Level 2 driver-assistance system, prone to dangerous edge-case failures, even as Tesla and Musk publicly framed it as near–Level 4/5 autonomy.

376.    FE-8 worked at Tesla between April 2024 and November 2024 as an autopilot engineer. FE-8 provides vivid on-road examples of FSD's failure to handle basic pedestrian detection, complex turning maneuvers, construction zones, and parked heavy vehicles, even in 2024—the same period Tesla was touting imminent driverless robotaxis. FE-8's job was to "teach Autopilot how to drive" by piloting lidar-equipped Teslas around San Francisco, logging issues for engineers. He reports that FSD "wouldn't read people all the time" when pedestrians emerged from between parked cars, forcing him to disengage to avoid potentially catastrophic misses he found "scary." He further explains that FSD could not reliably distinguish between a

car ahead making a routine right turn and one attempting a U-turn; in the latter case, the Tesla would accelerate straight toward the turning vehicle rather than slowing or yielding, again requiring manual intervention.

377.    FE-8 identified sudden unintended acceleration and ghost braking as the two most common issues, stating that ghost braking occurred "all the time" and that he regularly felt the car brake "really hard" for no reason. He calls FSD "iffy" in construction zones, where it misread cones and other temporary controls, and recounts multiple incidents where his car "veered off" "toward parked work trucks on the roadside, accelerated into them, and had to be saved by last-second hard braking—prompting him to tell his manager, "This car just tried to kill me." FSD also struggled with speed bumps, dips, and potholes—which it often failed to read— resulting in jarring impacts, and performed poorly in fog. He concludes based on his experience that the robotaxis are not ready to operate without human monitors, underscoring the gap between Tesla's public robotaxi promises and the technology's actual behavior in the field.

## 2. *Internal Tesla Documents Confirm Fundamental Issues With Its Autonomous Driving Capabilities.*

378.    Leaked files show Tesla was inundated with customer complaints about serious crashes and safety issues. A series of articles in *Handelsblatt*, one of Europe's leading financial newspapers, details the "Tesla Files"—a data leak of 23,398 files spanning over 100 gigabytes. The first article, titled "My Autopilot Almost Killed Me" (translated), was published May 25, 2023. In July 2025, reporters Sonke Iwerson and Michael Verfurden published a book on their investigation, *The Tesla Files: The Inside Story of Musk's Empire*.

379.    *Handelsblatt* verified the data's authenticity extensively. A twelve-person team reviewed it for six months, contacting current and former employees and customers who confirmed details like salary data and accident specifics. The Fraunhofer Institute for Secure

Information Technology found no reason to doubt authenticity. Tesla confirmed the documents were genuine, identifying "two former Tesla employees" who "misappropriated the information in violation of Tesla's IT security and data protection policies." Tesla is suing both employees.

380.    The Tesla Files contain thousands of reports about driving assistance system complications. Internal spreadsheets from Tesla's "Toolbox System" —the main communications platform between customer service and other departments—logged approximately 3,000 safety problems with Autopilot between 2015 and 2022 (during which Tesla delivered roughly 2.6 million vehicles with Autopilot). Tesla created internal codes for recurring issues: "27972" for "Customer claims an unintended acceleration event occurred" and "55538" for "Automatic Emergency Braking triggered without any apparent reason." The files document over 2,400 unintended acceleration complaints, more than 1,500 braking issues (including 139 emergency braking incidents without cause and 383 phantom braking events from false collision warnings), and over 1,000 crashes.

381.    Tesla maintained policies to avoid leaving a public paper trail on safety issues. Employee instructions stated that information may only be relayed "VERBALLY to the customer" and warned: "Do not copy the following report into an email or text message or leave it in a voicemail for the customer."

382.    Internal presentations reveal Tesla's awareness of the dangers. A May 2018 presentation lists ten troublesome error patterns, including "unintentional braking and acceleration of vehicles." The slide notes these impair "the safe operation of the vehicle" with an alert: "Hazardous Without Warning. Direct Risk to Customer Safety."

383.    Customer reports describe cars suddenly accelerating or braking hard—some drivers escaped with only a scare, while others crashed into ditches, walls, concrete barriers, or

oncoming traffic. One customer reported phantom braking "as hard as you can possibly imagine" when another car showed brake lights 300 feet away; his Tesla stopped mid-lane and was rear-ended. Another customer's Tesla would accelerate instead of braking and brake when it should accelerate; while turning around in a parking lot, her car "suddenly accelerated like a race car" and crashed into a concrete post. In response to complaints, Tesla typically blamed "local conditions," though one employee admitted that when driving his own Model S on narrow or complex roads, he preferred manual control because "the assistance systems are too jittery."

384.    Even Tesla employees experienced these problems. An October 2020 spreadsheet titled "NO Employee Vehicles false braking" documented how Norwegian Tesla employees' vehicles would brake without reason while on Autopilot, sometimes at high speed. One employee noted sudden braking occurred "once or twice per drive." Another experienced phantom braking "on almost every drive, usually a couple of times on my longer weekend drives." Several stopped using Autopilot altogether. One employee tested ten different Teslas at the same location and found "Every car I've tested slows down there—for no reason."

385.    Steven Bradley, a UK-based Tesla engineer whose job was investigating crashes, documented Tesla's suppression efforts in internal memos. By April 1, 2020, his project had become "the primary portal for secure investigation of sensitive incidents that may entail concerns over product liability or integrity." Most safety incidents had been moved "out of email into a secure area," with access restrictions to maintain confidentiality.

386.    Bradley's June 25, 2020 memo reveals his frustration: "Not making much usable progress on this." The reason: "There is some concern on the U.S. side about having particular issues detailed in articles as this open up the possibly [sic] of this information being requested under subpoena." He wanted to review all cases with "a high propensity to be subject to

liability/integrity claims" and provide employees "clear and appropriate guidance," but U.S. leadership stalled his progress "out of fear. Fear of lawsuits. Fear of subpoenas.

**K. Tesla and Musk Launch the Robotaxi in Advance of Texas's Regulations Becoming Effective and Pressure by Texas Lawmakers.**

387.    Texas initially offered a more permissive environment. Through 2024 and early 2025, the state imposed few requirements on autonomous vehicles. Tesla executive Lars Moravy captured the contrast: "Some states are relatively easy… Texas." While California demanded permits and safety showings, Texas allowed testing and deployment with minimal oversight. Musk seized the opening, announcing on the Q4 2024 earnings call that Tesla would launch unsupervised FSD as a paid service in Austin in June 2025. Texas, he suggested, would let Tesla prove its technology without first proving its safety to regulators.

388.    That window closed quickly. On January 8, 2025, Texas lawmakers introduced Senate Bill 2807, which became law on June 20, 2025, establishing the state's first comprehensive framework for fully driverless vehicles and robotaxi services. Effective September 1, 2025, the law requires state permits for driverless operation, mandates compliance with traffic and vehicle-safety rules, and imposes detailed data-recording requirements. Vehicles must be able to achieve a "minimal risk condition" if the automated system fails—for example, safely pulling over or stopping in a controlled way. Operators must ensure proper titling, registration, and insurance, and must submit emergency-response plans explaining how first responders can communicate with, secure, or disable driverless vehicles during incidents.

389.    Meanwhile, Musk continued to prime investors. In January 2025, he reiterated that Tesla would launch "unsupervised Full Self Driving as a paid service in Austin in June," with "no one in the car."  He described a cautious rollout—"toe in the water, then a few toes,

then a foot"—while noting that thousands of Teslas already drove themselves from factory lines to parking lots without occupants.

390.    By April 2025, Musk said Tesla would begin with "10 or 20 vehicles" in a geofenced zone in Austin, using standard Model Y cars summoned via the Tesla app. By April 2025, Musk said Tesla would begin with "10 or 20 vehicles" in a geofenced zone in Austin, using standard Model Y cars summoned via the Tesla app. The plan underscored Tesla's supposed edge: no custom hardware, just a software update that, in theory, could turn millions of existing Teslas into robotaxis overnight. On June 22, 2025, Tesla staged a heavily publicized Austin launch. Approximately ten autonomous Model Y vehicles operated within a 10-by-5-mile geofence, offering rides to invite-only passengers such as analysts, investors, and influencers. There was, however, a key caveat: every vehicle carried a "safety monitor" in the front passenger seat—not behind the wheel, as Musk had promised "no one in the car," but still physically present.

**L. Tesla Premiers its Robotaxi in Austin to a Limited Number of Hand-Selected Riders.**

391.    On June 22, 2025, Tesla debuted its Robotaxi service with a highly publicized launch event in Austin, Texas. At the event, a fleet of approximately ten to twenty autonomous-driving, 2025 Model Y SUVs — each with a Tesla employee seated in the front passenger seat as a "safety monitor" — began picking up invite-only passengers within a geofenced area of South Austin. The service operated daily from 6:00 a.m. to midnight, excluded airport trips, and was unavailable during inclement weather, as rain can obstruct the cameras on which the vehicles rely.

392.    The "invite-only" program was extended primarily to Tesla investors, social media influencers, YouTube personalities, and vocal Tesla supporters, a group composed largely

114

of Musk loyalists and acolytes. Early Access riders were permitted to bring one additional guest, provided the guest was at least eighteen years of age and the invited rider remained present throughout the ride. Riders were prohibited from sitting in the front-left seat, the driver's customary position," and passenger capacity was capped at two. Rides were booked through a dedicated Robotaxi app, available initially only on Apple devices via TestFlight, at a flat fee of $4.20 per ride. That price point ($4.20, a number associated with cannabis that Musk frequently deploys as a public joke) was announced by Musk himself on X. The safety monitors in the front passenger seat had no access to a steering wheel or pedals but could stop the vehicle via a button. Remote teleoperators also monitored each ride in real time, collected data, and were reachable by passengers at the touch of a button.

393.    Tesla actively limited public information about the launch; nearly all details about the service were disclosed by Tesla's biggest supporters rather than by Tesla itself. At least one Tesla influencer — a person named Omar who goes by the pseudonym "Whole Mars Catalog" — offered to share rides with strangers for $10, more than the combined cost of two $4.20 rides. A video creator named Eliana Sheriff, whose YouTube channel focuses on Musk's rocket company SpaceX, was among the early riders and said she "was totally trusting of the technology" after her trip.

394.    The vehicles deployed at launch were not the futuristic "Cybercab," the purpose-built, steering-wheel-free robotaxi Tesla unveiled in October 2024, but rather the 2025 Model Y SUVs running a new, "unsupervised" version of Tesla's FSD software. Unlike Waymo's robotaxis, which operate in Austin using multiple lidar sensors, six radars, and twenty-nine cameras, Tesla's vehicles relied solely on eight external cameras. Tesla also confirmed it would not use its in-cabin camera during rides by default, activating it only if a rider requested support,

in the event of an emergency, or after a ride concluded to confirm the vehicle's readiness for its next trip.

395.    The launch was not without pre-existing controversy. Democratic lawmakers in Texas had written to Tesla days before the launch asking it to delay until September 1, 2025, when a new state law regulating the safety of autonomous commercial vehicles was set to take effect — a law that would require authorization from the Department of Motor Vehicles before operating on public streets without a human driver. A tech safety advocacy group known as The Dawn Project staged a public demonstration in Austin using a Tesla Model Y running Tesla's commercially available FSD software, in which the vehicle ran past a stopped school bus and struck a child-sized mannequin. Tesla proceeded with the June 22 launch notwithstanding these concerns.

396.    June 22, 2025: Elon Musk X post: "**Super congratulations to the @Tesla_AI software & chip design teams on a successful @Robotaxi launch!!** Culmination of a decade of hard work. Both the AI chip and software teams were built from scratch within Tesla."

## V.    VIOLATIONS OF THE SECURITIES EXCHANGE ACT DURING THE CLASS PERIOD.

### A. DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS

397.    Plaintiffs allege that the statements highlighted in **bold** with this Section were materially false, misleading, and omitted to disclose material information. Each statement attributed to the Individual Defendants during the Class Period was also made by Defendant Tesla because in each such statement the Individual Defendants were speaking on behalf of Defendant Tesla as its CEO. The reference to a statement being "misleading" includes statements that are misleading due to the omission of truthful information.

398.    On April 19, 2023, Tesla held its Q1 2023 Earnings Call. During the Q&A, Emmanuel Rosner of Deutsche Bank AG's research division asked:

> Maybe a first question for Elon, on your pricing strategy. So if I understand your message, you're saying Tesla feels it's worth maximizing the volume, increasing the size of the fleet as fast as you can because you'll be able to monetize this over the life cycle of the vehicle. Could you be a little bit more specific around ways you would be able to monetize this existing sort of, like, this existing fleet in the future? Obviously, I think Autonomous seems to be a big piece of it, but my understanding was that robotaxi would probably be for the next-generation vehicle, not the existing one? So I guess in which ways would you monetize it?

399.    Musk answered, stating that

> Sorry, the robotaxi terminology can be a bit confusing, because that's sort of like a generic term for our next-generation vehicle And we obviously are working on next-generation vehicle. That's going to be very compelling. This is just not the time to talk about it in details, the product. So we internally call it robotaxi.
>
> **But really, all of the vehicles that have Hardware 3, which is the vast majority of our fleet, we believe will achieve full autonomy. So there will be a -- like, a Model 3 or Model Y would be a robotaxi, a robotic taxi. So yes, that's -- to the best of my knowledge that --we believe the current hardware can achieve full autonomy.**

400.    The statements in paragraph 399 were materially false and misleading because they conveyed all of Tesla's vehicles using HW3 could be a robotaxi. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly

the vision only architecture of Tesla's FSD approach. Even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving.

401.    On April 23, 2024, Tesla held its Q1 2024 Earnings Call. During the Q&A session, Mark Delaney of Goldman Sachs Group, Inc.'s research division asked "And is there anything Tesla needs to achieve with the technology in terms of product milestones in order to be successful at reaching a licensing agreement in your view?"

402.    Musk answered. stating that:

> **Well, I think we just need to -- it just needs to be obvious that our approach is the right approach. And I think it is. I think now with 12.3, if you just have the car drive you around, it is obvious that our solution with a relatively low-cost inference computer and standard cameras can achieve self-driving. No LiDARs, no radars, no ultrasonic, nothing.**

403.    The statements in paragraph 402 were materially false and misleading because they conveyed that Tesla's camera-only system running version 12.3 could "achieve self-driving" when the actual capabilities of FSD v12.3 were far more limited and concealed fundamental safety deficiencies that Tesla's own employees had documented contradicted this claim. Tesla's FSD v12.3, released in March 2024, remained a supervised SAE Level 2 driver assistance system requiring continuous human oversight. Former Tesla employees who worked with the system confirmed, among other things that it: required frequent safety-critical interventions to prevent crashes; exhibited "ghost braking" and unexplained swerving behavior; repeatedly failed to recognize red lights and stop signs; and incorrectly entered turn lanes at intersections, requiring intervention to prevent drifting into wrong lanes. Tesla's FSD system also required training using LiDAR-equipped Ground Truth Machines (GTMs)—the very sensor technology Musk dismissed in his statement. Tesla used auxiliary sensors to provide highly

accurate ground-truth measurements of distance and velocity to train its vision neural networks. The system Musk claimed worked with "standard cameras" and "nothing" else depended on LiDAR data for its foundational training." Musk's statement that Tesla's "relatively low-cost inference computer and standard cameras can achieve self-driving" omitted a material fact: most Tesla vehicles equipped with FSD ran on HW3 could not achieve unsupervised autonomy without hardware replacement.

404.    On July 23, 2024, Tesla held its Q2 2024 Earnings Call. During the Q&A session, Dan Levy of Barclays Bank PLC's research division asked Musk to elaborate on the Robotaxi strategy and if the deployment would follow a nationwide model or a more geo-fenced, state-by-state rollout.

405.    Musk answered. stating that:

> Our solution is a generalized solution like what everybody else has. You could see if Waymo has one of it, they have very localized solution that requires high-density mapping. It's not -- it's quite fragile. So their ability to expand, I believe, is limited. Our solution is a general solution that works anywhere. It would even work on a different earth. So if you branded a new earth, it would work on new earth.

406.    The statements in paragraph 405 were materially false and misleading because they conveyed that Tesla had already solved autonomous driving in a "generalized" way that could safely operate "anywhere" (indeed "on a different earth" ) when actual deployment results in both China (February 2025) and Austin (June 2025) directly contradicted Musk's central claim that Tesla's FSD is a "general solution that works anywhere." Musk's assertion that Tesla's FSD "would even work on a different earth" represents perhaps the most extreme example of the misrepresentation. This claim suggested Tesla had achieved a level of artificial general intelligence that could adapt to completely novel environments without any prior training. The

reality, demonstrated in both China and Austin, Texas, was precisely the opposite: the system could not adapt to China's bus lanes despite extensive internet video training; the system could not navigate Austin without traffic violations despite extensive local data collection; and the system required geofencing even in Tesla's hometown. The statements are also materially false and misleading because Tesla's FSD system also required training using LiDAR-equipped Ground Truth Machines (GTMs), the very sensor technology Waymo relies on and that Musk dismissed in his statement. Tesla used auxiliary sensors to provide highly accurate ground-truth measurements of distance and velocity to train its vision neural networks. The statements are also materially false and misleading because the FSD technology used by Tesla's robotaxis had only achieved a SAE Level 2 and could not be characterized as fully autonomous like Waymo.

407.    On October 10, 2024, Tesla hosted its public demonstration of its supposedly autonomous vehicles, titled "We, Robot."  The event was held at Warner Bros. studio lot in Hollywood, showcasing Tesla's prototype Robotaxi and its current available vehicles operating on FSD. Musk gave a keynote address, where he told the audience:

> We do expect actually to start fully autonomous unsupervised FSD in Texas and California next year and that that's obviously that's with the Model 3 and Model Y and then we expect to be in production with the Cyber cap which is which is really um highly optimized for autonomous transport uh in probably well I tend to be a little optimistic with time frames um but in in in 2026 so yeah before 2027 let me put it that way um and uh we'll make this this vehicle in very high volume and um but well before that you will **you will experience the robotic taxi by the model 3 and Y will be will achieve unsupervised full soft driving with permission in where wherever regulators essentially approve it in the US and then and then to follow in outside the US.** And the Cybertruck, too. Yes. Yes. Basically all the cars that we make. So, let's not get new ones here. All right next slide. So one of the reasons why" the computer can be so much better than a person is that we have millions of cars that are training on driving. So it's like it's like living millions of lives simultaneously and seeing very unusual situations that a person in their entire lifetime

would not see but hopefully yeah exactly so it's so with that amount of training data it's obviously going to be much better than what a human could be um because you can't live a million lives and it's also it can see an all simultaneously and it doesn't get tired or text or any of those things so it will naturally be like I said 10 20 30 times safer than a human just for all those reasons. **And I want to emphasize that the solution that we have is AI and vision so there's no expense of equipment needed so the model 3 and model Y and snx that we made today will be capable of full autonomy unsupervised.**

408. The statements in paragraph 407 were materially false and misleading because they omitted that millions of vehicles would require hardware replacement to be capable of achieving full-self driving (the opposite of "no expense") and the existing vehicles did not possess adequate hardware. From April 2019 through early 2023, every Model 3 and Model Y Tesla produced came equipped with HW3. These represented millions of vehicles, the core of Tesla's fleet. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach. Even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving.

409. Also, during the "We, Robot" event, Tesla's Vice President of Vehicle Engineering, Lars Moravy, was interviewed by Kim Java, a YouTube creator who focuses on electric vehicles, Tesla, and clean-energy tech, who has over 300,000 subscribers. During the interview, Ms. Java asked if her 2018 Model 3 with Hardware 3 would be robotaxi ready. To

which Moravy responded, "**It's good to go."** Moravy further claimed that "**every Tesla is a robotaxi."**

410.    Moravy's statements in paragraph 409 were materially false and misleading because they conveyed that a Tesla 2018 Model 3 equipped with Hardware 3—and indeed "every Tesla" —was already technically capable of serving as a "robotaxi," when the 2018 Model 3 would need not only computer upgrades to reach the level of HW4 and beyond, but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy, as implied by the robotaxis' premise, was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach. Even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving.

411.    On October 23, 2024, Tesla held its Q3 2024 Earnings Call. During the Q&A session, Lars Moravy reiterated the claim he made at the "We, Robot" event stating, "**Yes, all our vehicles today are robotaxis.**"

412.    Moravy's statement in paragraph 411 was materially false and misleading because the existing vehicles did not possess adequate hardware. From April 2019 through early 2023, every Model 3 and Model Y Tesla produced came equipped with HW3. These represented millions of vehicles, the core of Tesla's fleet. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera

connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach. Even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving.

413.     During the Q&A session, Tesla's head of investor relations, Travis Axelrod, asked Tesla's executives to describe how the robotaxi rollout would work, specifically, if Tesla will begin with its own deployed fleet before opening the platform to customer vehicles through a subscription model and if hardware 3 will support full Level 5 autonomy. Ashok Elluswamy and Elon Musk responded as follows:

> **Ashok Elluswamy: Regarding the Hardware 3, what we saw with Level 5 was it was easier to make progress starting with Hardware 4 and figuring out the solution and back-porting it to Hardware 3 instead of directly working on Hardware 3 given that Hardware 4 has more like fundamental hardware capabilities. I think that trend will continue into the next few quarters as well where we first figure out the solution rapidly with AI4 and then back-port it, write the kernels, and it just takes longer to develop those things because it's not fundamentally supported in the hardware and it's emulated. But yes, it's initially working on Hardware 4, back-porting it to Hardware 3.**
>
> **Elon R. Musk: Yes. So I guess the answer is we're not 100% sure, but as Ashok mentioned, because by some measure hardware 4 has really several times the capability of Hardware 3, it's easier to get things to work with Hardware 4 and then it takes a lot of effort to sort of squeeze that functionality into Hardware 3**. And there is some chance that Hardware 3 does not achieve the safety level that allows for unsupervised FSD. There is some chance of that. And if that turns out to be the case, we will upgrade those who have bought

Hardware 3 FSD for free. **And we have designed the system to be upgradeable, so it's really just sort of switch out the computer type of thing. The cameras, they're capable. But we don't actually know the answer to that. But if it does turn out, we'll make sure we take care of those who have bought FSD on Hardware 3.**

414.    Ellunswamy and Musk's statements in paragraph 413 were materially false and misleading because they misrepresent the complexity of upgrading Tesla Hardware (it was not "just soft of switch out the computer type of thing"). From April 2019 through early 2023, every Model 3 and Model Y Tesla produced came equipped with HW3. These represented millions of vehicles, the core of Tesla's fleet. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach. Even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving.

415.    On January 29, 2025, Tesla held its Q4 2024 Earnings Call. During the introductory remarks, Elon Musk made the following statements:

So look, the reality of autonomy is upon us. And I repeat my advice, try driving the car or let it drive you. So now it works very well in the U.S., but of course, it will, over time, work just as well everywhere else. Yes, so we're working hard to grow our annual volumes. **Our constraint is -- our current constraint is battery packs this year but we're working on addressing that constraint.** And I think we will make progress in addressing that

constraint.

416.    Musk's statements in paragraph 415 were materially false and misleading because they framed Tesla's "current constraint" as battery packs, suggesting that scaling autonomy and FSD-enabled volume was primarily limited by cell supply rather than by the unresolved technical and safety obstacles that still prevented FSD from operating as true autonomy in the U.S., let alone "everywhere else." Far from just battery packs, Tesla faced numerous constraints including technology, regulation, reliability, and scale. At all relevant times, Tesla's FSD system remained a supervised SAE Level 2 driver-assistance feature. FSD could not achieve unsupervised operation without safety-critical failures as demonstrated in February 2025 in China and June 2025 in Austin, Texas. Those events also demonstrated that the system required location-specific training and adaptation and was not a "generalized solution." Hardware limitations (HW3 inadequacy and HW4's technical restrictions) affected millions of vehicles. Regulatory authorities would not approve unsupervised operation given demonstrated safety deficiencies and crash reporting compliance failures suggested more safety incidents than publicly acknowledged.

417.    During his remarks, Musk also announced the launch of the robotaxis in Austin in June 2025, stating:

> So that you can obviously afford a lot of training compute in that situation. In fact, even $500 billion training compute in that situation will be quite a good deal. Yes, the future is going to be incredibly different from the past, that's for sure. We live at this unbelievable inflection point in human history. **So yes, so the proof is in the pudding. So we're going to be launching unsupervised Full Self Driving as a paid service in Austin in June. I've talked with the team. We feel confident in being able to do an initial launch of unsupervised, no one in the car, Full Self Driving in Austin in June."**

418.    Musk's statements in paragraph 417 were materially false and misleading because they represented that Tesla would "launch unsupervised Full Self Driving as a paid service in Austin in June" with "no one in the car" and implied that massive training compute would straightforwardly translate into safe, scalable autonomy, when the actual Austin pilot consisted of a tiny, highly constrained fleet that continued to rely on safety supervision (including trailing or remotely monitoring vehicles), quickly drew NHTSA scrutiny after videos showed the robotaxis violating traffic laws, and underscored that Tesla had neither demonstrated robust, unsupervised operation nor resolved fundamental technology issues or safety concerns on anything approaching the scale he suggested.

419.    Regarding FSD and the roll out of the robotaxis in Austin, Texas, Musk also stated:

> So they drive from the factory end of line to their destination parking spot and to be picked up for delivery to customers and then doing this reliably every day, thousands of times a day. It's pretty cool. **Like I said, the vehicles -- the Teslas will be in the wild with no one in them in June in Austin. So what I'm saying is this is not some far-off mythical situation. It's literally 5, 6 months away, 5 months away kind of thing. And while we're stepping -- putting our toe in the water gently at first just to make sure everything is cool, our solution, our sort of a -- our solution is a generalized AI solution. It does not require high-precision maps of locality.**
>
> **So we just want to be cautious. It's not that it doesn't work beyond Austin. In fact, it does. We just want to be -- put our toe in the water, make sure everything is okay, then put a few more toes in the water, then put a foot in the water with safety of the general public as and those in the car as our top priority.**

420.    Musk's statements in paragraph 419 were materially false and misleading because they portrayed the claimed capabilities robotaxi ("It's not that it doesn't work beyond Austin. In fact, it does") as evidence that Tesla had a generalized, map-free autonomous solution

that would work safely beyond Austin and was being rolled out only cautiously, when in reality the launch was a tiny, tightly constrained pilot using a handful of vehicles in favorable conditions, with human supervision (including chase cars and remote oversight) and early incidents of wrong-side-of-the-road driving, erratic braking, and other violations serious enough to trigger immediate NHTSA information requests. Musk's claims that geography was not a limiting factor ("It does not require high-precision maps of locality.") and assurance that caution were materially false and misleading because technical and safety limitations limited the scope of the June 2025 robotaxi deployment.

421.    During the Q&A session, Adam Jonas of Morgan Stanley's research division asked Elon Musk about Tesla's use of lidar:

> Jonas: So Elon, you've said in the past about LiDAR, for EVs, that LiDAR is a crutch, a fool's errand. I think you even told me once, even if it was free, you'd say you wouldn't use it. Do you still feel that way?

> Musk: Yes

> Jonas: Care to elaborate? Or just I have another question:

> Musk: Look, we even had a radar in the car and we turned it off.

> Jonas: I got it. People think you're crazy. But for..

> Musk: I mean obviously, humans drive without shooting lasers out of their eyes. I mean unless you're superman. But like humans drive just with passive visual -- humans drive with eyes and a neural net -- and a brain neural net, sort of biological -- so the digital equivalent of eyes and a brain are cameras and digital neural nets or AI. So that's -- the entire road system was designed for passive optical neural nets. That's how the whole real system was designed and what everyone is expecting, that's how we expect other cars to behave. **So therefore, that is very obviously a solution for full self-driving as a generalized -- but the generalized solution for full self-driving as opposed to the very specific neighborhood-by-neighborhood solution, which is very difficult to maintain, which is what our competitors are**

**doing. Yes, yes.**

422.    Musk's statements in paragraph 421 were materially false and misleading because they asserted that a purely vision-based, camera-and-neural-net "generalized solution" was "very obviously" sufficient for full self-driving everywhere, in contrast to rivals' supposedly fragile "neighborhood-by-neighborhood" approaches because they conveyed that Tesla had already solved autonomous driving in a "generalized" way that could safely operate anywhere when actual deployment results in both China (February 2025) and Austin (June 2025) directly contradicted Musk's central claim that Tesla's FSD is a "generalized solution for full self-driving." The reality, demonstrated in both China and Austin, was precisely the opposite: the system could not adapt to China's bus lanes despite extensive internet video training; the system could not navigate Austin without traffic violations despite extensive local data collection; and the system required geofencing even in Tesla's hometown. The statements are also materially false and misleading because Tesla's FSD system also required training using LiDAR-equipped Ground Truth Machines (GTMs), the very sensor technology Waymo relies on and that Musk dismissed in his statement. Tesla used auxiliary sensors to provide highly accurate ground-truth measurements of distance and velocity to train its vision neural networks. The statements are also materially false and misleading because the FSD technology used by Tesla's robotaxis had only achieved a SAE Level 2 and could not be characterized as fully-autonomous like Waymo.

423.    On April 22, 2025, Tesla held its Q1 2025 Earnings Call. During the introductory remarks, Musk made the following statements regarding Tesla's vehicle fleets ability to serve as robotaxis.

> **And then any Tesla, which could be an S, 3, X or Y that is autonomous is a robotic taxi or a robotaxi. It's very confusing. So the vast majority of the Tesla fleet that we've made is capable of being a robotaxi or a robotic taxi. And we're going**

> **from -- once we can make the system work where you can have paid rides, fully autonomously with no one in the car in 1 city, that is a very scalable thing for us to go broadly within whatever jurisdiction allows us to operate.**

424.    The statements in paragraph 423 were materially false and misleading because they conveyed that the "vast majority" of Tesla's vehicles using could be a robotaxi. However, these vehicles operating with HW3 would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach. Even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving.

425.    During the introductory remarks, Musk also made the following statements regarding Tesla's autonomous driving technology."

> **So because what we're solving for is a general solution to autonomy, not a city-specific solution for autonomy, once we make it work in a few cities, we can basically make it work in all cities in that legal jurisdiction.** So if it's -- once we can make the pace to work in a few cities in America, we can make it work anywhere in America. Once we can make it work in a few cities in China, we can make it work anywhere in China, likewise in Europe, limited only by regulatory approvals.
>
> **So this is the advantage of having a generalized solution using artificial intelligence and an AI chip that Tesla designed specifically for this purpose, as opposed to very expensive sensors and high-precision maps on a particular neighborhood where that neighborhood may change or often changes and then the car stops working. So we have a general**

**solution instead of a specific solution.**

426.   Musk's statements in paragraph 425 were materially false and misleading because they asserted that by using artificial intelligence, Tesla's "generalized solution" or "general solution" was sufficient for full self-driving everywhere, in contrast to rivals' neighborhood based approaches because they conveyed that Tesla had already solved autonomous driving in a "generalized" way that could safely operate anywhere when actual deployment results in both China (February 2025) and Austin (June 2025) directly contradicted Musk's central claim that Tesla's FSD is a "generalized solution" for full self-driving. The reality, demonstrated in both China and Austin, was precisely the opposite: the system could not adapt to China's bus lanes despite extensive internet video training; the system could not navigate Austin without traffic violations despite extensive local data collection; and the system required geofencing even in Tesla's hometown. The statements are also materially false and misleading because Tesla's FSD system also required training using LiDAR-equipped Ground Truth Machines (GTMs), the very sensor technology Waymo relies on and that Musk dismissed in his statement. Tesla used auxiliary sensors to provide highly accurate ground-truth measurements of distance and velocity to train its vision neural networks. The statements are also materially false and misleading because the FSD technology used by Tesla's robotaxis had only achieved a SAE Level 2 and could not be characterized as fully autonomous like Waymo.

427.   During the earnings Call CFO Vaibhav Taneja made the following statement:

> We've been extremely -- we have a very extremely competitive vehicle lineup, which with most vehicles going through our recent update, and after that, have advanced in FSD. You have a personal chauffeur, which can take you almost anywhere under supervision. There are numerous stories shared by customers ranging from how it has entailed a daily commute to providing mobility customers with disabilities to giving all the customers the ability to travel confidently and independently. **Not only is FSD**

**supervised safer than a human driver, but it is also improving
the lifestyle of individuals who experience it.**

428.    Taneja's statement in paragraph 427 was materially false and misleading because
it asserted that was "safer than a human driver," when robotaxis and FSD vehicles could not
operate without committing traffic violations and exhibiting erratic behaviors (including
wrong-side-of-road driving, hard braking, and poor handling of complex maneuvers). When FSD
was launched in China (February 2025) and the robotaxis were launched in Austin, Texas (June
2025), Tesla's FSD drew prompt scrutiny for traffic violations. In the U.S., this led to immediate
information requests from NHTSA and an investigation, all of which undercut the suggestion
that the system was reliably safer than humans in real-world unsupervised or lightly supervised
use. The statements regarding safety are also false and materially misleading because Tesla's
disclosures and public reporting practices render its safety and performance data inherently
unreliable and unsuitable for meaningful comparison to other autonomous driving programs.
Tesla uses non-standard terminology to avoid comparison with competitors: Waymo, Cruise,
Zoox: Report "disengagements" under California DMV requirements and Tesla uses
"interventions" and "critical interventions" without standardized definitions. Tesla's filings with
the NHTSA are often incomplete and delayed. Notably, Tesla's telemetry system only captures
crashes with "pyrotechnic deployment" (airbags) and only 18% of police-reported crashes
involve airbag deployment. This means the actual accident rate is significantly higher than Tesla
discloses." When pressed for data, Tesla and Musk deflect to crowd-sourced, user-reported data,
which lack any indicia of reliability. Furthermore, Tesla intentionally minimized internally
reported interventions. FE-2, an Operations Manager and Autopilot Engineering, in Austin,
Texas, described Tesla's "no-intervention policy." Safety drivers were instructed not to intervene

because intervention was not at their discretion, and they had to let situations play out so the AI could control for everything.

429.    During the Q&A session, Travis Axelrod, Tesla's head of investor relations, posed the question "what are the highest-risk items on the critical path to robotaxi launch and scaling?" To which Elon Musk and Ashok Elluswamy responded:

> **Elon Musk**: Sure. Well, just the -- backed by the -- disambiguate the Cybercab from robotaxi once again. So the -- **when will Teslas because the Teslas that will be fully autonomous in June in Austin are fully Model Ys**. So that is -- it's currently on track to be able to do paid rides fully autonomously in Austin in June, and then to be in many other cities in the U.S. by the end of this year. **It's difficult to predict the exact ramp sort of week by week and month by month, except that it will ramp up very quickly. So it's going to be like some -- basically an S-curve where it's very difficult to predict the intermediate slope of the S-curve, but you kind of know where the S-curve is going to end up, which is the vast majority of the Tesla fleet being autonomous.**

> **Ashok Elluswamy:** In terms of addressing the question that asked for what are the critical things that need to get right, one thing I would like to note is validation. Self-driving is a long-tail problem where there can be a lot of edge cases that only happen very, very rarely. **Currently, we are driving around in Austin using our QA fleet, but then super [ rare ] to get interventions that are critical for robotaxi operation.**

> **And so you can go many days without getting a single intervention. So you can't easily know whether you are improving or regressing in your capacity.** And we need to build out sophisticated simulations, including neural network-based video generation. That's all happening in the background to make sure that we deliver a safe product, and we are able to measure our safety even though we can't just exceed by driving around the block or something like that.

> Elon Musk: **I mean in very basic terms, if that -- if we're seeing an accident every 10,000 miles, well, then you have to drive 10,000 miles on average before you get in an accident or an intervention**. So it's like okay. I mean we must be really -- you don't have to be very worked up by the sheer number of Teslas doing in Austin right now. We like it's going to look pretty bizarre.

430.    Elluswamy's and Musk's statements in paragraph 429 were materially false and misleading" because they represented that a small fleet of Model Y "robotaxis" in Austin was on track to perform paid rides "fully autonomously" starting in June and would rapidly scale so that "the vast majority of the Tesla fleet" became autonomous, while internal validation data and early-service experience instead showed that the system still required human supervision, on the order of roughly 10,000 miles per intervention in ideal, geofenced conditions, and had already drawn prompt NHTSA scrutiny and confidential information requests after online videos documented erratic behavior and traffic-law violations during the initial rollout The statements regarding interventions and safety are also false and materially misleading because Tesla's disclosures and public reporting practices render its safety and performance data inherently unreliable and unsuitable for meaningful comparison to other autonomous driving programs. Tesla uses non-standard terminology to avoid comparison with competitors: Waymo, Cruise, Zoox: Report "disengagements" under California DMV requirements and Tesla uses "interventions" and "critical interventions" without standardized definitions. Tesla's filings with the NHTSA are often incomplete and delayed. Notably, Tesla's telemetry system only captures crashes with "pyrotechnic deployment" (airbags) and only 18% of police-reported crashes involve airbag deployment. This means the actual accident rate is significantly higher than Tesla discloses. When pressed for data, Tesla and Musk deflect to crowd-sourced, user-reported data, which lack any indicia of reliability. The safety claims are also misleading because Tesla intentionally minimized internally reported interventions. FE-2, an Operations Manager and Autopilot Engineering, in Austin, Texas, described Tesla's "no-intervention policy." Safety drivers were instructed not to intervene because intervention was not at their discretion, and they had to let situations play out so the AI could control for everything. Furthermore, even if Tesla's

autonomous driving technology could perform as promised, it would not work for the "vast majority of the Tesla fleet." From April 2019 through early 2023, every Model 3 and Model Y Tesla produced came equipped with HW3. These represented millions of vehicles, the core of Tesla's fleet. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of providing robotaxi services was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach.

431.    Axelrod also asked, "does Tesla see robotaxi as a winner-take-most market? And as you approach the Austin launch, how do you expect to compare against Waymo's offering, especially regarding pricing, geofencing and regulatory flexibility?" Taneja and Musk responded:

> **Elon" Musk** Well, okay. The issue with Waymo's cars is it costs way more money, but that is the issue. The car is very expensive, made in low volume. Teslas are probably cost 1/4, 20% of what a Waymo costs and made in very high volume. Ironically, like we're the ones who made the bet that a pure AI solution with cameras and [ already ] what the car actually will listen for sirens and that kind of thing. It's the right move.
>
> And Waymo decided that an expensive sensor suite is the way to go, even though Google is very good at AI. So I'm wondering. And it is worth noting that Tesla has built an incredible AI software team and AI hardware chip design team from scratch, didn't acquire anyone. We just built it. So yes, it's really -- I mean I don't see anyone being able to compete with Tesla at present. I'm sure that will change eventually. But at least as far as I'm aware, Tesla will have, I don't know, 99% market share or something ridiculous.

That 90-something percent, at least, I don't know, some of them might change, but if we have millions of cars deployed next year and unless others have millions of cars deployed, like we'll have -- unless we're blocked by regulatory situations, it won't be long. I mean, in a few years, we'll have 10 million autonomous cars on the roads and counting.

**Vaibhav Taneja:** The other thing which people forget is that we're not just developing the software solution, we are also manufacturing the cars. And like you know what like Waymo has, they're taking cars and then trying to...

**Elon R. Musk:** Waymo want it.

**Vaibhav Taneja:** We don't do that, so that definitely gives us a big leg-up. **And like Elon said, we only have a big existing fleet which hopefully, with the software update could become autonomous.**

**Elon R. Musk: With the software update, it will become autonomous. To be clear, the Model Y in being autonomous in Austin in June are other Model Ys we make currently. There's no change to it.**

**Vaibhav Taneja: I think people don't appreciate that the car which they can buy today...**

**Elon R. Musk: The car that they have...**

**Vaibhav Taneja**: **Or the car they have is capable of these kind of things**.

432.    Taneja and Musk's statements in paragraph 431 were materially false and misleading because they represented that a mere software update would make already-sold vehicles and the robotaxis in Austin "autonomous" with "no change to it," and suggested that today's cars are "capable of these kind of things" and every Tesla is a robotaxi, when Tesla's June 2025 Austin pilot in fact used a tiny, tightly geofenced fleet of Model Ys running supervised, invite-only service with in-vehicle safety drivers and remote monitoring, and quickly drew NHTSA scrutiny after multiple videos showed those "robotaxis" violating traffic laws,

braking erratically, and otherwise behaving like an upgraded Level 2 system rather than truly autonomous vehicles. Even if Tesla's autonomous driving technology could perform as promised, it would not work for the "big existing fleet." From April 2019 through early 2023, every Model 3 and Model Y Tesla produced came equipped with HW3. These represented millions of vehicles, the core of Tesla's fleet. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of providing robotaxi services was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach.

433.    During the Q&A session, Emmanuel Rosner from Wolfe Research, LLC asked, "So Elon, the public version of the FSD software still has a decent amount of, I guess, intermittent human interventions that are required. So what's still required for the software on your end to get to a level where it doesn't need to be supervised? And I'm asking that in the context of obviously, the June launch being in the next couple of months. What still needs to happen?"  Elluswamy and Musk answered:

> **Ashok Elluswamy: And we are working on a number of items, too. Yes. I mean we are aware of the interventions that are happening in the public bills, and that's why we are hardcore burning it down. And really speaking, some initial city helped us focus on like solving all the issues that we face here for example, like is focusing on Austin. We are not like solving all the issues that customers in Boston or somewhere else might face. And then here, we just have like a big list of all the issues, just burn it down and that's what the team is working on,**

**along with other sort of like redundancy issues. For example, if one of the computer goes down, right on the customer fleet, it would like throw the [ red hands ] and ask you to take over, but we don't want that kind of situation. So you're solving both like the reliability issues of the autonomy software and also the reliability issues of the system software together for Austin.**

**Elon R. Musk: Yes. It really just -- we just work through a long tail of unusual interventions. So -- and these are really very rare, intervention every 10,000 miles. I mean that's a lot of driving you've got to do to even find one case...**

**Ashok Elluswamy: Yes. And some interventions systematic missing functionality, for example, for handling emergency vehicles currently, you don't need to consume audio as an input but then the customer-facing versions don't have audio input. But the version that's in -- that's going to be in Austin will have audio input and so on.**

434.    Elluswamy's and Musk's statements in paragraph 433 were materially false and misleading because they claimed that interventions were "very rare," on the order of one every 10,000 miles, and suggested that remaining issues (including redundancy and emergency-vehicle handling) were being systematically resolved, when early Austin robotaxi videos and subsequent NHTSA inquiries instead showed conspicuous, recurring safety-critical failures—such as cars taking the wrong lane, stopping abruptly in traffic, and mishandling emergency-vehicle scenarios—at rates far more frequent than Musk's claimed 10,000-mile cadence, underscoring that both the intervention frequency and the maturity of the reliability work he described were substantially overstated. The statements regarding interventions and safety are also false and materially misleading because Tesla's disclosures and public reporting practices render its safety and performance data inherently unreliable and unsuitable for meaningful comparison to other autonomous driving programs. Tesla uses non-standard terminology to avoid comparison with competitors: Waymo, Cruise, Zoox: Report "disengagements" under California DMV

requirements and Tesla uses "interventions" and "critical interventions" without standardized definitions. Tesla's filings with the NHTSA are often incomplete and delayed. Notably, Tesla's telemetry system only captures crashes with "pyrotechnic deployment" (airbags) and only 18% of police-reported crashes involve airbag deployment. This means the actual accident rate is significantly higher than Tesla discloses." When pressed for data, Tesla and Musk deflect to crowd-sourced, user-reported data, which lack any indicia of reliability. Furthermore, Tesla intentionally minimized internally reported interventions. FE-2, an Operations Manager and Autopilot Engineering, in Austin, Texas, described Tesla's "no-intervention policy." Safety drivers were instructed not to intervene because intervention was not at their discretion, and they had to let situations play out so the AI could control for everything.

435.    May 4, 2025: Elon Musk appeared for an interview on Fox News with Lara Trump.

> **Lara Trump**: What do you think and what are you going to focus on in the coming years that you think could really revolutionize humanity?
>
> **Elon Musk**: **Tesla in a few months will release uh unsupervised full self-driving. So the cars that people are driving right now, the cars that you can buy at from the factory um will be driving around by themselves with no people in them. Um that's start that uh we call unsupervised full self-driving. So there's literally no one in the car on public roads. Uh that's uh we'll start that in Austin in a few months in June and then we'll rapidly expand that to the rest of the country. In fact, anyone who has Tesla now, if they try it self driving, they'll it's it should work very well. It should be rare that you need any intervention.**

436.    Musk's statements in paragraph 435 were materially false and misleading because they told viewers that, within "a few months," Tesla would release unsupervised, fully selfdriving software such that factorystock cars "will be driving around by themselves with no

people in them," that the Austin launch would rapidly expand "to the rest of the country," and that "anyone who has Tesla now" would find interventions "rare," when early Austin robotaxi operations instead remained tightly limited, required safety drivers after troubling incidents caught on video, drew immediate inquiry from NHTSA. The statement that "the cars that people are driving right now, the cars that you can buy from the factory" will have "unsupervised full self-driving" was materially false and misleading for several reasons. First, the cars with HW3 represented millions of vehicles, the core of Tesla's fleet. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach. Third, even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving. The statement that, "It should be rare that you need any intervention" was materially false and misleading because Tesla's disclosures and public reporting practices render its safety and performance data inherently unreliable and unsuitable for meaningful comparison to other autonomous driving programs. Tesla uses non-standard terminology to avoid comparison with competitors: Waymo, Cruise, Zoox: Report "disengagements" under California DMV requirements and Tesla uses "interventions" and "critical interventions" without standardized definitions. Tesla's filings with the NHTSA are often incomplete and delayed. Notably, Tesla's telemetry system only captures

crashes with "pyrotechnic deployment" (airbags) and only 18% of police-reported crashes involve airbag deployment. This means the actual accident rate is significantly higher than Tesla discloses." When pressed for data, Tesla and Musk deflect to crowd-sourced, user-reported data, which lack any indicia of reliability. Furthermore, Tesla intentionally minimized internally reported interventions. FE-2, an Operations Manager and Autopilot Engineering, in Austin, Texas, described Tesla's "no-intervention policy." Safety drivers were instructed not to intervene because intervention was not at their discretion, and they had to let situations play out so the AI could control for everything. -driving software such that factory-stock cars

437.    Also on May 20, 2025, Elon Musk appeared for interview with David Faber on CNBC's "Power Lunch."

> **FABER**: Are you going to have full autonomous on the roads of Austin at the end – by the end of June?
>
> **MUSK: Yes.**
>
> **FABER**: You are? What gives you that confidence?
>
> **MUSK**: **We have cars driving 24/7 with drivers in the cars. And we see essentially no interventions. So we want to be very careful with the first introduction of unsupervised full self-driving, meaning that there's the cars driving around with no one in it.**
>
> \*\*\*
>
> **MUSK**: So, one set of regulations that – just like there is for highway driving, that's what I think makes sense for the country as a whole. **But my prediction is that probably by the end of next year we will have probably hundreds of thousands, if not—**
>
> FABER: Hundreds of thousands?
>
> MUSK: **Over a million Teslas doing self-driving in the U.S.**
>
> **FABER:** Those are not – OK. What percentage of those are going

to be – well, not the Cybercab. You're just talking about on full self-driving level four?

**MUSK: Unsupervised full self-driving, where you do not need to pay attention.**

FABER: Right. Right. For me, if I own a Tesla and I have the software and the capability of doing it?

**MUSK: Yes.**

FABER: Right.

***

MUSK: So it's not going to take intersections, unless we are highly confident it'll, it's going to do well with that intersection or just, it'll just take a route around that intersection.

FABER: But there won't be a safety driver in the car—

**MUSK: Correct.**

FABER: Right? The car, it won't. There's not going to be somebody sitting there.

**MUSK: Right.**

FABER: But you did have ads for vehicle operator, autopilots. What was that about then? Are there going to be people who are remotely sort of monitoring the performance of the fleet?

MUSK: Yeah.

FABER: And what will they do?

MUSK: They'll just be, we're going to be extremely paranoid about the deployment as we should be. It would be foolish not to be so we'll be watching what the cars are doing very carefully. And as we find, as confidence grows, you know, less of that will be needed.

438.    Musk's statements in paragraph 437 were materially false and misleading because they told viewers that Tesla would have fully autonomous, unsupervised robotaxis

operating on Austin roads by the end of June and scale to "over a million" unsupervised, no-attention-required Teslas in the U.S. by the end of the following year, based on an internal claim of "essentially no interventions," while in reality the Austin launch was a tightly constrained, invite only pilot using L2class FSD software, quickly drew NHTSA scrutiny after videos showed robotaxis driving on the wrong side of the road, stopping abruptly, and otherwise violating traffic laws, and in practice relied on shadow safety supervision (including remote monitoring and trailing vehicles) that belied the description of truly unsupervised Level 4 service. The statement that "millions" of Teslas would achieve "unsupervised full self-driving, where you do not need to pay attention" within a year was materially false and misleading, for several reasons. First, the cars with HW3 represented millions of vehicles, the core of Tesla's fleet. However, these vehicles would need not only computer upgrades to reach the level of HW4 and beyond but would incur expenses due to hardware incompatibilities such as different physical dimensions, incompatible camera connectors, electrical system modification to meet power requirements, upgrades to wiring harnesses, and upgrades to camera housing. Second, the promise that existing vehicles were capable of unsupervised full autonomy was false due to the processing power deficit between HW3 and HW4, software differences between HW3 and HW4, and most importantly the vision only architecture of Tesla's FSD approach. Third, even if Tesla could somehow coax better performance from HW3 or HW4 through software optimization, the hardware lacked redundant sensors necessary for SAE Level 3+ and autonomous driving. The statements regarding "interventions" were materially false and misleading because Tesla's disclosures and public reporting practices render its safety and performance data inherently unreliable and unsuitable for meaningful comparison to other autonomous driving programs. Tesla uses non-standard terminology to avoid comparison with competitors: Waymo, Cruise,

Zoox: Report "disengagements" under California DMV requirements and Tesla uses "interventions" and "critical interventions" without standardized definitions. Tesla's filings with the NHTSA are often incomplete and delayed. Notably, Tesla's telemetry system only captures crashes with "pyrotechnic deployment" (airbags) and only 18% of police-reported crashes involve airbag deployment. This means the actual accident rate is significantly higher than Tesla discloses." When pressed for data, Tesla and Musk deflect to crowd-sourced, user-reported data, which lack any indicia of reliability. Furthermore, Tesla intentionally minimized internally reported interventions. FE-2, an Operations Manager and Autopilot Engineering, in Austin, Texas, described Tesla's "no-intervention policy."

439.    On June 10, 2025, Musk also responded to a post on X concerning the vehicles that would be deployed as Robotaxis. "**These are unmodified Tesla cars coming straight from the factory, meaning that every Tesla coming out of our factories is capable of unsupervised self-driving!**"

440.    Musk's statement in paragraph 439 was materially false and misleading because" it asserted that "every Tesla coming out of our factories is capable of unsupervised selfdriving," and that the Austin robotaxis were "unmodified" factory cars, when the initial robotaxi fleet in Austin consisted of specially prepared Model Y vehicles, operating only in a small geofenced area under constrained conditions, with human safety personnel onboard and active NHTSA scrutiny after videos showed erratic behavior, so those cars were neither representative of the broader production fleet nor actually being used in the unsupervised, anywhere capable manner he described. The statement that "every Tesla coming out of our factories is capable of unsupervised self-driving!" was materially false and misleading because even if Tesla could somehow coax better performance from HW4 through software optimization, the hardware

lacked redundant sensors necessary for SAE Level 3+ and autonomous driving.-driving,-capable manner he described.

441.    On June 22, 2025, Musk posted on X: "**Super congratulations to the @Tesla_AI software & chip design teams on a successful @Robotaxi launch**! Culmination of a decade of hard work. Both the AI chip and software teams were built from scratch within Tesla."

442.    Musk's statement in paragraph 441 was materially false and misleading because it characterized the Austin pilot as a successful "Robotaxi launch" suggesting Tesla had achieved unsupervised SAE Level 4 service, even though the vehicles in question were modified Model Ys still running at SAE Level 2, operating only in a restricted service using area using modified cars with onboard safety employees, chase cars, and teleoperation infrastructure, and were already under NHTSA scrutiny after early videos and reports showed problematic behavior that underscored the system was not yet ready for true driverless deployment.

## B.   THE TRUTH EMERGES

443.    The truth behind Defendants' fraud emerged through a series of disclosures from February 24, 2025 to June 25, 2025. These disclosures partially revealed truthful information correcting and/or counteracting Defendants' misrepresentations, omissions, and fraudulent course of conduct and/or constituted materializations of risk that were concealed, understated, or misrepresented by Defendants, through their misrepresentations, omissions, and fraudulent course of conduct.

### 1.   *February 2025: The China Rollout Reveals That Consumers Using Tesla's FSD Still Cannot Navigate Safely and Without Violating Traffic Laws.*

444.    With the beginning of trading on Tuesday, February 24, 2025, Tesla stock opened at $338.18 and reaching an intraday high of $342.40. However, as news began being reported in

Reuters that Tesla's long-awaited upgrade to its partially automated driving systems left owners disappointed as many users told the publication that Tesla's "navigate on city streets" feature in China fell short of Musk's promises for self-driving technology, the stock price reacted negatively and closed at $330.53. Following CNBC's reporting on February 25, 2025, the stock closed at $302.80.

445.    In February 2025, Tesla launched FSD in China through the '2024.45.32.12' update.  Tesla wrote in the release notes that Autopilot's enhanced assisted driving feature for urban roads builds on the existing Navigate on Autopilot (NOA) function to operate on both controlled access roads and city streets. When engaged on main roads with ramp-style entrances and exits, as well as on urban roads, the system guides the vehicle along the navigation route through ramps and intersections, recognizes traffic lights, and executes maneuvers such as going straight, turning left or right, and making Uturns, while also changing lanes automatically based on speed and route. While the feature is called "Autopilot automatic assisted driving on urban roads" as Tesla seems more cautious about using the term "Full Self-Driving" in China, but it is a feature known for being in the FSD package everywhere else. Driving feature for urban roads builds on the existing Navigate on Autopilot (NOA) function to operate on both controlled access roads and city streets. -driving feature for urban roads builds on the existing Navigate on Autopilot (NOA) function to operate on both controlled-access roads and city streets. When engaged on main roads with ramp-style entrances and exits, as well as on urban roads, the system guides the vehicle along the navigation route through ramps and intersections, recognizes traffic lights, and executes maneuvers such as going straight, turning left or right, and making U-turns, while also changing lanes automatically based on speed and route.

446.    However, Tesla drivers in China using the new update racked up fines as the system drove in bike lanes and made illegal turns. Tesla owners have been testing out the features in live streams on social media and some of them are reporting getting numerous tickets for using FSD. For example, one Tesla driver received 7 tickets in the space of a single drive because the FSD drove in bike lanes and made illegal maneuvers. Chinese media websites also became flooded with reports of Tesla vehicles running red traffic lights, failing to recognize green lights, and driving on restricted lanes.

447.    Reuters reported that Tesla's long-awaited upgrade to its partially automated driving systems left Chinese owners disappointed, with many users stating that Tesla's "navigate on city streets" feature in China fell materially short of Defendant Musk's promises for self-driving technology. This report provided investors with new information regarding the significant shortcomings of Tesla's "navigate on city streets" feature in China, a critical upgrade to Tesla's automated driving systems.

448.    The widespread user disappointment revealed that Tesla's autonomous driving technology fell materially short of Tesla's repeated assurances about self-driving capability, particularly in the crucial Chinese market, and the disappointing performance of this highly anticipated feature undermined Defendants' prior representations about the advanced state and near-term readiness of Tesla's autonomous driving technology.

449.    CNBC further attributed the decline to the Reuters report the prior day that Tesla's long-awaited upgrade to its partially automated driving systems had left owners disappointed, with many users stating that the "navigate on city streets" feature in China fell short of Musk's promises for self-driving technology, and, in the wake of these revelations, which directly addressed the capabilities of Tesla's autonomous driving features.

450.    Tesla's stock price fell $27.73 per share over two trading sessions, or 8.4%, to close at $302.80 per share on February 25, 2025, on heavy trading volume of 134,228,800 shares.

451.    After the class period, in August 2025 a group of Tesla owners in China filed a lawsuit in the Beijing Daxing District People's Court accusing Tesla of failing to deliver the features it sold them, amounting to what their legal team calls fraudulent sales practices.

### 2. June 2025: The Austin Launch Reveals That Tesla's Robotaxis Cannot Operate Safely Without Violation Traffic Laws

452.    On Monday, June 23, 2025, at 12:14 PM Eastern which was later updated at 5:54 pm to include additional detail from the second paragraph, *Bloomberg* published an article titled *Tesla Robotaxi Incidents Draw Scrutiny From US Safety Agency* reporting that the NHTSA was looking into Robotaxi's apparent violations of traffic laws during the June 22, 2025 event. In relevant part, Bloomberg reported:

> US auto safety regulators are looking into incidents where Tesla Inc.'s self-driving robotaxis appeared to violate traffic laws during the company's first day offering paid rides in Austin.
>
> The US National Highway Traffic Safety Administration is aware of the incidents that were captured in videos posted on social media and is gathering additional information from the company, the agency said in a statement to Bloomberg. NHTSA officials regularly interact with automakers on safety matters, and it's common for those discussions to stop short of a formal investigation.
>
> "Following an assessment of those reports and other relevant information, NHTSA will take any necessary actions to protect road safety," the agency said on Monday.
>
> Tesla's shares fell as much as 1.4% in postmarket trading after Bloomberg reported NHTSA's discussions with the company. The stock was little changed at 5:33 p.m. in New York.
>
> In one video taken by investor Rob Maurer, who used to host a Tesla podcast, a Model Y he's riding in enters an Austin intersection in a left-turn-only lane. The Tesla hesitates to make

the turn, swerves right and proceeds into an unoccupied lane meant for traffic moving in the opposite direction.

A honking horn can be heard as the Tesla re-enters the correct lane over a double-yellow line, which drivers aren't supposed to cross.

In two other posts on X, initial riders in driverless Model Ys shared footage of Teslas speeding. A vehicle carrying Sawyer Merritt, a Tesla investor, reached 35 miles per hour shortly after passing a 30 miles per hour speed limit sign, a video he posted shows.

In a separate live stream from Herbert Ong, a YouTuber with more than 123,000 subscribers, he commented that the vehicle was going faster than the posted limit of 35 miles per hour.

"It's going at 39 right now, which is perfect, right, because I don't want to drive at 35, and it's driving at the same flow of traffic," Ong said. "If everyone else is driving at this speed, you want to be at the same speed."

\*        \*        \*

Chief Executive Officer Elon Musk celebrated the start of Tesla's robotaxi operations on Sunday, congratulating employees for what he said was a successful launch.

Emphasis added.

453. On June 23, 2025, at 4:03 p.m. Eastern, the *Los Angeles Times* published an article titled *Tesla Robotaxi videos show speeding, driving into wrong lane* reporting violations of traffic laws by Robotaxis during the Austin event. The article discussed the Robotaxis exceeding the posted speed limit, crossing into an oncoming traffic lanes, issues with a left-hand turn, and pulling over for safe passenger egress. The *Los Angeles Times* reported in pertinent part:

Tesla Inc.'s self-driving taxis appeared to violate traffic laws during the company's first day offering paid rides, with one customer capturing footage of a left turn gone wrong and others traveling in cars that exceeded posted speed limits.

In a video taken by Rob Maurer, an investor who used to host a Tesla podcast, the Model Y he's riding in enters an Austin intersection in a left-turn-only lane. The Tesla hesitates to make the turn, swerves right and proceeds into an unoccupied lane meant for traffic moving in the opposite direction.

A honking horn can be heard as the Tesla re-enters the correct lane over a double-yellow line, which drivers aren't supposed to cross.

In two other posts on X, initial riders in driverless Model Ys shared footage of Teslas speeding. A vehicle carrying Sawyer Merritt, a Tesla investor, reached 35 mph shortly after passing a 30-mph speed limit sign, a video he posted shows. In a separate livestream from Herbert Ong, a YouTuber with more than 123,000 subscribers, he commented that the vehicle was going faster than the posted limit of 35 mph.

"It's going at 39 right now, which is perfect, right, because I don't want to drive at 35, and it's driving at the same flow of traffic," Ong said. "If everyone else is driving at this speed, you want to be at the same speed."

Representatives for Tesla, the Austin Police Department and the National Highway Traffic Safety Administration didn't immediately respond to requests for comment on the videos. The automaker recalled more than 362,000 vehicles in February 2023 after the NHTSA said its driver-assistance system may allow cars to infringe on local traffic laws.

A spokesman for the city of Austin said it hadn't received any safety incident reports regarding Tesla's robotaxis over the weekend.

Chief Executive Officer Elon Musk celebrated the start of Tesla's robotaxi operations on Sunday, congratulating employees for what he said was a successful launch. Wall Street analysts also published broadly positive reports, with Barclays analyst Dan Levy writing that the first day of service was "largely uneventful."

Tesla shares rose 9.3% as of 1:33 p.m. in New York on Monday after earlier gaining as much as 11%, the biggest intraday jump since April 9.

Another video posted Sunday captured two riders in a driverless Model Y having trouble after pressing a button on the rear screen of the vehicle to indicate that they wanted the vehicle to pull over.

149

> After the YouTuber who goes by Bearded Tesla Guy pressed the button, a message popped up on the screen indicating that the Model Y would find a safe location to pull over. But rather than execute a pull-over maneuver, the vehicle came to a stop in the middle of the road.
>
> After the riders have a brief discussion with a remote customer-support worker who gets the Tesla going again, it took a second conversation with remote support to get the Model Y to route to the riders' desired drop-off destination.

454.     On June 24, 2025, at 12:37 am Eastern, *electrek* published an article titled, *Tesla asks NHTSA to hide its response to Robotaxi questions,* reporting that Tesla requested that NHTSA withhold Tesla's answers about its Robotaxi launch from being publicly available. The article also reported it was believed that that Tesla had altered the door unlatch switch to be a kill switch for the vehicle and that the Robotaxi was merely operating a level 2 of autonomous driving and not level 4 required to operate as a ride hailing service." The article stated in relevant part:

> Tesla has requested that NHTSA withhold its response to the numerous questions the regulators had about its recent Robotaxi launch.
>
> As for the agency, it said that it is aware of some disturbing videos in which we can see Tesla's system making serious mistakes on its first day.
>
> Prior to Tesla's Robotaxi launch on Sunday, NHTSA had sent Tesla a series of questions about the program, which Tesla was required to answer by June 19th.
>
> The agency wanted a lot more details because it is particularly concerned about the fact that Tesla is using its 'Supervised Full Self-Driving' in the Robotaxi service while it is currently under investigation for its involvement in several serious crashes.
>
> Tesla has now responded to NHTSA, but it has requested that the agency keep all its answers confidential.

The automaker has consistently avoided sharing data about its Autopilot and Full Self-Driving programs, particularly crash data.

Automakers and companies developing self-driving and ADAS systems are required to report all crashes related to those systems, but Tesla has been abusing NHTSA's program to get some of the data reported.

Publications have been trying to obtain the data through the courts, and Tesla has fought the effort, claiming that it would 'suffer financial harm' if its self-driving crash data were released.

There's currently no indication that NHTSA will be able to release any information about Tesla's Robotaxi service.

***As we previously reported, the service launched with a Tesla employee in the front passenger seat with a finger constantly on the door unlactch button, which is likely to have been reprogrammed as a kill switch for the self-driving system.***

***This is likely information that would be confirmed and detailed in Tesla's responses to NHTSA, and it would be critical, as it would prove that Tesla's autonomous driving system can't be considered level 4, which is now required to operate a commercial autonomous driving system, such as Robotaxi, in Texas.***

Robotaxi has already been spotted making several significant mistakes over its first day of commercial operations, including driving in the wrong lane with incoming traffic and dropping passengers in the middle of an intersection.

NHTSA has confirmed that it is aware of those incidents and that it is currently gathering information about the situation:

NHTSA is aware of the referenced incidents and is in contact with the manufacturer to gather additional information. NHTSA will continue to enforce the law on all manufacturers of motor vehicles and equipment, in accordance with the Vehicle Safety Act and our data-driven, risk-based investigative process. Under U.S. law, NHTSA does not pre-approve new technologies or vehicle systems – rather, manufacturers certify that each vehicle meets NHTSA's rigorous safety standards, and the agency investigates incidents involving potential safety defects. Following an assessment of those reports and other relevant information, NHTSA will take any necessary actions to protect road safety.

The agency has also stated that its investigation into Tesla's FSD-Supervised/Beta "remains open."

Emphasis added.

455.    On June 24, 2025, at 3:15 am Eastern, the *International Business Times UK* published an article titled *NHTSA Now Targets Tesla Robotaxi After Autonomous EVs Break Traffic Laws* also reporting the violations of traffic laws by Robotaxis during the Austin event and confirmed that the NHTSA was launching a formal investigation:

> The NHTSA said it is aware of the circulating videos and is actively seeking further information from Tesla regarding the incidents. While the agency does not pre-approve new vehicle technologies, it emphasised that all manufacturers must ensure their vehicles comply with federal motor vehicle safety standards.
>
> Officials also confirmed they are launching a formal investigation to assess potential safety defects and will take appropriate action to safeguard public road users, according to CNBC.
>
> The EV giant's autonomous vehicles were spotted driving erratically, breaking traffic laws. Because of this, the US National Highway Traffic Safety Administration (NHTSA) wants to have a word with the American car maker.

456.    On June 25, 2025 at 6:16 a.m. Eastern, Fortune published an article titled *U.S. regulators are circling after Tesla's Robotaxi launch included unexpected behavior and potentially broken traffic laws*, reporting that Tesla's Robotaxi launch event in Austin on Sunday got rave reviews from analysts, but also led to several attendees posting videos of Tesla vehicles behaving unexpectedly. The National Highway Traffic Safety Administration reached out a day later and said it "will take any necessary actions to protect road safety." The article went on to report in relevant part:

> The launch, which was mostly <u>limited to invited Tesla investors, analysts, and influencers</u>, gave the public its first look at Tesla's

Robotaxi technology, which is an "unsupervised" version of its already available Full Self-Driving (supervised) tech.

Tesla first revealed the company's Cybercab and larger Robovan in a splashy event at the Warner Bros. studio in Burbank, Calif., last October. But Sunday's launch in Austin was the biggest development in nearly a year (and arguably a decade) of Tesla CEO Elon Musk touting Tesla's Robotaxi ambitions, reportedly despite internal warnings claiming the Cybercab may never be profitable.

*      *      *

Still, videos taken by attendees Sunday showed Tesla's vehicles driving erratically and in some cases violating traffic laws and safe traffic practices, despite the presence of a "safety monitor" in the front seat.

In one video taken by Tesla investor Rob Maurer, the vehicle he is traveling in hesitates at an intersection and enters a lane meant for cars traveling in the opposite direction. The car then appears to break traffic laws by crossing a double solid yellow line before entering a left turn lane. A honk can be heard in the video.

In another video posted to YouTube by Ed Niedermeyer, author of Ludicrous: The Unvarnished Story of Tesla Motors, one of the Robotaxis "brakes hard" after passing stopped police vehicles that weren't in its immediate path.

"The fact that it came nearly to a stop twice on public roads is downright unsafe," wrote Niedermeyer in the video description.

***These incidents, along with others posted to social media, led the NHTSA to reach out to Tesla Monday, the federal agency confirmed.***

"NHTSA is aware of the referenced incidents and is in contact with the manufacturer to gather additional information. NHTSA will continue to enforce the law on all manufacturers of motor vehicles and equipment, in accordance with the Vehicle Safety Act and our data-driven, risk-based investigative process," the agency wrote in a statement to Fortune.

Emphasis added.

457.    In response to the news entering the market on June 23, 24 and 25, 2025, investors and analysts reacted immediately to Defendants' revelations with Tesla's stock price responding quickly and decisively as Tesla's common stock fell $8.21 per share from $348.68 at market close on June 23, 2025, to close at $340.47 on June 24, 2025, on volume of over 114 million shares.

458.    The following day, Tesla's common stock continued to fall an additional $12.92 per share, from $340.47 at market close on June 24, 2025, to close at $327.55 on June 25, 2025, on high volume of almost 120 million shares. Over these two days, Tesla stock price fell over 6.05%.

## C.  SUBSEQUENT MEDIA, REGULATORY, AND MARKET REACTIONS TO ROBOTAXI INCIDENTS AND THEIR IMPLICATIONS FOR DEFENDANTS' AUTONOMY AND ROBOTAXI CLAIMS.

### 1.  Mounting Reliability, Regulatory, and Safety Concerns in Response to Tesla's Robotaxi Rollout.

459.    On June 27, 2025, HSBC issued a report titled *Reduce: A Boom in June*. In the report, HSBC cautioned that "Tesla's robotaxi needing three elements to work if they are to reach the sort of scale their CEO has alluded to."  Most notably, the report challenged Tesla's hardware strategy, stating that "Tesla needs to prove their camera-only approach is both robust and reliable, whilst the rest of the industry has opted for a broader sensor set "with HSBC highlighting that "[e]arly indications from the Austin launch raise doubts "about the efficacy of this approach."

460.    On July 2, 2025, *Yahoo! Finance* reported in an article titled, *Tesla stock pops after Q2 vehicle production tops forecasts, deliveries fall 13% from year ago*, discussing hat recent investors inflows were related to the "lofty promises "from Musk about Robotaxi. Specifically, the article reported that:

But investor bets on Tesla hinge largely on lofty promises from Elon Musk over the company's robotaxi future rather than its EV business.

Tesla launched its robotaxis in Austin, Texas, on June 23. What first appeared to be a successful debut that sent shares up 8% turned out to be somewhat rocky. A day after the launch, the stock fell as videos showed Tesla robotaxis violating traffic laws in incidents noted by the National Highway Traffic Safety Administration.

461.    On July 14, 2025, HSBC Global Investment Research published a report titled

"Robotaxi Your ride's arrived, but profits will be late" which in relevant part discussed that the

Robotaxi had continued issues with the reliability of its FSD and its issues for commercialization

### Tesla (tentatively) joins the robotaxi fray

Tesla proceeds with a (pilot) launch of its robotaxi in Austin, Texas. Full autonomy has been a long time coming for Tesla, but it seems we might be on the cusp of that reality - maybe. On 22 June, the group launched a small fleet (c12 vehicles) of driverless robotaxis (notably not Cybercabs, but conventional Model Ys with pedals and a steering wheel). They have no driver, but have a safety co-pilot and tele-monitoring, whilst operating in a limited, geofenced area of Austin. All rides were for specially invited guests, with no media invited, Tesla preferring to use social media and influencers to promote the launch. There have been hiccups but the launch represents a significant step for Tesla in its ambition to see the mass rollout of its robotaxi fleet. ***Aside from the taxis themselves,*** the success, ***or otherwise***, of the launch has wider implications for the group in terms of delivering on its promise of full self-driving (FSD) for customer cars in 2025.

**An essential feature for a robotaxi is its full self-driving system**. It is too early to tell, ***but the early indications suggest Tesla is still struggling to make its FSD suitably reliable and robust for broader release to customers. Its customer cars currently run at L2/L2+ autonomy levels***, despite the promise of a self-driving car some c10 years ago (and charging those customers who opt in for the duration). This prolonged gestation is starting to raise the ire of some owners and authorities. Current hardware (HW4) and software (v12/v13SW) levels are soon to be replaced with HW5 and v14SW, which begs the question, is the challenge a function of the group's steadfast desire to have an end-

to-end AI solution (Waymo hand-manages edge cases), or is it a function of the hardware? If it is the latter, it may have significant ramifications in terms of the need to upgrade existing cars; if it is the former it potentially means substantial costs in terms of AI compute.

\*    \*    \*

**Operating Licences Tesla chose regulation "light" Texas to launch its robotaxi**; elsewhere will be tougher. Texas, a state with limited AV regulations, was perhaps the most convenient location for Tesla to launch its robotaxi service, but from a regulatory perspective it is also the location with one of the lowest hurdles. Under Texas law, a driverless vehicle is permitted to drive on the public roads so long as it is registered, insured and equipped with data recording capability to log/report any crash events. ***Tesla has effectively self-certified their robotaxis for use on public roads and in doing so has become liable for any future crash events***. This is a new risk for Tesla, and it is not surprising that the group has taken a very tentative approach to the launch, especially given the extreme level of public scrutiny.

\*    \*    \*

**Tesla's approach to road rules may need to change**. *Of particular interest amongst these requirements is the need to adhere to "state traffic & motor vehicle laws". One notable incident in the early days of Tesla's robotaxi launch was two recorded instances of the vehicles speeding. This has caught the attention of the US safety regulator, NHTSA. The state has the authority to revoke the permit if the robotaxis prove to be a danger to the public and it requires them to submit information on how the companies will coordinate with the police and first responders in case of a crash or accident. How this develops will be particularly interesting in terms of Tesla's ability to make quick changes to its algorithm. It could be influential in terms of the pace of a wider rollout.*

Emphasis added and footnotes omitted.

462.    On August 1, 2025, it was reported that a jury in a trial in the U.S. District Court for the Southern District of Florida determined that Tesla should be held partly liable for a fatal 2019 Autopilot crash, and must compensate the family of the deceased and an injured survivor a portion of $329 million in damages. For example, in an article published that same day, CNBC stated, in relevant part:

463.    On August 8, 2025, *Business Insider* published an article titled, *Tesla's robotaxi gets green light for ride-hailing in Texas*, reporting that Robotaxi received a permit under the recently effective Texas state law that permits Tesla to operate ride hauling services with autonomous vehicles for a year, but also clarified that to be classified as an autonomous and that the Robotaxi would need to receive approval from the Texas Department of Motor Vehicles to be classified as an autonomous vehicle. The article stated in relevant part:

> Tesla Robotaxi was granted a permit to run a ride-hailing service with autonomous vehicles in Texas as part of a new state law that seeks to regulate driverless vehicle services.
>
> The Texas Department of Licensing & Regulation's (TDLR) website showed a new listing for a license granted to "Tesla Robotaxi LLC." Tela Mange, a spokesperson for the division, confirmed to Business Insider that the license was issued on Wednesday. It grants Tesla the ability to operate a ridehailing service with autonomous vehicles across the state and expires in a year, the spokesperson said.
> However, the permit doesn't mean that Tesla's robotaxi is officially classified as an autonomous vehicle.
>
> **The TDLR spokesperson told BI that the permit only allows a company to use automated motor vehicles for a commercial ride-hailing service. Tesla Robotaxi will have to seek authorization from the state Department of Motor Vehicles to be classified as an autonomous vehicle, Mange wrote.**

Emphasis added.

464.    On September 3, 2025, *electrek* published an article titled, *Tesla moves 'Robotaxi' safety monitor from passenger to driver's seat,* reporting that Tesla has moved its Robotaxi safety monitors back to the driver's seat from the passenger's seat in Austin, Texas, began service on highways" by stating this was an issue of not yet achieving level 4 SAE autonomy and newly effective Texas law stating that:

Tesla has moved its safety monitor from the passenger's seat to the driver's seat in its 'Robotaxi' service in Austin, Texas, as it expands onto highways.

However, the timing may be more closely tied to regulations.

When Tesla launched its 'Robotaxi' service in Austin, we warned that the move was more about optics than safety, as the automaker basically deployed its 'Supervised Full Self-Driving' (FSD) system with employees supervising from the front passenger seat, with a finger on a kill switch.

***In and of itself, Tesla's Robotaxi service in Austin shouldn't be impressive to anyone familiar with FSD, which has been around for almost 5 years.***

FSD is capable of performing virtually all tasks related to driving, but it is still considered a level 2 driver assistance system because it can't perform those tasks reliably over tens of thousands of miles, which is why Tesla maintains that the driver is always responsible for the vehicle.

In its Robotaxi service, which utilizes Tesla's own fleet rather than consumer vehicles, Tesla employees serve as supervisors. ***For the first two months of the service, the supervisors were seated in the front passenger seat with a finger ready to press a button that would bring the vehicle to a sto***p.

This was undoubtedly less safe than if they were seated in the driver's seat with more controls, but it didn't add a ton of risk as the service only operated at lower speeds on surface streets.

However, Tesla expanded its Robotaxi on highways on September 1st, and it decided to move the safety monitor to the driver's seat

 . . . .

Many are assuming that Tesla decided to move them to the driver's seat due to the added risk that comes with driving at higher speeds on highways, but that might not be the only reason.

The timing also aligns with the new Texas Senate Bill 2807, which now governs the deployment of automated driving systems in the state, coming into effect on September 1st.

Prior to this law, Texas was relatively permissive regarding autonomous vehicle testing under earlier statutes, such as SB 2205 (2017), which allowed operation without a human driver as long as vehicles complied with traffic laws, had recording devices, and met federal standards.

However, SB 2807 introduces stricter oversight for truly driverless operations, including requirements for safety data reporting, first-responder interaction plans, and potential revocation of authorization if safety standards aren't met.

Companies must also demonstrate that their systems can achieve a "minimal risk condition" (e.g., safely pulling over) in case of failure and need to qualify as a level 4-5 autonomous driving based on the SAE standard.

To achieve level 4-5, there can be no human oversight.

Therefore, by moving the supervisor into the driver's seat, now serving as a safety driver, the system reverts to level 2, allowing Tesla to continue operating its "robotaxi" without achieving level 4 autonomy.

Emphasis added.

465.    On September 17, 2025, *electrek* published an article titled, *Tesla is trying to hide 3 Robotaxi accident,* reporting that Tesla had three accidents with its Austin Robotaxi service and its "automated driving system" in July 2025 and was redacting such information concerning the accidents from public view. The article stated in relevant part:

Tesla is attempting to conceal the details of three separate accidents involving its Robotaxi service in Austin, Texas, despite having only two months of service with a small fleet.

Due to the Standing General Order 2021-01 (the "SGO"), automakers are required to report to NHTSA crashes involving their autonomous driving and advanced driver assistance systems within five days of being notified of them.
We have previously reported on Tesla leading crashes for level 2 driver assistance systems by thousands of reported crashes, but the automaker never reported any automated driving crashes because it never had any system that would qualify as a level 3-5 SAE automated driving system, despite the name of its "Full Self-Driving" software package.

This has changed with the launch of Tesla's limited Robotaxi service in Austin, Texas.

Now, Tesla has reported its first three accidents involving an "automated driving system" through its new Robotaxi effort:

| Report ID | Same Incident ID | Model | Model Year | Incident Date | Incident Time | Roadway Type | Injury Severity* |
|---|---|---|---|---|---|---|---|
| 13781-11507 | 346e79b6abcc2ca | Model Y | 2026 | JUL-2025 | 03:45 | Street | Property Damage. No Injured Reported |
| 13781-11459 | 8578fbc6ef74c60 | Model Y | 2026 | JUL-2025 | 12:20 | Street | Minor W/O Hospitalization |
| 13781-11375 | b5d3e7bb23a3388 | Model Y | 2026 | JUL-2025 | 15:15 | Intersection | Property Damage. No Injured Reported |

All the accidents happened in July, during Tesla's first month of operating its Robotaxi service in Austin, Texas.

There was at least one injury reported for one of the crashes, but Tesla lists it as "minor". None of the accidents is being investigated by authorities based on the information Tesla has released.

Tesla hasn't released many details about its Robotaxi effort, but the automaker is estimated to have only about 12 vehicles in its Robotaxi fleet in Austin as of July, and it was offering rides to only a limited group of users, mostly Tesla influencers and shareholders who are disincentivized from criticizing the company.

As it does with its ADAS crash reporting, Tesla is hiding most details about the crashes. Unlike its competitors, which openly release narrative information about the incidents, Tesla is redacting all the narrative for all its crash reporting to NHTSA: . . . .

Unlike competitors, such as Waymo, Tesla's Robotaxi still uses a "safety monitor" who sits in the front seat with a finger on a kill switch ready to stop the vehicle. Despite this added level of safety, Tesla is evidently still experiencing crashes.

160

466.    On October 9, 2025, *The Hill* published an article titled *NHTSA investigating Tesla self-driving software over traffic violations* reporting that NHTSA had commenced a probe of Tesla's self-driving software given its violations of traffic laws by ignoring red lights and moving into oncoming traffic lanes. The article stated in relevant part:

> The National Highway Traffic Safety Administration (NHTSA) has launched a probe into Tesla's self-driving software following several incidents in which the system caused cars to violate traffic laws.
>
> The auto safety regulator said Tuesday it identified numerous incidents in which the company's Full Self-Driving software ignored red light signals or attempted to change lanes into oncoming traffic.
>
> The NHTSA pointed to 18 complaints and one media report in which Tesla vehicles using the self-driving software failed to remain stopped or to stop fully at a red light or failed to accurately detect the traffic signal. It said it has also received six reports of crashes, four of which resulted in injuries
> .
> The software also prompted cars to enter opposing lanes, cross double-yellow markings or attempt to turn onto roads in the wrong direction, the regulator said, citing 18 complaints, two crash reports and two media reports.
>
> Four crash reports, six complaints and one media report also said the system caused cars to travel straight through an intersection while in a turn lane or to make turn while in a through lane.
>
> The probe is set to evaluate whether there was any prior warning or enough time for drivers to intervene and respond to the car's unexpected behavior, the NHTSA said.

467.    On October 10, 2025, *Fox Business* reported that the NHTSA had placed Tesla under federal investigation for "least 18 complaints involving Tesla vehicles using the self-driving feature that allegedly ran red lights or veered into opposing lane." The article stated in relevant part:

Tesla has been placed under federal investigation over numerous reports alleging that its Full Self-Driving (FSD) software violated multiple traffic laws, leading to at least six crashes, four of which resulted in injuries.

In a report dated Oct. 7, the National Highway Traffic Safety Administration (NHTSA) cited at least 18 complaints involving Tesla vehicles using the self-driving feature that allegedly ran red lights or veered into opposing lanes.

According to the agency's Office of Defects Investigation, the software in several cases failed to stop at red lights, remain stopped or correctly identify traffic signals. One incident cited by NHTSA involved a Tesla that "approached an intersection with a red traffic signal, continued to travel into the intersection against the red light and was subsequently involved in a crash with other motor vehicles in the intersection."

The regulator said complaints also described Teslas crossing double-yellow lines, entering oncoming traffic or attempting to turn onto roads in the wrong direction. In other cases, vehicles reportedly went straight through intersections from turn-only lanes or made turns from lanes intended for through traffic.

Complaints have alleged that the FSD did not provide warnings of the system's behavior.

The NHTSA said the investigation will determine whether Tesla provided adequate warnings or opportunities for drivers to take control before the cars' unexpected maneuvers occurred.

*     *     *

In recent years, Tesla CEO Elon Musk has continued to set lofty targets for the company's self-driving ambitions. Over the summer, the company began rolling out its long-awaited robotaxi service in Austin, Texas, a pilot program showcasing its latest Full Self-Driving software."

468.    On October 29, 2025, *electrek* published an article titled *Tesla 'Robotaxis' keep crashing despite 'safety monitors'* reporting a fourth crash in Austin with autonomous driving engaged.

469.    On December 8, 2025, *electrek*, published an article titled *Tesla CEO Elon Musk claims driverless Robotaxis coming to Austin in 3 weeks*" that reported "Tesla CEO Elon Musk said the company will remove 'safety monitors' from the passenger seats of Tesla's Robotaxi vehicles in 'about three weeks,' which would mean we'd see completely driverless Teslas in the Austin area potentially by the end of the year – if that timeline sticks."

## 2. NHTSA's Ongoing Investigation in Response to the June 22, 2025 Robotaxi Launch and Similar Incidents.

470.    On October 6, 2025, NHTSA opened Preliminary Evaluation PE25-012, investigating reports that Tesla's FSD system has been executing maneuvers that violate traffic safety laws. This investigation represents NHTSA's most direct examination of FSD's ability to operate within legal boundaries and covers approximately 2.88 million Tesla vehicles equipped with FSD (Supervised) or FSD (Beta).

471.    NHTSA's investigation resume emphasizes that Tesla characterizes FSD as "an SAE Level 2 partial automation system requiring a fully attentive driver who is engaged in the driving task at all times." Yet the investigation centers on situations where FSD allegedly executed maneuvers so quickly or unexpectedly that drivers had insufficient time to supervise or intervene effectively. This tension—between the legal classification of FSD as requiring constant human oversight and the system's apparent operational autonomy in executing traffic violations—forms a central thread of the investigation.

472.    As ODI stated: "Level 2 partial automation systems are designed to support and assist the driver in performing certain aspects of the driving task, requiring a driver to supervise and intervene as necessary. The driver remains fully responsible at all times for driving the vehicle, including complying with applicable traffic laws." The question NHTSA is examining is whether FSD's design and operation are compatible with this supervisory model.

473.    As of the investigation's opening, ODI had identified 58 incidents involving alleged traffic safety violations, including 14 crashes or fires. The violations fall into several categories: red light violations, wrong-lane maneuvers, and lane-specific violations.

474.    ODI received 18 complaints and one media report alleging that Teslas operating with FSD failed to remain stopped for the duration of a red traffic signal, failed to stop fully for red lights, or misidentified traffic signal states. Additionally, six Standing General Order reports documented crashes where Tesla vehicles with FSD engaged "approached an intersection with a red traffic signal, continued to travel into the intersection against the red light, and was subsequently involved in a crash with other motor vehicles in the intersection." Four of these crashes resulted in one or more injuries.

475.    ODI identified two SGO reports, 18 complaints, and two media reports alleging that Teslas operating with FSD "entered opposing lanes of travel during or following a turn, crossed double-yellow lane markings while proceeding straight, or attempted to turn onto a road in the wrong direction despite the presence of wrong-way signage." Four SGO reports, six complaints, and one media report alleged that Teslas with FSD engaged "proceeded straight through an intersection in a turn-only lane or executed a turn at an intersection in a through lane despite the presence of lane markings or signals."

476.    A particularly revealing detail emerged during ODI's pre-investigative work: multiple incidents occurred at the same intersection in Joppa, Maryland. According to NHTSA, coordination with the Maryland Transportation Authority and State Police "indicated that the problem may be repeatable, given that multiple subject incidents occurred at the same intersection." Tesla subsequently took action to address the issue at this specific intersection, but

the incident pattern raises broader questions about FSD's ability to correctly interpret and respond to traffic control devices across diverse roadway configurations.

477.    By December 2025, NHTSA's investigation had documented at least 80 instances of FSD traffic violations—a 60% increase from the approximately 50 violations cited when the probe opened. The updated tally includes 62 complaints from Tesla drivers, 14 reports submitted by Tesla itself, and four media reports describing potential violations. The investigation is focusing on several critical issues, including: **detection accuracy:** Can FSD " accurately detect and appropriately respond to traffic signals, signs and lane markings" ?; w**arning adequacy:** Is FSD providing sufficient warnings to drivers when it intends to perform potentially unsafe maneuvers?; **driver supervision:** Are "certain driving inputs within the control authority of FSD" preventing effective driver supervision when unexpected maneuvers occur?; and **scope and frequency:** What is the full extent of FSD's traffic law violations, and how often do they occur relative to system usage?

478.    ODI granted Tesla a partial extension to respond to its information requests until February 23, 2026. The responses Tesla provided to date are unavailable to the public because Tesla claims they constitute protect business information.

479.    Across multiple investigations—from the 2022 Autopilot probe through the 2025 FSD violation investigation—NHTSA has consistently identified inadequate driver monitoring and engagement systems as a core deficiency in Tesla's approach. The December 2023 recall attempted to address this issue for Autosteer, but subsequent investigations into FSD suggest the problem persists in Tesla's more advanced driver-assistance features.

480.    NHTSA's criticism of Tesla's terminology extends beyond the "Autopilot" name to the "Full Self-Driving" designation. Both names, regulators argue, create unrealistic

expectations about system capabilities and encourage driver overreliance. This nomenclature concern has spawned additional scrutiny, including a California DMV lawsuit alleging deceptive marketing of FSD.

481.    Multiple NHTSA investigations have noted Tesla's alleged failures to report crashes promptly as required by the Standing General Order for crashes involving automated driving systems. In August 2025, NHTSA opened a separate investigation specifically examining whether Tesla was reporting FSD and Autopilot crashes months after accidents occurred, potentially violating requirements to report within one or five days of receiving crash notice.

482.    Tesla's decision to eliminate radar sensors and rely exclusively on camera-based perception runs as an undercurrent through several investigations. The October 2024 low-visibility probe makes this architectural choice explicit: can a camera-only system safely navigate conditions where visibility is inherently compromised? While Tesla has long maintained that its vision-based approach, enhanced by artificial intelligence, represents the future of autonomous driving, federal investigators appear skeptical that current implementations can handle edge cases reliably.

483.    NHTSA's investigation of Tesla's advanced driver-assistance systems represents an evolving regulatory response to the challenges posed by increasingly capable but not fully autonomous vehicle technologies. From phantom braking to emergency vehicle crashes, from low-visibility failures to traffic-law violations, these probes collectively paint a picture of systems that may exceed their design limitations or operate beyond drivers' ability to effectively supervise.

484.    The investigations reveal a fundamental tension: Tesla has created systems sophisticated enough to handle many driving tasks independently, yet not reliable enough to eliminate the need for constant human oversight, as they repeatedly claim. For Tesla, these investigations carry significant implications beyond potential recalls. They affect consumer and investor confidence, and Tesla's ability to realize Musk's vision of a fully autonomous vehicle fleet.

### 3. Ongoing Issues with Tesla's Robotaxi in 2026.

485.    On January 8, 2026, Musk posted on X that "Roughly 10 billion miles of training data is needed to achieve safe unsupervised self-driving. Reality has a super long tail of complexity." As reported by *electrek*, as of December 2025, Tesla had accumulated only 7 billion miles and would not meet this threshold until July 2026. The authors stated that this "new statement raises the question: why did Musk claim that Tesla would be unsupervised in Austin just a few weeks ago, when he knew that Tesla was nowhere near 10 billion miles?"

486.    On January 22, 2026, *electrek* reported in an article titled, *Tesla didn't remove the Robotaxi 'safety monitor' – it just moved them to a trailing car*, reporting that Musk's statements about the removal of safety monitors from Robotaxis' as less than the full reality as they were simply moved to chase cars. Specifically, *electrek* reported:

> Earlier today, Elon Musk announced on X that Tesla had "just started Tesla Robotaxi drives in Austin with no safety monitor in the car." Tesla's stock immediately jumped over 4% on the news. Headlines across the financial press celebrated the milestone.
>
> There's just one problem: it appears to be another game of smoke and mirrors. The Robotaxi cars spotted without "safety monitor" were all being followed by a trailing black Tesla supervising the "driverless" Robotaxi.
>
> It means Tesla didn't "remove the safety monitor" , it just moved them to a vehicle behind them.

**The trailing car problem**

Earlier today, we reported that <u>Elon Musk announced Tesla had</u> <u>"removed safety monitors from inside" the Robotaxis</u> in Austin, Texas.

New video evidence posted by Joe Tegtmeyer on X shows Tesla's "unsupervised" Robotaxis operating in Austin, and they're not alone. In the video, two Robotaxis are visible, and both are closely followed by black Tesla vehicles. These trailing cars undoubtedly have safety monitors sitting inside, ready to intervene if something goes wrong.

Here's the reality: Tesla didn't remove the safety monitor. It simply moved them from inside the Robotaxi to a chase car following closely behind.

The move comes just as Musk claimed that Tesla "solved autonomy" again on stage in Davos.

Tesla's CEO has been making this claim every year for the last 6 years.

**Electrek's Take**

Let's be very clear about what's happening here.

When Musk says there's "no safety monitor in the car," he's technically telling the truth, the monitor is in a different car, following right behind. But the implication that Tesla has achieved true unsupervised autonomy is misleading at best.

True unsupervised autonomy means the vehicle can operate safely without any human backup ready to intervene. That's what Waymo does, their vehicles operate genuinely alone, without chase cars, across multiple cities. They've accumulated over 100 million fully driverless miles.

Now, there's still some remote teleoperation when the vehicle gets into trouble, but it's clear that Tesla is not even there yet.

Tesla's approach is fundamentally different. Having a chase car follow your "autonomous" vehicle everywhere defeats the entire purpose of autonomy. It's not scalable. It's not cost-effective. And it's certainly not the breakthrough that

Musk has been promising for a decade.

Think about it: if the system were truly ready for unsupervised operation, why would you need someone in a trailing car ready to intervene? The chase car exists because Tesla knows the system isn't ready to operate without a human safety net.

Now, of course, Elon cultists and shareholders will say that this is just temporary for testing, and while this is certainly the case, it's not really the problem here.

487.    On January 29, 2026, *electrek* reported in an article titled, *Tesla's own Robotaxi data confirms crash rate 3x worse than humans even with monitor,* that the NHTSA crash data with Tesla's recent disclosure of robtotaxi mileage "reveals Tesla's autonomous vehicles are crashing at a rate much higher tha [sic] human drivers, and that's with a safety monitor in every car." *electrek* continued to report the supporting statistics explaining that the "Tesla's robotaxis are crashing at a rate **9 times higher than the average human driver**" stating in relevant part:

According to NHTSA's Standing General Order crash reports, Tesla has reported 9 crashes involving its robotaxi fleet in Austin, Texas between July and November 2025:

- **November 2025:** Right turn collision
- **October 2025:** Incident at 18 mph
- **September 2025:** Hit an animal at 27 mph
- **September 2025:** Collision with cyclist
- **September 2025:** Rear collision while backing (6 mph)
- **September 2025:** Hit a fixed object in parking lot
- **July 2025:** Collision with SUV in construction zone
- **July 2025:** Hit fixed object, causing minor injury (8 mph)
- **July 2025:** Right turn collision with SUV

According to a chart in Tesla's Q4 2025 earnings report showing cumulative robotaxi miles, the fleet has traveled approximately 500,000 miles as of November 2025. That works out to roughly one crash every 55,000 miles.

For comparison, human drivers in the United States average approximately one police-reported crash every 500,000 miles, according to NHTSA data.

169

> That means Tesla's robotaxis are crashing at a rate **9 times higher than the average human driver**.

> However, that figure doesn't include non-police-reported incidents. When adding those, or rather an estimate of those, humans are closer to 200,000 miles between crashes, which is still a lot better than Tesla's robotaxi in Austin.

488.    The post–Class Period developments—including the CA DMV's findings, the punitive-damages verdict in the Florida case, the formal NHTSA investigation announced in June 2025, and the continuing revelations about safety defects—underscore that, during the Class Period, Defendants overstated the efficacy of Tesla's autonomous-driving technology and concealed that vehicles using its FSD feature, including robotaxis, would operate in an unreasonably dangerous manner.

### D.  DEFENDANTS ACTED WITH SCIENTER

489.    At all relevant times, Defendants acted with scienter. Numerous facts support that Defendants had actual knowledge of the truth that they omitted to disclose, and which contradicted their false or misleading statements. Additionally, numerous facts support that Defendants acted with deliberate recklessness as to whether their statements and omissions were false or misleading. Tesla has the scienter of its management level employees, which includes Defendant Musk.

### 1.  Musk Was Motivated to Commit Fraud to Secure the Largest Compensation Package in Corporate History.

490.    Musk's fraudulent scheme to mislead investors regarding Tesla's FSD was directly motivated by his pecuniary interest in securing the "2025 CEO Performance Award" (the "2025 Performance Award")—a compensation package of unprecedented size, valued at the time of approval at over $87 billion, with a maximum potential realizable value over a trillion dollars.

491.    During the Class Period, Musk was acutely aware that Tesla's core automotive business was facing headwinds, including margin compression and slowing delivery growth. To justify Tesla's valuation as a high-growth technology company rather than a traditional automaker—and to persuade shareholders to approve a new, stratospheric compensation package—Musk needed to fabricate a narrative that Tesla was on the verge of solving autonomous driving.

492.    This motive was two-fold during the Class Period: (1) to ensure the ratification of his voided 2018 Performance Award; and (2) to lay the groundwork for the Board to propose and shareholders to approve the 2025 Performance Award, which was subsequently approved in November 2025.

**a. The 2025 Performance Award Structure Incentivized the Misrepresentations.**

493.    The details of the 2025 Performance Award, as detailed in the Tesla's filing with the SEC on November 7, 2025 as Exhibit 4.4 to the Form S-8 reveals a compensation structure that was inextricably linked to the very falsehoods Musk propagated during the Class Period.

494.    The 2025 Performance Award is structured as a 10-year grant of restricted stock that vests in 12 distinct tranches. Vesting of each tranche requires the simultaneous achievement of a Market Capitalization Milestone and an Operational Milestone.

495.    Market Capitalization Milestones: The targets set for Musk are aggressive and required maintaining and exponentially growing Tesla's stock price.

496.    The starting baseline was a market capitalization of approximately $1 trillion.

497.    The first tranche vests only upon reaching a market capitalization of $2 trillion.

498.    Each subsequent tranche requires an additional $500 billion to $1 trillion increase, culminating in a final milestone of $8.5 trillion.

171

499.    To achieve these valuation targets, Tesla's stock price would need to increase approximately 800% from Class Period levels. Musk knew this feat was impossible to achieve based on legitimate automotive economics.

500.    Thus, the 2025 Performance Award created a perverse incentive: the only way to trigger these vesting thresholds was to artificially inflate the stock price through the FSD fraud. The "impossible" nature of the milestones did not deter Musk; rather, it necessitated the fraudulent scheme as the only mechanism to unlock the compensation.

501.    Operational Milestones: Unlike the 2018 Award, which focused broadly on Revenue and EBITDA, the 2025 Performance Award included specific, idiosyncratic operational milestones that directly incentivized the falsification of FSD progress. Specifically, the package set targets including:

502.    **10 Million Active FSD Subscriptions:** A milestone Musk intended to obtain not by resolving FSD's full autonomy, but by obtaining broad definitions that did not require full autonomous driving and thereby categorizing lower-tier "supervised" versions as full subscriptions. Notably, the 2025 Performance Award defines "FSD" as "an advanced driving system, regardless of the marketing name used, that is capable of performing transportation tasks that provide autonomous or similar functionality under specified driving conditions." In other words, the 2025 Performance Award includes subscriptions to Tesla's Full-Self Driving (Supervised) that exited the beta phase on April 1, 2024.

503.    **1 Million Robotaxis in Commercial Operation:** A milestone premised on the falsehood that Tesla was capable of deploying fully autonomous, driverless vehicles at commercial scale — when, in fact, Tesla's FSD technology had never operated safely without a human in the vehicle. As the June 22, 2025 Austin launch made plain, every Robotaxi required

a Tesla-employed "safety monitor" seated in the front passenger seat with the ability to stop the vehicle at any moment. Far from ready for driverless commercial deployment, Tesla's vehicles were captured on video speeding, crossing into oncoming lanes, braking without cause, and dropping passengers in the middle of intersections. NHTSA opened an inquiry within twenty-four hours of the launch. Those vehicles (supervised at all times by an onboard human) could never satisfy the Award's own definition, which requires a Robotaxi to offer "transportation services *without a human driver in the vehicle.*" Musk's motive was to secure the package and then use the fraud to redefine "Robotaxi" to again include supervised ride-hail vehicles as "Robotaxis" to trigger the payout. Again, the 2025 Performance Award excluded the necessity of full autonomous driving from the definition of "Robotaxi" which is defined as "a vehicle (including Cybercab), regardless of the marketing name used, that uses FSD and is used to offer transportation services without a human driver in the vehicle, or any other successor, replacement or enhancement to such Robotaxi that is intended to substantially perform or provide similar functionality."

504.   **20 Million Tesla Vehicles Delivered**: This milestone was premised on the increase sales of Tesla vehicles though promises of unsupervised autonomous driving and promised to Tesla owners that they may utilize their vehicles in the future to earn income as part of the Robotaxi fleet.

505.   **Adjusted EBITDA Targets:** Ranging from $50 billion to $400 billion, figures attainable only through the high-margin software revenue that Musk represented that FSD would generate.

506.   The inclusion of these milestones demonstrates that the fraud was the bridge between reality and Musk's compensation. Had Musk relied on honest execution tying the

milestones to full autonomy (i.e. without any safety rider or supervised driving), the 2025 Performance Award would have been worthless because the milestones were unreachable. By negotiating the 2025 Performance Award in this manner to permit less than full autonomous driving, Musk created the "option value" to potentially vest the shares. This all-or-nothing structure—where truth meant zero compensation and fraud meant a potential trillion dollars— provided the definitive motive for the false statements made during the Class Period.

507.    The inclusion of "10 Million Active FSD Subscriptions" , "1 Million Robotaxis", "20 million Tesla Vehicles Delivered" , and the Adjusted EBITDA Targets as formal vesting conditions demonstrates that during the Class Period—when this package was being designed and negotiated—Musk knew his financial future depended on negotiating a structure that was obtainable, i.e. did not include full autonomous driving.

**b.  Musk's Campaign to Prime the Market during the Class Period.**

508.    Although the 2025 Performance Award was not dated until September 3, 2025 and formally adopted until November 2025, the "proposal phase" and negotiation of these terms occurred in large part during the Class Period. As reported by Tesla, Musk had 10 meetings with the Special Committee concerning the terms of the 2025 Performance Award.

509.    On January 8, 2025, Tesla's board of directors ("Board") formed a special committee for "evaluating, and determining whether it would be in the best interests of Tesla to retain and incentivize its Chief Executive Officer, Musk" including "any methods, approaches or manners (including any new compensation plans or awards)[.]"

510.    During this time, Musk engaged in a systematic media blitz to support the valuation and the necessity of his compensation package to be taken seriously.

511.    On January 15, 2024, Musk posted on X that absent 25% voting control, he threatened to no longer continue his role with Tesla as he was prepared to focus his AI efforts outside of Tesla:

> I am uncomfortable growing Tesla to be a leader in AI & robotics without having ~25% voting control. Enough to be influential, but not so much that I can't be overturned. Unless that is the case, I would prefer to build products outside of Tesla. You don't seem to understand."

512.    Musk continued to state in post later that day he was also awaiting the decision on the previous 2018 Plan posting on X:

> I should note that the Tesla board is great. The reason for no new "compensation plan" is that we are still waiting for a decision in my Delaware compensation case. The trial for that was held in 2022, but a verdict has yet to be made. I put "compensation plan" in quotes, because, from my standpoint, this is primarily about ensuring the right amount of voting influence at Tesla. If I have 25%, it means I am influential, but can be overridden if twice as many shareholders vote against me vs for me. At 15% or lower, the for/against ratio to override me makes a takeover by dubious interests too easy. I would be fine with a dual class voting structure to achieve this, but am told it is impossible to achieve post-IPO in Delaware.

513.    In the wake of the Delaware court's voiding Musk's 2018 Award on January 30, 2024, Musk proposed in February 2024 to relocate Tesla's state of incorporation from Delaware to Texas, which is more pro-management. As a jurisdiction, Texas is also more favorable to Musk and Tesla by making it difficult for shareholders to sue. In June 2024 shareholders approved Tesla's reincorporation in Texas which was subsequently upheld as valid by Delaware judge in March 2025. The reincorporation set the stage for Musk's 2025 Performance Award agreement and Musk's misleading promotion of Tesla's FSD.

514.    Notably, on April 1, 2024, Tesla dropped the "Beta" from the FSD software and unveiled Full-Self Driving (Unsupervised). At the start of the Class Period on April 23, 2024,

Musk announced the "Robotaxi unveil" (which later occurred in October 2024), explicitly pivoting the Tesla's entire strategy toward autonomy. This pivot was necessary to distract from missing delivery estimates and to build the "AI narrative" required for the upcoming compensation negotiations.

515.    Furthermore, the ratification of the 2018 Award in June 2024 served as a dress rehearsal for the 2025 Performance Award. Musk's threats to develop AI products "outside of Tesla" if he did not receive 25% voting control combined with the FSD misstatements, placed the Board and shareholders in a position to either acquiesce to his compensation and ownership demands or lose the AI and technology premium central to Tesla's value.

516.    Throughout 2024 and early 2025, as the Compensation Committee deliberated on the metrics for the 2025 Award and negotiated with Musk, Musk made repeated public misstatements including that FSD interventions were "rare." These statements were not merely product promotion; they were arguments for his pay package worth potentially over a trillion dollars.

### c. The Board's Post-Disclosure Approval was a Forced Ratification to Prevent Corporate Collapse.

517.    The fact that the Board and Shareholders approved the 2025 Performance Award after the partial corrective disclosures in June 2025 does not negate Musk's motive; rather, it confirms the success of his coercive scheme.

518.    By June 2025, Musk had successfully tethered Tesla's entire market valuation to the AI narrative. The Board and Tesla stockholders were placed in a "prisoner's dilemma." Option A: Reject the package based on the reality of autonomous FSD that would cause Musk to execute his threat to "build products outside of Tesla," triggering a catastrophic collapse of the stock price and destroying shareholder value. Option B: Approve the package despite the

176

reality, thereby locking in Musk and attempting to stabilize the stock price by signaling confidence to the market.

519.    The Board chose Option B to preserve Tesla's valuation. This is evidenced that despite the continued statements by Tesla and Musk about their ability to provide true autonomous driving, Musk and the Board agreed to definitions in the 2025 Performance Award that would allow "Supervised" performance to trigger the vesting. This definition allowed them to pay Musk despite the revealed failure of the technology.

520.    Moreover, prior to the public unveiling of the final compensation plan, on or about August 4, 2025—just weeks after the stock plummeted on the NHTSA news—the Tesla Board of Directors authorized an interim, purportedly "good faith" payment to Musk consisting of stock options valued at approximately $29 billion. This interim grant served as an emergency retention payment to prevent Musk from abandoning Tesla.

521.    On September 5, 2025, Tesla unveiled the full 2025 Performance Award. When investors were asked to vote on the 2025 Performance Plan, they had little choice but to approve it. Despite the news concerning FSD autonomy issues being known, Tesla's future was still tied to the development of AI, including the Optimus robot, including the continued deployment of FSD in a supervised-driving configuration and the reasonable expectation that future technological advances, whether through incremental software improvements or the potential integration of LIDAR or comparable sensing modalities, would ultimately enable Tesla to achieve genuine autonomous driving capability. Investors knew that without Musk, the stock price would further collapse as well as its future. Based on this, in part, they approved the 2025 Performance Plan.

### 2. Former Employees Confirm Defendants' Knowledge of FSD and Robotaxi Deficiencies and Limited Documentation to Minimize Exposure.

522.    Multiple former Tesla employees with direct knowledge of the autonomous driving systems confirm that the issues with Tesla's autonomous driving technology were well known within Tesla.

523.    Former employees across engineering, operations, testing, and service confirm that Tesla's leadership knew its FSD and robotaxi systems were constrained by foundational hardware and architectural limits, that these limits could not realistically be cured through retrofit, and that Tesla both minimized internal documentation and withheld critical information from customers to reduce legal exposure. Together, their accounts show a company that continued to market and monetize FSD and robotaxis as near-term, safe, and scalable while internally treating them as experimental, failure-prone systems that depended on human supervision and would require costly re-engineering to approach true autonomy.

524.    FE-1, a former Europe-based data and service specialist, explains that Tesla's robotaxi and FSD aspirations conflicted with a basic engineering reality: the vehicles were never architected for safe, fail-operational autonomy. He likens a viable autonomous platform to an aircraft built with multiple independent hydraulic and electrical paths, redundant sensors, actuators, ECUs, buses, and power supplies so that no single failure can compromise steering or control. In contrast, FE-1 states that Tesla stripped away redundancy rather than adding it, including removing previously existing redundant steering-communication and secondary steering-rack processors around late 2021–2022, even as Musk and other executives publicly touted FSD-ready hardware and imminent Level 3–4 autonomy. According to FE-1, internal documentation, including Tesladex fleet records, shows that Musk personally reviewed escalations about the secondary steering-rack chip, knew that large swaths of the fleet built

through at least March 2022 lacked the redundancy required for FSD and SAE Level 3/4 operation, and nevertheless approved global deliveries of single-chip vehicles that could never meet advertised autonomy capabilities without expensive hardware replacement that Tesla chose not to disclose to customers.

525.    FE-2, who rose to Operations Manager for Autopilot Engineering in Austin and reported up through Tesla's principal AI program manager and the Vice President of Autopilot/AI Software to Musk, confirms that the same architectural and sensing limits persisted in the flagship robotaxi program. In the months leading up to Tesla's highly promoted June 2025 launch of unsupervised robotaxis in Austin, FE-2 oversaw daily testing and data-collection runs and concluded that the robotaxis were not safe to operate without human monitors and that he would not ride in one himself without human oversight. He recounts recurring, documented problems—daily, and captured by in-vehicle reporting—ranging from "comfort-level" issues to serious safety concerns: failures to yield, late responses to crossing vehicles, "sketchy" lane changes, high-speed exits, and dangerously slow, unpredictable behavior in traffic, alongside chronic "phantom braking" at highway speeds caused by Tesla's decision to rely solely on cameras rather than real-time lidar or radar. In FE-2's view, phantom braking and poor performance in ice, snow, heavy rain, and fog "cannot be fixed" without additional sensing hardware, and the use of lidar-equipped "ground truth" vehicles only for offline training—unlike lidar-equipped competitors that use lidar in live operation—left Tesla's vision-only architecture fundamentally misaligned with the robotaxi narrative that Musk and Tesla were promoting.

526.    FE-3, a senior vehicle-technology engineer who reported to Tesla's Vice President of Vehicle Engineering and worked directly on the "cybercab" robotaxi architecture, confirms that these constraints manifested in real-world behavior that was inconsistent with safe,

driverless operation. He describes current FSD as a system that "in general goes over the speed limit" and "drives like a human," including by executing illegal maneuvers, failing to brake for children running into the street, and struggling to detect stationary roadside vehicles such as parked emergency or work trucks. FE-3 characterizes Tesla's AutoPark as "half baked," citing persistent curb strikes and occasional sideswipes that, he says, Tesla did not prioritize because they were not classified internally as "safety" features. He corroborates widespread reports of phantom braking triggered by sensor confusion or sun glare and states that adding lidar would address "most" of these issues, but that Musk opposed lidar "on principle" even as lidar costs fell and some future use within Tesla was anticipated. FE-3 ties these technical problems to organizational and governance choices, explaining that Musk imposed multiple aggressive, overlapping autonomy and robotaxi timelines on a team he believed was "five to ten times" too small, forcing rushed development and under-resourced safety validation while Tesla continued to market FSD as approaching Level 4–5 capability.

527.    The accounts of FE-4 through FE-8 corroborate and extend these themes, showing that Tesla both understood FSD's technical shortcomings and adopted practices that constrained documentation and disclosure to minimize exposure. FE-4 and FE-5, who worked on data collection and AI-vision testing, confirm that Tesla quietly relied on lidar-equipped vehicles to generate millimeter-level "ground truth" distance data for training FSD's vision networks on complex maneuvers—unprotected left turns, parking-lot obstacle navigation, and similar edge cases—even as Musk publicly derided lidar as unnecessary and unsafe and managers instructed engineers to hide lidar-equipped cars when Musk visited. FE-4, who managed autopilot-related data collection, describes unresolved "phantom braking/false slowdowns" for steam, fog, and rain and says all deployed FSD vehicles were "still in training,"

nowhere near Level 4–5 autonomy and not trustworthy near schools or in poor visibility, a view echoed by FE-8, an Autopilot engineer who "taught" FSD on lidar-equipped test cars in San Francisco and recounts repeated disengagements to avoid pedestrians, construction zones, parked work trucks, and mis-handled turns, including episodes severe enough that he reported, "This car just tried to kill me." FE-6 and FE-7, front-line service leaders, supply the other half of the picture: they saw a steady stream of real-world crashes and property-damage incidents tied to FSD and AutoPark—phantom-braking-induced rear-end risks, swerving into curbs for "something that wasn't there," vehicles striking houses backing out of driveways, and even shutdowns of the vehicle's control electronics under FSD or navigation load—yet were instructed to log these events internally, escalate them for engineering review, and tell customers that they were "responsible for the vehicle at all times," with Tesla refusing to cover damage even where automation appeared to be at fault.

528.    Internal Tesla documents leaked to *Handelsblatt* reveal that Tesla maintained detailed spreadsheets documenting customer safety complaints and that Tesla was acutely aware of widespread safety issues with its autonomous driving systems. The Tesla Files contain more than 2,400 complaints about unintended acceleration and more than 1,500 braking issues—139 involving emergency braking without cause, 383 phantom braking events triggered by false collision warnings. More than 1,000 crashes are documented.

529.    Significantly, the Tesla Files included an internal presentation from May 2018, in which a Tesla engineer lists ten particularly troublesome error patterns. Among the most serious: unintentional acceleration and braking. These impair "the safe operation of the vehicle," the slide notes. Beside it an alert: "Hazardous Without Warning. Direct Risk to Customer Safety."

530.    The Tesla Files also included an Excel spreadsheet titled "NO Employee Vehicles false braking," dated October 2020. Tesla employees in Norway documented how their vehicles, with Autopilot engaged, would brake on their own—without any clear reason, and sometimes at high speed. The verdict was damning. One noted that sudden braking occurred "once or twice per drive." Another reported experiencing phantom braking or abrupt slowdowns "on almost every drive." Several employees admitted they had stopped using Autopilot altogether after such incidents.

531.    Steven Bradley, a UK-based Tesla engineer whose job was to investigate crashes, documented in internal memos that U.S. leadership restricted transparency in documentation. On June 25, 2020, Bradley wrote: "There is some concern on the U.S. side about having particular issues detailed in articles as this open up the possibly of this information being requested under subpoena." This demonstrates that Tesla leadership, including Defendant Musk, were aware of safety issues and deliberately limited documentation to avoid legal exposure.

### 3. NHTSA'S Escalating Investigation Demonstrate Defendants' Knowledge.

532.    The NHTSA's sustained scrutiny of Tesla's autonomous and semi-autonomous driving technologies further demonstrates Defendants' knowledge of safety deficiencies.

533.    In February 2022, NHTSA opened an investigation into "phantom braking" after receiving 354 consumer complaints over nine months describing unexpected, hard braking events while Autopilot was engaged. The affected vehicles had recently transitioned to Tesla's camera-only architecture.

534.    On June 8, 2022, NHTSA elevated its Autopilot investigation to Engineering Analysis, expanding scope to roughly 830,000 Teslas. The investigation centered on at least 16 crashes in which Teslas operating on Autopilot struck stationary first responder vehicles, resulting in 17 injuries and one fatality.

535.    On December 13, 2023, Tesla issued Safety Recall 23V-838, covering approximately 2,031,220 vehicles, essentially every Tesla sold in the United States equipped with Autosteer. NHTSA concluded that "Autosteer could be misused or used outside its intended conditions, with existing prompts not always ensuring an attentive driver."

536.    On October 17, 2024, NHTSA opened an investigation targeting FSD's performance in reduced visibility conditions, covering approximately 2.4 million Tesla vehicles. The probe identified four crashes in reduced visibility, including one fatality.

537.    Tesla was directly apprised of the risks that its autonomous driving technology would be dangerously misused due to its misleading public descriptions of the product by regulators such as NHTSA. Defendant Musk's knowledge of these critical communications with Tesla's chief regulators about its most important technology is a certainty.

**4. Defendants Knew Tesla Was Not Near Releasing Level 4-5 Autonomy.**

538.    Defendants knew Tesla was not near releasing Level 4-5 autonomy. Formal Tesla letters and communications to regulators prove that Tesla was nowhere near releasing Level 4-5 autonomy at any point during the Class Period. In an email to the California Public Utilities Commission on April 16, 2025, Tesla described the FSD system it was using in California robotaxi tests as a "Level 2" system: "The FSD system in use is an SAE Level 2 system that enforces driver attention, with system limits and can be disengaged via the traditional steering/braking/button methods."

539.    On October 7, 2025, NHTSA released a memorandum concerning its investigation into traffic safety violations while Tesla's FSD is engaged, writing: "Tesla characterizes FSD as an SAE Level 2 partial automation system requiring a fully attentive driver who is engaged in the driving task at all times."

540.    That Tesla's strategic intention with the product was not for an imminent release of Level 4-5 Autonomy is a fact that Defendant Musk and the other Individual Defendants necessarily must have been aware of, given their hands-on involvement with the autonomous driving technology and their roles as Tesla's senior executives.

**5. Defendant Musk's Own Words and Actions Demonstrate an Intimate Knowledge of Tesla's Autonomous Driving Technology.**

541.    Throughout the Class Period, Defendant Musk spoke extensively about Tesla's autonomous driving technology, including in investor presentations, podcasts, interviews, and through his social media accounts. His statements demonstrated detailed technical knowledge of the system's capabilities and limitations.

542.    Significantly, Musk's own statements revealed his awareness that FSD was not yet ready for unsupervised operation. During the April 23, 2024 earnings call, when asked whether Hardware 3 vehicles would support full autonomy, Musk acknowledged uncertainty: "We're not 100% sure...There is some chance that Hardware 3 does not achieve the safety level that allows for unsupervised FSD." This admission was significant because hundreds of thousands of customers had purchased FSD capability for Hardware 3 vehicles based on Tesla's longstanding promise that the hardware was sufficient for full autonomy.

543.    Similarly, during the Q3 2024 earnings call on October 23, 2024, Musk stated that Hardware 3 might not support unsupervised FSD: "There is some chance that Hardware 3 does not achieve the safety level that allows for unsupervised FSD. There is some chance of that." Yet despite this uncertainty, Musk continued to make categorical claims about Tesla's autonomous driving capabilities and robotaxi deployment.

### 6. Defendant Elluswamy Acted with Scienter.

544.     Elluswamy ran Tesla's Autopilot and AI programs throughout the Class Period. He controlled the testing data. FE-2, Tesla's Operations Manager for Autopilot Engineering in Austin, reported directly to the Tesla's AI Principal Pete Scheutzow and through Elluswamy's chain. FE-2 oversaw the entire robotaxi program—data collection, testing protocols, safety monitors, everything. Elluswamy had real-time access to intervention logs, voicemail reports from monitors, daily testing data, and performance metrics across all hardware generations. He knew about the no-intervention policy. FE-2 testified that safety monitors were told intervention was "not at their discretion" —they had to "let it play out" even when uncomfortable. Some accidents were "probably" preventable. Elluswamy knew the "rare intervention" narrative was built on artificially manipulated data. He couldn't credibly claim ignorance of testing protocols in his own organization.

545.     His statements on Tesla's earnings call demonstrated his actual knowledge of Tesla's technology and access to data. When asked about Hardware 3's ability to reach Level 5 autonomy, Elluswamy claimed Tesla could just "back-port" solutions from Hardware 4. He knew better. As head of AI software, he understood HW3's computational and memory constraints (36 TOPS vs. 50 TOPS; 8GB vs. 16GB RAM), the inability to run full neural networks, and the physical hardware incompatibilities. FE-1 testified HW3 vehicles lacked necessary redundancy. FE-3 said retrofitting would require extensive hardware replacement. Millions of HW3 vehicles would never achieve autonomy without expensive upgrades, yet Elluswamy characterized it as a software issue. Elluswamy also claimed drivers in Austin could "go many days without getting a single intervention" critical for robotaxi operation. This was false. FE-2, his direct report, documented daily problems: failing to yield, responding late to crossing vehicles, sketchy lane changes, taking exits too fast, and driving dangerously slowly.

Elluswamy knew the no-intervention policy created the artificially positive data he discussed. He knew FE-2 assessed the system as unready just weeks before that call. And he deliberately cherry-picked "critical" interventions while excluding other safety-relevant events.

### 7. Defendant Taneja Acted with Scienter.

546.     As Tesla's CFO, Taneja certified every SEC filing during the Class Period. Those filings disclosed in black and white that FSD requires "active driver supervision" and is "not an autonomous driving system." He signed off on risk factors warning that Tesla "may never achieve" full autonomy. He controlled the financial disclosures showing weak FSD adoption, recall costs, and mounting legal exposure.

547.     As CFO, he controlled Tesla's financial reporting process. He reviewed operational metrics, FSD subscription rates, crash data, warranty claims, and recall expenses. He had direct access to engineering reports on hardware limitations. On the Q1 2024 call, Taneja claimed Tesla was "more than a car company because the cars can be autonomous." As CFO reviewing operational reports, Taneja knew FSD remained Level 2, requiring constant supervision. He knew millions of HW3 vehicles couldn't achieve autonomy without expensive hardware upgrades. He knew the California DMV and NHTSA both classified the system as Level 2. He also knew FSD subscription rates "started from a low base" and that Tesla had slashed prices from $199 to $99 due to weak demand—undercutting the "autonomous capability justifies our valuation" story. On the April 2025 Earnings Call, Taneja claimed FSD was "safer than a human driver." But as CFO, he had access to crash data, NHTSA investigation findings, insurance and warranty data, and FE-2's daily problem reports. He knew about recall costs for over 2 million vehicles and increasing legal expenses. He certified financial statements noting crashes involving FSD drew "significant public attention "directly contradicting his "safer than

human" claim. He also endorsed Musk's claim that existing vehicles would "become autonomous" with a software update, when he knew HW3 upgrades would be very costly.

### 8. Defendant Moravy Acted with Scienter.

548.    Moravy told the world "every Tesla is a robotaxi." As VP of Vehicle Engineering, he knew that was a lie. At the October 2024 "We, Robot" event, a YouTube creator asked what her 2018 Model 3 would need to be robotaxi-ready. Moravy's answer: "It's good to go." He repeated the claim on the Q3 2024 earnings call: "All our vehicles today are robotaxis." Both statements were false. As VP of Vehicle Engineering, Moravy knew 2018 Model 3s had HW3 with fundamental limitations, different physical dimensions, incompatible camera connectors, insufficient processing power, and no redundant systems for autonomous operation. FE-3, who reported directly to Moravy, documented ongoing safety issues: FSD "goes over the speed limit," struggles to detect stationary vehicles, and might fail to brake for a child running into the street. Moravy also knew Musk opposed lidar "on principle" despite FE-3's assessment that lidar would resolve "most" phantom braking issues.

549.    Moravy misled investors about hardware upgrades. When Musk claimed upgrading HW3 was "just sort of switch out the computer," Moravy stayed silent. He knew better. As VP of Vehicle Engineering, he knew HW3 and HW4 had different power requirements, wiring harnesses, camera specifications, and mounting hardware. Upgrading millions of vehicles wasn't a simple swap—it required extensive modifications, massive labor, and billions in costs.

550.    Moravy had actual knowledge. FE-3 reported directly to him. His engineering expertise made it impossible to genuinely believe a 2018 Model 3 was "robotaxi ready."

### 9. *Defendant Tesla Acted with Scienter.*

551.    Tesla is liable for the acts of the Individual Defendants, and its employees under the doctrine of respondeat superior and common law principles of agency as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

552.    The scienter of the Individual Defendants, and other employees and agents of Tesla are similarly imputed to Tesla under respondeat superior and agency principles.

553.    Tesla is liable for the acts of the Individual Defendants, and its employees under the doctrine of respondeat superior and common law principles of agency as all the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

554.    The scienter of the Individual Defendants, and other employees and agents of Tesla are similarly imputed to Tesla under respondeat superior and agency principles.

### E.  LOSS CAUSATION AND ECONOMIC LOSS

555.    Throughout the Class Period, as detailed herein, Defendants made false and misleading statements and omissions about Tesla that caused Tesla's stock to trade at artificially inflated and artificially maintained levels. Defendants' misrepresentations concerning the status, capabilities, safety, and commercial readiness of Tesla's autonomous driving technology and robotaxi services included: (1) representing that Tesla's FSD technology was on a clear trajectory to achieve unsupervised, "vastly better than a human" autonomy within the near term; (2) claiming Tesla would launch a paid robotaxi service in Austin by June 2025; (3) asserting that Tesla's existing FSD-equipped vehicles could operate as robotaxis with minimal additional development; (4) representing that Tesla's autonomous driving technology was safe and capable of operating without human intervention; and (5) omitting to disclose that Tesla's autonomous

driving system was only a Level 2 driver-assistance feature requiring continuous human supervision, not the Level 4 or Level 5 autonomous capability required for full-self driving (unsupervised) and commercial robotaxi necessary for the business model Defendants promoted.

556.    These misrepresentations and omissions both created a materially false positive impression of the investment value of Tesla and created a materially false impression of the risks Tesla faced concerning the safety and operational capability of its autonomous driving technology, the prospect of regulatory action, and Tesla's ability to launch and scale a commercially viable robotaxi service. Due to Defendants' misrepresentations and omissions, Tesla's stock traded at artificially inflated levels throughout the Class Period, reaching prices that reflected the market's belief in the imminent realization of Tesla's autonomy and robotaxi promises rather than the true state of the technology and regulatory compliance.

557.    As truthful information was revealed to the market and as the risks of Tesla's misrepresentations materialized, Tesla's stock price declined as the artificial inflation was removed from its share price. Specifically, truthful information that removed artificial inflation from Tesla's stock price was revealed on February 24-25, 2025 and June 22-25, 2025, which respectively corresponded to stock price declines of $27.73 per share (8.4%) and $21.13 per share (6.05%).

558.    On February 24, 2025, Reuters reported that Tesla's long-awaited upgrade to its partially automated driving systems left Chinese owners disappointed, with many users stating that Tesla's "navigate on city streets" feature in China fell materially short of Defendant Musk's promises for self-driving technology. This report provided investors with new, concrete evidence of significant shortcomings in a feature Defendants had cast as a critical advance toward Level 4-5 autonomy, particularly in the strategically important Chinese market. The widespread user

disappointment indicated that Tesla's autonomous driving technology remained far behind the transformative "full self-driving" capability Defendants had repeatedly described as imminent, thereby undermining prior assurances about the advanced state and near-term readiness of Tesla's autonomous driving systems. Tesla's shares fell more than 8% on heavy trading volume, pushing Tesla's market capitalization below $1 trillion and to its lowest level since November 7, 2024.

559.    On February 25, 2025, CNBC attributed the share-price decline in substantial part to the Reuters report that Tesla's upgraded "navigate on city streets" feature in China fell short of Musk's self-driving promises. In the wake of these revelations concerning the capabilities of Tesla's autonomous driving features, Tesla's stock price fell $27.73 per share over two trading sessions, or 8.4%, to close at $302.80 per share on February 25, 2025, on heavy trading volume of 134,228,800 shares.

560.    On June 22, 2025, Tesla held a highly publicized launch event in Austin at which approximately ten robotaxis, operating in a geofenced 10-by-5-mile zone with human safety monitors in the front passenger seat, began carrying invite-only paying passengers. Within days, however, widely circulated videos from the event showed Tesla robotaxis drifting into oncoming lanes and exceeding posted speed limits, prompting the NHTSA to seek information and drawing fresh public scrutiny.

561.    On June 23, 2025, Bloomberg reported that the NHTSA was reviewing incidents in which Tesla's robotaxis appeared to violate traffic laws during their first paid-ride event in Austin, based on videos posted to social media showing, among other things, a robotaxi entering an oncoming-traffic lane during a left-turn maneuver and exceeding posted speed limits. That same day, the Los Angeles Times likewise reported that Tesla's self-driving taxis appeared to violate traffic laws during the Austin launch, including crossing into an oncoming-traffic lane

over a double-yellow line, exceeding speed limits, and stopping in the middle of the road instead of pulling over after passengers requested to exit.

562.    On June 24, 2025, *electrek* reported that Tesla had asked NHTSA to keep confidential Tesla's responses to the agency's questions about the robotaxi program. Also on June 24, 2025, the International Business Times reported that NHTSA, citing videos of Tesla's autonomous vehicles driving erratically and breaking traffic laws during the Austin event, had begun a formal investigation to assess potential safety defects and reiterated that manufacturers must ensure compliance with federal motor vehicle safety standards.

563.    On June 25, 2025, Fortune reported that Tesla's Austin robotaxi launch prompted multiple videos of erratic and potentially unlawful driving, including a robotaxi entering an oncoming-traffic lane and crossing a double-yellow line and another braking sharply near stopped police vehicles, and that NHTSA responded by contacting Tesla and stating it would take any necessary actions to protect road safety.

564.    Following these reports concerning the safety and operational failures of Tesla's robotaxi service at its highly anticipated Austin launch, Tesla's stock price fell $21.13 per share over two trading sessions, or 6.05%, to close at $327.55 per share on June 25, 2025, as the market absorbed evidence that Tesla's first paid robotaxi rides appeared to violate basic traffic laws and had triggered federal safety review.

565.    As a result of their purchases of Tesla common stock during the Class Period, Plaintiffs and the other Class members suffered economic loss, i.e., damages, under the federal securities laws. Defendants' false or misleading statements and omissions caused Tesla's stock to trade at artificially inflated and artificially maintained levels throughout the Class Period. When Tesla's stock price declined as the truth was revealed, investors suffered losses. The timing

and magnitude of the price declines and market reactions to the disclosures, individually and collectively, negate any alternative inference that the losses suffered by Plaintiffs and the other Class members were caused by changed market conditions, macroeconomic or industry factors, or Company-specific facts unrelated to Defendants' fraudulent conduct.

566.    By concealing from investors the adverse facts detailed herein concerning the true state of Tesla's autonomous driving technology, Tesla's inability to deliver on promised Robotaxi timelines, the safety risks and regulatory compliance issues with Tesla's autonomous vehicles, and the material gap between Tesla's public representations and the actual Level 2 status of its driving-assistance system, Defendants presented a misleading picture of Tesla's autonomous driving capabilities, robotaxi commercial readiness, and business prospects. When the truth about and risks associated with Defendants' misstatements were disclosed on February 24-25, 2025 and June 23-25, 2025, the price of Tesla's common stock declined significantly. These declines removed the inflation from the price of Tesla common stock, causing real economic loss to investors who had purchased Tesla common stock during the Class Period.

567.    Furthermore, as alleged herein, during the Class Period, Defendants engaged in practices intended to mislead investors by artificially affecting the prices of Tesla common stock. Defendants employed devices, schemes, and artifices to defraud, and/or engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of Tesla" common stock during the Class Period.

568.    The economic loss, i.e., damages, suffered by Plaintiffs and the other Class members was a direct and proximate result of Defendants' fraudulent scheme to artificially inflate and maintain the price of Tesla common stock through material misrepresentations and omissions concerning Tesla's autonomous driving technology and robotaxi business, and the

subsequent decline in the value of the common stock when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

### F.  PRESUMPTION OF RELIANCE; FRAUD ON THE MARKET

569.   At all relevant times, the markets for Tesla securities were efficient for the following reasons, among others: (a) as a regulated issuer, Tesla filed periodic public reports with the SEC; (b) Tesla regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services; (c) Tesla was followed by several securities analysts employed by major brokerage firm(s), who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firm(s) and that were publicly available and entered the public marketplace; and (d) Tesla securities was actively traded in an efficient market, namely NASDAQ, under the ticker symbol "TSLA" .

570.   At all material times, Plaintiffs and the Class relied on the misleading statements and omissions by Defendants.

571.   Plaintiffs will rely upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things: (a) Defendants made public misrepresentations or failed to disclose material facts during the Class Period; (b) the omissions and misrepresentations were material; (c) Tesla securities traded in an efficient market; (d) the misrepresentations alleged would tend to induce a reasonable investor to misjudge the value of Tesla securities; and (e) Plaintiffs and other members of the Class purchased Tesla securities

between the time Defendants misrepresented or failed to disclose material facts and the time the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

572.    As a result of the foregoing, the market for Tesla securities promptly digested current information regarding Tesla from publicly available sources and reflected such information in Tesla securities. Under these circumstances, all purchasers of Tesla securities during the Class Period suffered similar injury through their purchase of Tesla securities at artificially inflated prices and the presumption of reliance applies.

## G. NO SAFE HARBOR

573.    The Private Securities Litigation Reform Act of 1995 ("PSLRA") restricts liability for certain forward-looking statements. *See* 15 U.S.C. § 78u–5 (the "Safe Harbor"). The Safe Harbor does not apply to any of the materially false or misleading statements and omissions alleged in this Complaint. The statements at issue are not protected by the PSLRA's Safe Harbor or the common law bespeaks caution doctrine for a variety of reasons, including the following.

574.    First, Defendants' statements and omissions alleged to be false or misleading relate to historical facts or existing conditions and, therefore, are not protected by the Safe Harbor. Second, to the extent that any of the false or misleading statements alleged may be characterized as forward-looking, they were not adequately identified as "forward-looking" at the time they were made. Third, any purported forward-looking statements were not accompanied by meaningful cautionary language because risks that Defendants warned of had already come to pass, and any cautionary language was not meaningful and/or because important factors of similar significance to those realized. Fourth, to the extent that there were any forward-looking statements that were identified as such, Defendants are liable because at the time each

of those forward-looking statements was made, the speaker knew the statement was false and/or misleading when made.

## VI.    CLASS ACTION ALLEGATIONS

575.    Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired Tesla securities during the Class Period (the "Class" ); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are Defendants herein, the officers and directors of Tesla, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

576.    The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, Tesla securities were actively traded on the NASDAQ.  While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believes that there are hundreds or thousands of members in the proposed Class.  Record owners and other members of the Class may be identified from records maintained by Tesla or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

577.    Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

578.    Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

579.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

- o   whether the federal securities laws were violated by Defendants' acts as alleged herein;

- o   whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of Tesla;

- o   whether the Individual Defendants caused Tesla to issue false and misleading financial statements during the Class Period;

- o   whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- o   whether the prices of Tesla securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- o   whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

580.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

581.    Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

582.    Defendants made public misrepresentations or failed to disclose material facts during the Class Period; the omissions and misrepresentations were material; Tesla securities are traded in an efficient market; Tesla's shares were liquid and traded with moderate to heavy volume during the Class Period; Tesla traded on the NASDAQ and was covered by numerous analysts; the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of Tesla's securities; and Plaintiffs and members of the Class purchased and/or acquired Tesla securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

583.    Based upon the foregoing, Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

## VII.    COUNTS

### COUNT I: Violation of Section 10(b) of the Exchange Act and Rule 10b-5(b) Promulgated Thereunder Against All Defendants

584.    Plaintiffs repeat and re-allege each and every allegation contained above as if fully set forth herein.

585.    This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

586.    Throughout the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiffs and the other members of the Class; made various untrue statements of material facts

and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiffs and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of Tesla securities; and (iii) cause Plaintiffs and other members of the Class to purchase or otherwise acquire Tesla securities and options at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

587.    Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the quarterly and annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for Tesla securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about Tesla's finances and business prospects.

588.    Defendants made untrue statements of material facts and/or omitted facts necessary to make their statements not misleading. Defendants' false or misleading statements and omissions are alleged herein.

589.    Defendants directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or the mails, engaged and participated in a continuous course of conduct to conceal the adverse material information as alleged herein.

590.    Defendants had actual knowledge of the misrepresentations, omissions, and deceptive conduct alleged herein, or acted with deliberate recklessness for the truth. The facts demonstrating that Defendants acted with actual knowledge and/or deliberate recklessness as detailer herein.

591.    By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder.

592.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and members of the Class suffered damages in connection with their respective purchases of Tesla stock during the Class Period.

**COUNT II: Violations of Section 20(a) of the Exchange Act Against the Individual Defendants**

593.    Plaintiffs repeat and re-allege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

594.    During the Class Period, the Individual Defendants participated in the operation and management of Tesla, and conducted and participated, directly and indirectly, in the conduct of Tesla's business affairs. Because of their senior positions, they knew the adverse non-public information about Tesla's misstatement of income and expenses and false financial statements.

595.    As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to Tesla's financial condition and results of operations, and to correct promptly any public statements issued by Tesla which had become materially false or misleading.

596.    Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which Tesla disseminated in the marketplace during the Class Period

concerning Tesla's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause Tesla to engage in the wrongful acts complained of herein. The Individual Defendants, therefore, were "controlling persons "of Tesla within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of Tesla securities.

597.    Each of the Individual Defendants, therefore, acted as a controlling person of Tesla. By reason of their senior management positions and/or being directors of Tesla, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, Tesla to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of Tesla and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

598.    By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by Tesla.

## VIII.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

A.    Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiffs as the Class representative;

B.    Requiring Defendants to pay damages sustained by Plaintiffs and the Class by reason of the acts and transactions alleged herein;

C.    Awarding Plaintiffs and the other members of the Class prejudgment and post-judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.    Awarding such other and further relief as this Court may deem just and proper.

## IX.    DEMAND FOR TRIAL BY JURY

Plaintiffs hereby demand a trial by jury.

Dated: February 17, 2026                Respectfully submitted,

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
12700 Park Central Drive, Suite 520
Dallas, Texas 75251
Telephone: (972) 521-6868
Facsimile: (281) 254-7789
wbriscoe@thebriscoelawfirm.com

*Liaison Counsel for the Class*

LEVI & KORSINSKY, LLP
Nicholas I. Porritt
(*pro hac vice* application forthcoming)
Adam M. Apton
(*pro hac vice* application forthcoming)
Max E. Weiss
(*pro hac vice* application forthcoming)
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: aapton@zlk.com
nporritt@zlk.com
aapton@zlk.com
mweiss@zlk.com

*Co-Lead Counsel for the Class*

201

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
Michael J. Wernke
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Co-Lead Counsel for the Class*

THE LAW OFFICE OF JACOB SABO
Jacob Sabo
Ohad Rosen
22a Mazzeh Street
Tel-Aviv, Israel
Telephone: (++972) 39070770

*Additional Counsel for Jacob Soto*