**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| IN RE TESLA, INC. SECURITIES LITIGATION | Case No. 1:25-cv-01213-RP |
| | ORAL ARGUMENT REQUESTED |

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendants Tesla, Inc., Elon Musk, Vaibhav Taneja, Ashok Elluswamy, and Lars Moravy (together, "Defendants") respectfully request that the Court take judicial notice of and consider the contents of Exhibits 1 through 36 to the Declaration of John F. Bash ("Bash Declaration") in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 18, the "Complaint").

The Court should take judicial notice of and consider the contents of Exhibits 1 through 36 described below because each may be properly considered by the Court, and each provides the Court with important context to assess whether Plaintiffs have adequately alleged a securities fraud claim.  In resolving a Rule 12(b)(6) motion to dismiss in a securities action, "courts must consider the complaint in its entirety," including "documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."  *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *accord Dorsey v. Portfolio Equities, Inc.*, 540 F.3d 333, 338 (5th Cir. 2008).  "The court … must take judicial notice if a party requests it and the court is supplied with the necessary information."  Fed. R. Evid. 201(c)(2).  As detailed below, each Exhibit referenced in Defendants' Motion to Dismiss is either incorporated by reference in the Complaint, a proper subject of judicial notice under Federal Rule of Evidence 201, or both.

***Documents Incorporated by Reference:***  The Court may consider the contents of Exhibits 1, 3-9, 15, 17, 18, 21-23, 25, and 26 because each of these documents is incorporated by reference in the Complaint.  "When a defendant attaches documents to its motion that are referenced in the complaint and are central to the plaintiff's claims … the court can also properly consider those documents."  *Inclusive Cmtys. Project, Inc. v. Lincoln Prop. Co.*, 920 F.3d 890, 900 (5th Cir. 2019).  The Complaint quotes selectively from Tesla's SEC filings (Exs. 1, 3, 26), earnings call transcripts (Exs. 6-7, 15, 17, 22-23), analyst reports (Exs. 8, 9, 21), and other publicly available

sources—including published industry standards and media interviews (Exs. 18, 25). *See infra* at 6-7 (Exhibit Chart identifying Complaint references for each Exhibit). The Court may thus consider these documents in deciding Defendants' Motion to Dismiss. *In re CrowdStrike Holdings, Inc. Sec. Litig.*, 2026 WL 89682, at \*6 (W.D. Tex. Jan. 12, 2026) (considering documents "incorporated into [the] Complaint by reference," including, but not limited to, SEC filings and earnings call transcripts); *Izadjoo v. Helix Energy Sols. Grp., Inc.*, 237 F. Supp. 3d 492, 506 (S.D. Tex. 2017) (considering "full text of documents that are partially quoted or referred to in the complaint"). The above documents are relied on by Plaintiffs, are central to Plaintiffs' claims, and their authenticity is not in question.

Similarly, during the same earnings calls that the Complaint references and quotes from extensively, Tesla presented certain update slides to investors (Exs. 4-5). These presentations that accompanied the earnings calls are thus properly considered as materials accompanying the referenced events. *See In re CrowdStrike*, 2026 WL 89682, at \*6 (W.D. Tex. Jan. 12, 2026) (considering slide deck accompanying investor presentation referenced in the complaint where only the transcript of the presentation was expressly referenced). The Complaint also relies extensively on the SAE International J3016 Levels of Driving Automation framework (Ex. 18) to challenge certain of Tesla's statements as misleading. In fact, the Complaint devotes ten paragraphs to describing the SAE classification levels in connection with Plaintiffs' theory of falsity. *See* ¶¶ 52-61.[1] Because the SAE standards are "referenced in the complaint and … central to the plaintiff's claims," the Court may consider the published standards themselves—even though the Complaint describes the framework rather than quoting from it directly. *Inclusive Cmtys.*, 920 F.3d at 900; *see also M.D. v. La. Bd. of Regents*, 2025 WL 978222, at \*7 (W.D. La.

---

[1] References to "¶___" are to the Complaint.

2025) (considering underlying source document for framework "referenced repeatedly throughout" the complaint).

**SEC Filings:**   The Court may also take judicial notice of the contents of Exhibits 1-3, 11, 26 for the additional reason that these are documents filed with the SEC.  Specifically, Exhibits 1, 2, and 3 are Tesla's Annual Reports on Form 10-K for fiscal years 2023, 2022, and 2024, respectively; Exhibit 11 is Tesla's Q1 2021 Form 10-Q; and Exhibit 26 (the "Award") is an exhibit to Tesla's Form S-8 registration statement filed November 7, 2025.  Courts routinely take judicial notice of SEC filings in securities actions for the purpose of determining what information was available to investors.  *Lovelace v. Software Spectrum, Inc.*, 78 F.3d 1015, 1018 (5th Cir. 1996) (a court may consider "relevant public disclosure documents" filed with the SEC); *CrowdStrike*, 2026 WL 89682, at *6 (taking judicial notice of SEC filings); *Petrobras Am., Inc. v. Samsung Heavy Indus. Co.*, 9 F.4th 247, 255 (5th Cir. 2021) (similar).

**Earnings Call Transcripts and Presentations:**   Exhibits 6-7, 15, 17, and 22-23 are transcripts of Tesla's quarterly earnings calls, and Exhibits 4 and 5 are Tesla's quarterly investor update presentations for Q1 2024 and Q4 2024, delivered concurrently with the earnings calls reflected in Exhibits 23 and 7.  Courts in this Circuit take judicial notice of earnings call transcripts and investor presentations in securities actions to determine what information was made available to investors.  *See, e.g.*, *MicroCapital Fund LP v. Conn's Inc.*, 2019 WL 3451153, at *4 n.6 (S.D. Tex. July 24, 2019) (taking judicial notice of "transcripts of earnings calls and exhibits from those calls" as well as other related materials); *see also In re Century Aluminum Co. Sec. Litig.*, 749 F. Supp. 2d 964, 979-80 (N.D. Cal. 2010) (taking judicial notice of "transcripts of conference calls with analysts, [and] PowerPoint presentations to analysts").

**Analyst Reports:**   Exhibits 8, 9, 21 are analyst reports by Piper Sandler, Guggenheim, and

3

Wolfe Research published during the Class Period.  Courts take judicial notice of analyst reports "not for the truth of the assertions contained therein, but as an indication of information available to the public at the time."  *Firefighters Pension & Relief Fund of the City of New Orleans v. Bulmahn*, 53 F. Supp. 3d 882, 901-03 (E.D. La. 2014) (treating analyst reports identically to "quarterly earnings calls … SEC filings, news articles, [and] press releases" with which investors are "expected to be familiar" and are "presumed to have read"); *see also United States ex rel. Lam v. Tenet Healthcare Corp.*, 481 F. Supp. 2d 673, 680 (W.D. Tex. 2006) (taking judicial notice of analyst report published by investment bank's equity research division, finding it "analogous to both a newspaper article and a magazine article" whose "existence and coverage are both generally known and capable of accurate determination"); *In re Lumen Tech., Inc. Sec. Litig.*, 2024 WL 4637293, at *22 (W.D. La. Sept. 30, 2024) (taking judicial notice of analyst reports "to show what information was available to investors in the public domain").  The Complaint cites Exhibits 8, 9, and 21 selectively; the full reports show what the investing public understood about Tesla's FSD technology, timelines, and risks.

 ***News Articles and Publicly Available Reporting:***  Exhibits 12-14, 16, and 20 are publicly available sources—including news articles and Tesla's own announcements—concerning Tesla's SAE Level 2 classification, its vision-based sensor approach, its use of LiDAR in training, and its hardware decisions, published before and during the Class Period.  Exhibits 27 and 29-31 are news articles reporting on the operational details of Tesla's June 22, 2025 Austin Robotaxi launch, published before and on the date of the launch.  Exhibit 19 is a news article reporting on Tesla's subsequent launch of fully driverless Robotaxi operations in Austin without safety monitors in January 2026.  Exhibits 32-36 are news articles reporting on contemporaneous market events—

including Waymo's expansion into Atlanta[2] and a reported decline in Tesla's European sales—that coincided with the alleged stock price declines.  Courts take judicial notice of news articles "for the limited purpose of what information was available to investors in the public domain."  *In re Lumen*, 2024 WL 4637293, at *22-23, *R&R adopted*, 2024 WL 4633496 (W.D. La. Oct. 30, 2024); *see also United States ex rel. Lam v. Tenet Healthcare Corp.*, 481 F. Supp. 2d 673, 680 (W.D. Tex. 2006) (taking judicial notice of newspaper articles and analyst report, and noting that courts may take judicial notice of "the fact that the market is aware of information contained in news articles").[3]

*Media Interviews:*  Exhibit 25 is a transcript published by CNBC of Elon Musk's May 20, 2025 interview on CNBC's "Power Lunch."  It is thus subject to judicial notice as publicly available reporting (*see supra* at 4-5), and courts routinely take judicial notice of transcripts of similar media appearances in securities actions.  *See, e.g.*, *Bodri v. GoPro, Inc.*, 252 F. Supp. 3d 912, 921 (N.D. Cal. 2017) (taking judicial notice of "transcript of CEO['s] interview with CNBC"); *In re Intel Corp. Sec. Litig.*, 792 F. Supp. 3d 1008, 1016 (N.D. Cal. 2025) (similar).

*Government Records, Industry Standards, and Publicly Available Data:*  Exhibit 10 charts Tesla's historical stock price during and after the Class Period, compiled from publicly available market data from Yahoo! Finance.  *Linenweber v. Sw. Airlines Co.*, 693 F. Supp. 3d 661, 674 (N.D. Tex. 2023) (taking judicial notice of stock price as "fact not reasonably subject to dispute"); *In re Sec. Litig. BMC Software, Inc.*, 183 F. Supp. 2d 860, 882 (S.D. Tex. 2001) (courts may take judicial notice of "stock prices and documents of public record").  Exhibit 18 is SAE

---

[2]   The Complaint discusses the Waymo-Uber Atlanta launch (¶ 82) but omits the date of the announcement, which coincided with one of the alleged stock price declines.

[3]   Consistent with this limited purpose, Defendants do not endorse the positions or characterizations in the articles attached as exhibits.

International's J3016 Levels of Driving Automation chart (April 2021 revision), a published industry standard. *CrowdStrike*, 2026 WL 89682, at \*6, \*16 (considering NIST publication as document "of which the Court may properly take judicial notice"). Exhibit 24 is Tesla's "2022 Impact Report," dated April 24, 2023, which was published on Tesla's publicly accessible website during the Class Period. *See Weinhoffer v. Davie Shoring, Inc.*, 23 F.4th 579, 583-84 (5th Cir. 2022) (permitting judicial notice of data "actively available on the defendant's website"). Exhibit 28 is a compilation of crash statistics published on the Federal Highway Administration's official website. Courts routinely take judicial notice of federal agency records and data published on government websites. *Linenweber v. Sw. Airlines Co.*, 693 F. Supp. 3d 661, 674 (N.D. Tex. 2023) (taking judicial notice of federal agency reports "as public records" in securities action); *Coleman v. Dretke*, 409 F.3d 665, 667 (5th Cir. 2005) (per curiam) (taking judicial notice of state agency website).

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of and consider the contents of Exhibits 1 through 36 to the Bash Declaration.

*Exhibits Incorporated by Reference and/or Subject to Judicial Notice:*

| Ex. | Document | Basis for Consideration |
|---|---|---|
| 1. | Tesla 2023 Form 10-K | Incorporated by Reference (*e.g.*, ¶¶ 90, 343) and Judicial Notice of SEC Filing |
| 2. | Tesla 2022 Form 10-K | Judicial Notice of SEC Filing |
| 3. | Tesla 2024 Form 10-K | Incorporated by Reference (*e.g.*, ¶¶ 30, 44) and Judicial Notice of SEC Filing |
| 4. | Tesla Q1 2024 Quarterly Update Presentation | Incorporated by Reference (*e.g.*, ¶¶ 30, 38, 42) and Judicial Notice of Investor Presentation |
| 5. | Tesla Q4 2024 Quarterly Update Presentation | Incorporated by Reference (¶ 44) and Judicial Notice of Investor Presentation |
| 6. | Tesla Q3 2024 Earnings Call Transcript (Oct. 23, 2024) | Incorporated by Reference (*e.g.*, ¶¶ 154, 293, 411, 543, 548) and Judicial Notice of Earnings Call Transcript |

| Ex. | Document | Basis for Consideration |
|---|---|---|
| 7. | Tesla Q4 2024 Earnings Call Transcript (Jan. 29, 2025) | Incorporated by Reference (*e.g.*, ¶¶ 45, 301, 415, 417, 419, 421) and Judicial Notice of Earnings Call Transcript |
| 8. | Piper Sandler Analyst Report (May 5, 2025) | Incorporated by Reference (¶¶ 50, 326) and Judicial Notice of Analyst Report |
| 9. | Guggenheim Analyst Report (June 11, 2025) | Incorporated by Reference (¶ 123) and Judicial Notice of Analyst Report |
| 10. | Tesla, Inc. Historical Price Data (Yahoo Finance) | Judicial Notice of Publicly Available Market Data |
| 11. | Tesla Q1 2021 Form 10-Q | Judicial Notice of SEC Filing |
| 12. | Tesla, "Tesla Vision Update" Blog Post (Oct. 2022) | Judicial Notice of Publicly Available Document |
| 13. | Lidar News, "Tesla's High-Resolution Radar: A New Approach to AI Training" (Aug. 19, 2022) | Judicial Notice of News Article |
| 14. | Electrek, "Tesla still has no plans to use LiDAR in consumer vehicles, but does use the tech for 'ground truthing'" (Nov. 2, 2016) | Judicial Notice of News Article |
| 15. | Tesla Q1 2025 Earnings Call Transcript (Apr. 22, 2025) | Incorporated by Reference (*e.g.*, ¶¶ 47, 152, 315, 423, 429) and Judicial Notice of Earnings Call Transcript |
| 16. | Forbes, "Why Is Tesla's Full Self-Driving Only Level 2 Autonomous?" (Mar. 13, 2021) | Judicial Notice of News Article |
| 17. | Tesla Q2 2024 Earnings Call Transcript (Jul. 23, 2024) | Incorporated by Reference (*e.g.,* ¶¶ 270, 404, 405) and Judicial Notice of Earnings Call Transcript |
| 18. | SAE J3016™ Levels of Driving Automation™ Chart (Apr. 2021 rev.) | Incorporated by Reference (*e.g.*, ¶¶ 52-61) and Judicial Notice of Publicly Available Website |
| 19. | Yahoo! Finance "Tesla Launches Driverless Robotaxis in Austin Without Safety Monitors" (Jan. 23, 2026) | Judicial Notice of News Article |
| 20. | CNBC, "Tesla cut a steering component from some cars to deal with chip shortage, sources say" (Feb. 7, 2022) | Judicial Notice of News Article |

| Ex. | Document | Basis for Consideration |
|---|---|---|
| **21.** | Wolfe Research Analyst Report (Jan. 30, 2025) | Incorporated by Reference (¶ 314) and Judicial Notice of Analyst Report |
| **22.** | Tesla Q1 2023 Earnings Call Transcript (Apr. 19, 2023) | Incorporated by Reference (*e.g.,* ¶¶ 230, 398, 399) and Judicial Notice of Earnings Call Transcript |
| **23.** | Tesla Q1 2024 Earnings Call Transcript (Apr. 23, 2024) | Incorporated by Reference (*e.g.*, ¶¶ 39, 250, 402, 542) and Judicial Notice of Earnings Call Transcript |
| **24.** | 2022 Tesla Impact Report | Judicial Notice of Publicly Available Website |
| **25.** | CNBC, "Power Lunch" Interview with Elon Musk (May 20, 2025) | Incorporated by Reference (*e.g.*, ¶¶ 233, 328-29, 332, 437) and Judicial Notice of Media Interview |
| **26.** | The "Award": Exhibit 4.4 (2025 CEO Performance Award Agreement) to Tesla's Form S-8, filed with the SEC Nov. 7, 2025 | Incorporated by Reference (*e.g.*, ¶¶ 490, 493, 494, 500, 501, 503) and Judicial Notice of SEC Filing |
| **27.** | Fortune, "Questions swirl as Tesla nears Austin launch day for high stakes driverless robotaxi debut" (May 26, 2025) | Judicial Notice of News Article |
| **28.** | FHWA, Road Weather Management: How Do Weather Events Impact Roads? | Judicial Notice of Government Website |
| **29.** | Electrek, "Tesla releases details about 'Robotaxi' launch: there's a 'safety monitor' in front seat" (June 20, 2025) | Judicial Notice of News Article |
| **30.** | CNBC, "Everything we know about Tesla's robotaxi launch in Austin" (June 20, 2025) | Judicial Notice of News Article |
| **31.** | Reuters, "Tesla invites select few to Texas robotaxi trial with front seat safety monitors" (June 20, 2025) | Judicial Notice of News Article |
| **32.** | Investopedia, "Tesla's Robotaxi Rally Slows After 8% Jump Monday" (June 24, 2025) | Judicial Notice of News Article |
| **33.** | CNBC, "Uber, Waymo robotaxi service opens to passengers in Atlanta" (June 24, 2025) | Judicial Notice of News Article |

| Ex. | Document | Basis for Consideration |
|-----|----------|-------------------------|
| **34.** | Fortune, "Uber and Waymo are rolling out robotaxi services in Atlanta as competition heats up with Elon Musk's Tesla" (June 24, 2025) | Judicial Notice of News Article |
| **35.** | Yahoo! Finance "Tesla (TSLA) Stock Trades Down, Here Is Why" (June 25, 2025) | Judicial Notice of News Article |
| **36.** | CNBC, "Tesla's European car sales nosedive for fifth month as customers switch to Chinese EVs" (June 25, 2025) | Judicial Notice of News Article |

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated:  April 20, 2026

*/s/ John F. Bash*

John F. Bash
300 West 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6110
Fax: (737) 667-6100
johnbash@quinnemanuel.com

Alex Spiro (admitted *pro hac vice*)
Jesse Bernstein (admitted *pro hac vice*)
Leigha Empson (admitted *pro hac vice*)
Sasha Boutilier (*pro hac vice* pending)
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
alexspiro@quinnemanuel.com
jessebernstein@quinnemanuel.com
leighaempson@quinnemanuel.com
sashaboutilier@quinnemanuel.com

*Counsel for Defendants*