**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Denise Morand,** *individually and on behalf of all other similarly situated,*<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **Case No. 1:25-cv-01213-RP** |
| **Tesla, Inc.,** *et al.,*<br>*Defendants* | §<br>§<br>§ | |

## ORDER

Plaintiff filed her Original Complaint on August 4, 2025. Dkt. 1. Defendants appeared on April 20, 2026. Dkt. 9. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 17, 2026**.

**SIGNED** on July 2, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE